FILED 01 NOV '16 15:41 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND  ▼ DIVISION
*(Select the Division in which the complaint is filed.)*

Benjamin Barber

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

The State of Oregon
Meagan Alyssa Vance

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:16-CV-2105-AC
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
              *(check one)*

69854

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Benjamin Barber
Street Address: 165 ne jackson st
City and County: Hillsboro, washington
State and Zip Code: Oregon 97124
Telephone Number: 971 2700655
E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Meagan Alyssa Vance
Job or Title (if known): instructor
Street Address: 8665 sw Canyon Ln Apt 21
City and County: Portland, multnomah County
State and Zip Code: oregon 97225
Telephone Number:
E-mail Address (if known): mvance@pps.net

Defendant No. 2

Name: State of oregon
Job or Title (if known): Attorney general
Street Address: 1162 ne Court st
City and County: Salem, Marion County

2

State and Zip Code  Oregon 97301
Telephone Number  503 378 4400
E-mail Address
(if known)

Defendant No. 3

Name  Marie Atwood
Job or Title  Deputy district attorney
(if known)
Street Address  150 N 1st Ave #300
City and County  Hillsboro, Washington County
State and Zip Code  Oregon 97124
Telephone Number  503 846 8671
E-mail Address
(if known)

Defendant No. 4

Name  Melanie Kebler
Job or Title  Attorney for Meagan Vance
(if known)
Street Address  7412 SW Beaverton Hilsdale Hwy
City and County  Portland, Multnomah County
State and Zip Code  Oregon 97225
Telephone Number  503 208 8160
E-mail Address  info@ocvlc.org
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Amendment 1 the United States Constitution
US Code title 42 chapter 21 Section 1983
US Code title 17 chapter 5 Section 51

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Benjamin Barber, is a citizen of the State of *(name)* Oregon.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$600,000 Statutory damages of copyright
$400,000 loss of wages and due proceess rights being violated

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendants did ~~knost~~ knowingly maliciously prosecute plaintiff for the publication of consentually made pornography made for commercial purpose, and did engage in exhortion of the plaintiff

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Temporary restraining order, preliminary injunction, and stay of State Court proceedings, statutory, and punitive damages, in relation to irreperable damage to Career at Intel Corp, and for the violation of Copyrights, and for the incarceration

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01-nov, 20 16.

Signature of Plaintiff: B. Barb

Printed Name of Plaintiff: Benjamin Barber

6

**B.** **For Attorneys**

Date of signing: _____, 20\_\_\_\_.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |