FILED 7 NOV '16 15:21 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

Benjamin Barber,
Plaintiff

Case No. 3:2016cv02105

v.

Exhibits and Memorandum regarding Exhibits

Meagan Vance,
State of Oregon
Defendant,

## Table of Contents

1. Antigone Books vs Brnovich 2:14-cv-01200-PHX-SRB Motion for Preliminary Injunction. (Filed against the Arizona Attorney General re: revenge porn statue).
2. Antigone Books vs Brnovich 2:14-cv-01200-PHX-SRB Complaint
3. Antigone Books vs Brnovich 2:14-cv-01200-PHX-SRB Final Decree
4. Statement by plaintiff to Deputy Duenas, sub-citations available upon request.
5. State Charging Instruments: 9 counts of unlawful dissemination of an Intimate Image.
6. States Response to the defendants motion to be released.
7. Plaintiffs motion to demurer on counts 1-9
8. Plaintiffs memorandum in sup[ort of the demurrer counts 1-9
9. States response to the plaintiffs demurrer on counts 1-9.
10. Victims memorandum in opposition to defendants demurrer.

Dear Honorable Judge, Contained are some of the pre-trial motions, I am sorry that I don't have the oral arguments as well, there was one in during the preliminary release hearing, where the attorney for Mrs Vance did claim that I had sent pornography to her work email and "threatened to ruin her career". A public records request was made to the email account that was made showed this statement to be false, and it had the consequence of preventing me from losing my employment and being blacklisted from Intel. I can also produce a copy of the discovery if you would like, there is quite a bit of it and I gather that you may be able to access it from you're court records at some point. Here are what I think are the most pertinent records in regards to

PLAINTIFF MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY IN-
JUNCTION AND STAY OF STATE COURT PROCEEDING. 1

questions of law, and if you would like me to provide you with anything further please let me know, the trial is set for November 9th, I will attempt to ask for a continuance because my attorney is not qualified to make arguments of law that I would like to put forward in my defense in regards to copyrights.

The attorney for the defendant seems to be under the impression that she can make motions in a matter of criminal law, despite the fact that this is a criminal case of the State of Oregon v. Barber, and the Oregon Victims Crime Law only provides the victim the right to be heard during sentencing and during release. There are no rights granted to the victim to make pleadings or oral arguments to the court in response to motions to demur or dismiss. This has the defacto effect of having to defend myself versus both the state and Mrs. Vance's council for a criminal charges. I am not sure how to raise this in a proper legal sense as a due process violation, but I may need pro-bono council to properly address issues like these in my complaint.

Dated: November 7, 2016        /s/ Ben Barber
                               Benjamin Barber

PLAINTIFF MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND STAY OF STATE COURT PROCEEDING. 2

# CERTIFICATE OF SERVICE

I hereby certify than on <u>Nov 7th 2016</u>, I made service of the following document:
(date)

<u>exhibits</u>
(document title)

by placing a copy in a first-class postage paid envelope in <u>Portland</u> for
(city)

delivery by U.S. mail to the address(es) set forth below:

<u>Melanie Kebler</u>
(name)

Counsel for: <u>Meagan Vaule</u>
(name of party)

<u>8746 Beaverton Hillsdale Portland, or 97225</u>
(mailing address)

<u>(signature)</u>

<u>Benjamin Parker</u>
(name)

<u>165 ne jackson st Hillsboro, or 97124</u>
(address)