**Gmail**  benjamin barber <starworks5@gmail.com>

## statement
12 messages

---

**benjamin barber** <starworks5@gmail.com>  Sat, Jul 2, 2016 at 2:03 PM
To: thomas_duenas@co.washington.or.us

I know that you're busy, but I have had the same problem from her, specifically being blackmailed with the same images, because I was trying to appeal the court decision in our divorce.

January 2011

We had these because we were doing long distance relationship originally, and also because we were interested in swinging with a couple.

December 2011

Our marraige contract states that we both mutually own all property. resolving the issue over whether we both have the license to the intellectual property.

December 2013

She tries to blackmail me into her divorce degree

https://drive.google.com/file/d/1EWcjQKqgecTxxhX6YgFhxjRpOdOVe39dPK4kpQ2jfI1YKYgMc_83iLh8G4YTfIkyhkqBbMK9bgHsgEX_/view?usp=sharing

June 2014

I give her the location of all the files we had.

August 2014

She tries to blackmail me unless I sign her divorce degree

https://drive.google.com/file/d/0B_tTyqf1SRvVeWN1dXpCQlZyUjg/view?usp=sharing

---

**benjamin barber** <starworks5@gmail.com>  Sat, Jul 2, 2016 at 5:58 PM
To: thomas_duenas@co.washington.or.us

I know that you're busy with work and crimes, but I also had the problem of her spreading my nudes and blackmailing me, specifically because I was trying to appeal the court decision in our divorce, as well as reporting her behavior to the authorities. Instead I've had the internet filled up with garbage like I assaulted her, or I'm a rapist, or i stole from the nonprofit that I started, and also pictures of me and messages sent to my clients and friends. This combined with her interfering with my landlord / tenants, and losing the place that I was operating my business out of and that source of income, and making me lose the clients that I needed to survive with the harassment by her / her friends.

January 2011        ~~exb~~ exhibit #4

We had these because we were doing long distance relationship originally, and also because we were interested in swinging with a couple, allie yoder and josh peer

December 2011

Our marriage contract states that we both mutually own all assets. resolving the issue over whether we both have the license to the intellectual property.

December 2013

She tries to blackmail me into her divorce degree while under restraining order, by trying to interfere with my tenant landlord relationships.

https://drive.google.com/file/d/1EWcjQKqgecTxxhX6YgFhxjRpOdOVe39dPK4kpQ2jfI1YKYgMc_83iLh8G4YTfIkyhkqBbMK9bgHsgEX_/view?usp=sharing

im more than willing to help you out if you help me out. otherwise, i am doing whats right and whats true, which will ruin your case with sam and even with colleen and brian.

June 2014

I give her the location of all the files we had made together, while were patching things up,

https://drive.google.com/file/d/1GB008Ls9TYuhPbdeJ8ApF8PhuR6NeshJQ_0SNMSyZNgSu0GZ8EoyCmiNb4XQ3bqf7I9Q4yOKoY1XvP97/view?usp=sharing

August 2014

She tries to blackmail me unless I sign her divorce degree again while she is under restraining order.

https://drive.google.com/file/d/0B_tTyqf1SRvVeWN1dXpCQlZyUjg/view?usp=sharing

"anyway, if you arent signing the papers and showing you want to help jme out, i will be giving any statement necessary that is truthful"

"as well as getting a lawyer and going after you for fraud"

January 2015

I get harassed with naked photos of myself on that website forum.

"https://8chan.co/gamergate/res/169335.html (where he is getting porn'd)"

http://marker.to/ck4P0q

Febuary 2015

http://marker.to/StfVwS

Meagan remarks that I'm pursing legal actions against her regarding the marriage contract that we had being violated, and mentioned

> He's threatening legal action against me because I am divorcing him. He's basically treated me at least as bad as he's treating the op game it forward folks.

March 2015

I file complaints regarding her living with her therapist, and am fighting her in the court case.

May 2015

at this point I have been followed around the internet and social media with false accuasations for months now with multiple accounts

http://archive.is/sCP3q

@beardmosexual -- May 19th

I can not-even start to wrap my head around how you can Conclude That Somehow my first talking to your **EX** -wife Caused someone to be harassed

You have a history of domestic abuse, and Attempted theft. Anything you-have to say on the matter is moot Given That **FACT.**

July 10th 2015

I get harassed with nude pictures by her friend in the "op game it forward" group mentioned above.

@beardmosexual to Robin Gething - July 10th

"oh you mean like how you planned to silence endomorphosis with files you found while digging into his personal life on a personal vendetta"

"ever since you called me into that goddamn hangout, I've had to deal with it"

"you have made me an accessory to your fucking crime, and im not going to rest until you admit it"

"thats why I told endo everything, how you got to the files, what you spread, and how many people you showed, what you were planning to use it for, all of it"

"He (admittedly very easily) got into personal files on someones website. ones that would ruin someone's personal life"

""I've been civil" Says the man holding someone's personal life in jeopardy with info he dug up and spread."

https://drive.google.com/file/d/0B_tTyqf1SRvVUDhvTXZyU3A1Qjg/view?usp=sharing

https://drive.google.com/file/d/10FZlix5ggZBXv-9oMIJy5gKfOKPSmt5QhdKHTN0AfPVe DNGLpf089sRnMMils2OddMGrrk0e1axm636w/view?usp=sharing

http://archive.is/Ybykm


@rsolgtp == her friend robin gething

https://drive.google.com/file/d/12FHt65G7bXPTA3HfPWn3CVPLAAO5Xeh4GS9MkWIRu48koJi8BJT4YW4Ine8 nEPt8BaV2Lq89bAWHxu0N/view?usp=sharing

https://drive.google.com/file/d/0B_tTyqf1SRvVZWVyMEJJWWM0T1U/view?usp=sharing

(one of many examples of their google hangout calls)

https://drive.google.com/file/d/117tmmpDn-ftVcYC6HqIZXM0D9yiQPHpniD5-MR1fAnhg7kR5RHmx41h5x9Hr_ BmFRu7Z9W1zfJavgq-Y/view?usp=sharing

The very next day after I'm told she frantically calls me, and claims she had nothing to do with it, and she wants to get back together with me, and we talk about the multitudes of false rape claims and blackmail attempts with the porn.

https://drive.google.com/file/d/15neLBgVR79n7KzbvuOszCHi7awbVHgYnBnuBhfD-v1lo3ZkIP_sMFqgY4fgSX4-mt_TbFzhR22Qgatdq/view?usp=sharing

Me: What you did was unnecessarily negative. im sure you're also aware your friends were trying to doxx our pornography to the world as well right? 4:25 PM

Meagan Vance: I got some twitter message about porn 4:26 PM

Meagan Vance: My obligations are not a contract, which is fortunate and unfortunate. I love you and everyone else still bores me. 5:17 PM

Me: If you love me, then come back 5:17 PM

Meagan Vance: I'd rather be in a better place between us to,come back 5:18 PM

Me: Your obligations were actually in a contract, and thanks to SCOTUS its a "natural right" that cant be infringed upon by the state. *thanks SCOTUS* 5:18 PM

[Quoted text hidden]

---

**benjamin barber** <starworks5@gmail.com>  Mon, Jul 4, 2016 at 11:17 AM
To: thomas_duenas@co.washington.or.us

NSFW:

The emails of when we produced the videos for sharing, because looking because she and I were looking for a "foursome". she is CC'd

https://drive.google.com/file/d/1RE21BKYP_hnFKV8r2VaLqt1HVUDseCz1hYp72ycHhmZKx-KXmLRtUyIaNmOqhwA2AipJNa2GJO92wmSa/view?usp=sharing

https://drive.google.com/file/d/1HspGdKLfxH7MK54AdMvkqBRdgAz0kbKQHepQcaeogWVcogJn66fNsChaodQ_xIyrelKdWpMJ7ketn9vJ/view?usp=sharing

Another email where she wants me to be "the main seducer" for a threesome, and I say I want stability over kinkiness (again).

https://drive.google.com/file/d/0B_tTyqf1SRvVNmNqTHNvc3VHa1ROY24tSTJGZjVhUUw5NEpr/view?usp=sharing
[Quoted text hidden]

---

**Thomas Duenas** <Thomas_Duenas@co.washington.or.us>  Thu, Jul 14, 2016 at 9:04 AM
To: benjamin barber <starworks5@gmail.com>

Ben,


On Friday 7-15-16 I will be in training. So we can meet today 07-14-16 or Saturday 07-16-16. As Friday does not work.



Dep. Duenas

**From:** benjamin barber [mailto:starworks5@gmail.com]
**Sent:** Monday, July 04, 2016 11:17 AM
**To:** Thomas Duenas
**Subject:** Re: statement

[Quoted text hidden]

---

**benjamin barber** <starworks5@gmail.com>            Thu, Jul 14, 2016 at 10:26 AM
To: Thomas Duenas <Thomas_Duenas@co.washington.or.us>

I am at work right now, I will see you Saturday. I know you're busy like everyone, and "she did it first" isn't an excuse, but did you go question Meagan about my accusations? I understand that you said you don't delve into social media, but the police weren't there to protect me from her when I needed them, and it resulted in destroying my housing and career resulting in my homelessness and joblessness.

Anyhow the photo materials on the website was password protected with a .htpasswd of, U:anon@barberb.net P: anon in the "gmail - from a real couple", and so the fact that it was on the posted on the internet is because she gave people access to that info in jan 1 and beyond. On july 10th i was approached by that "beardmosexual" person who was invited into a google hangout by Robin Gething who was spreading rape / abuse accusations and my pornography to my clients and PSU, He was brought into a google hangout by Robin Gething where Meagan and others were scheming to destroy me personally. This is because I was pursuing civil actions against Meagan for using blackmail and trying to induce the tenants to not pay rent and violating the marriage contract, and I had a dispute with beardmosexual regarding my decision to close my nonprofit after the holidays and donate all the property (video games) to childsplay instead of him wanting to keep it going.

[Quoted text hidden]

---

**Thomas Duenas** <Thomas_Duenas@co.washington.or.us>            Sat, Jul 16, 2016 at 7:21 AM
To: benjamin barber <starworks5@gmail.com>

Good Morning Ben,

I am working now so when you wake up call 503-629-0111, work through the phone tree, and tell dispatch that you want to speak with Dep. Duenas or 5134.

**From:** benjamin barber [mailto:starworks5@gmail.com]
**Sent:** Thursday, July 14, 2016 10:27 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Thomas Duenas** <Thomas_Duenas@co.washington.or.us>            Sat, Jul 16, 2016 at 12:06 PM
To: benjamin barber <starworks5@gmail.com>

Benjamin,

Please do not make me regret giving you the opportunity to turn yourself in.

Dep. Duenas

**From:** benjamin barber [mailto:starworks5@gmail.com]
**Sent:** Thursday, July 14, 2016 10:27 AM

[Quoted text hidden]

[Quoted text hidden]

---

**benjamin barber** <starworks5@gmail.com>    Sat, Jul 16, 2016 at 2:52 PM
To: Thomas Duenas <Thomas_Duenas@co.washington.or.us>

I didn't sleep for 3 days and only marginally for the past week because I've been so paranoid about losing my job I've just worked nonstop. last night was the first time I actually went to sleep. I'll go to the office tomorrow morning.
[Quoted text hidden]

---

**Thomas Duenas** <Thomas_Duenas@co.washington.or.us>    Sun, Jul 17, 2016 at 7:44 AM
To: benjamin barber <starworks5@gmail.com>

What time will you be meeting me. The office is not open to the public today but I can meet you there(3700 SW Murray Blvd). Just tell me what time or call to let me know if it would be easier to meet you elsewhere.

Dep. Duenas

**From:** benjamin barber [mailto:starworks5@gmail.com]
**Sent:** Saturday, July 16, 2016 2:52 PM

[Quoted text hidden]

[Quoted text hidden]

---

**benjamin barber** <starworks5@gmail.com>    Sun, Jul 17, 2016 at 8:17 AM
To: Thomas Duenas <Thomas_Duenas@co.washington.or.us>

I got a phone call from you. I can head over there now. I cant afford a phone right now. All I have is a laptop and use wifi for calling. google maps says it will take me there by 9:30am, but skeptically if something goes wrong it might be 10am.
[Quoted text hidden]

---

**Thomas Duenas** <Thomas_Duenas@co.washington.or.us>    Sun, Jul 17, 2016 at 8:18 AM
To: benjamin barber <starworks5@gmail.com>

See you then...thank you

**From:** benjamin barber [mailto:starworks5@gmail.com]
**Sent:** Sunday, July 17, 2016 8:18 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Thomas Duenas** <Thomas_Duenas@co.washington.or.us>　　　　　　　　　　　Sun, Jul 17, 2016 at 9:30 AM
To: benjamin barber <starworks5@gmail.com>

Ben,

I am at our East Precinct, 3700 SW Murray Blvd, in the parking lot. I will be waiting for your arrival. Are you driving a car or taking the bus?

Dep. Duenas

**From:** benjamin barber [mailto:starworks5@gmail.com]
**Sent:** Sunday, July 17, 2016 8:18 AM

[Quoted text hidden]

[Quoted text hidden]

https://mail.google.com/mail/u/0/?ui=2&ik=be9718db76&view=pt&q=thomas_duenas%40co.washington.or.us&qs=true&search=query&th=155ad6bfa5d1c9e0&...    7/7