IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR WASHINGTON COUNTY

STATE OF OREGON,

                Plaintiff,

vs.

BENJAMIN JAY BARBER,

                Defendant.

**MISDEMEANOR COMPLAINT**

16CR46339
CM
Complaint
6379186

The above named defendant is accused by this information of the crime(s) of

| | | |
|---|---|---|
| Count 1: | UNLAWFUL DISSEMINATION OF AN INTIMATE IMAGE | (A Misdemeanor; ORS 163.472*) |
| Count 2: | UNLAWFUL DISSEMINATION OF AN INTIMATE IMAGE | (A Misdemeanor; ORS 163.472*) |
| Count 3: | UNLAWFUL DISSEMINATION OF AN INTIMATE IMAGE | (A Misdemeanor; ORS 163.472*) |
| Count 4: | UNLAWFUL DISSEMINATION OF AN INTIMATE IMAGE | (A Misdemeanor; ORS 163.472*) |
| Count 5: | UNLAWFUL DISSEMINATION OF AN INTIMATE IMAGE | (A Misdemeanor; ORS 163.472*) |
| Count 6: | UNLAWFUL DISSEMINATION OF AN INTIMATE IMAGE | (A Misdemeanor; ORS 163.472*) |
| Count 7: | UNLAWFUL DISSEMINATION OF AN INTIMATE IMAGE | (A Misdemeanor; ORS 163.472*) |
| Count 8: | UNLAWFUL DISSEMINATION OF AN INTIMATE IMAGE | (A Misdemeanor; ORS 163.472*) |
| Count 9: | UNLAWFUL DISSEMINATION OF AN INTIMATE IMAGE | (A Misdemeanor; ORS 163.472*) |

committed as follows:

COUNT 1
The defendant, on or between January 1, 2016 and June 21, 2016, in Washington County, Oregon, did unlawfully, with the intent to harass, humiliate, or injure Meagan Vance, knowingly caused to be disclosed through an Internet website, an identifiable image of Meagan Vance whose intimate parts were visible and/or who was engaged in sexual conduct, when the defendant knew or reasonably should have known that Meagan Vance did not consent to the disclosure, Meagan Vance was harassed, humiliated and/or injured by the disclosure, and a reasonable person would be harassed, humiliated and/or injured by the disclosure.

COUNT 2
As a separate act and transaction but as part of crimes that are of the same or similar character and a common scheme and plan as Count 1: The defendant, on or between January 1, 2016 and June 21, 2016, in Washington County, Oregon, did unlawfully, with the intent to harass, humiliate, or injure Meagan Vance, knowingly caused to be disclosed through an Internet website, an identifiable image of Meagan Vance whose intimate parts were visible and/or who was engaged in sexual conduct, when the defendant knew or reasonably should have known that Meagan Vance did not consent to the disclosure, Meagan Vance was harassed, humiliated and/or injured by the disclosure, and a reasonable person would be harassed, humiliated and/or injured by the disclosure.

COUNT 3
As a separate act and transaction but as part of crimes that are of the same or similar character and a common scheme and plan as Counts 1 and 2: The defendant, on or between January 1, 2016 and June 21, 2016, in Washington County, Oregon, did unlawfully, with the intent to harass, humiliate, or injure Meagan Vance, knowingly caused to be disclosed through an Internet website, an identifiable image of Meagan Vance whose intimate parts were visible and/or who was engaged in sexual conduct, when the defendant knew or reasonably should have known that Meagan Vance did not consent to the disclosure, Meagan Vance was harassed, humiliated and/or injured by the disclosure, and a reasonable person would be harassed, humiliated and/or injured by the disclosure.

Page 1- Complaint  (DA 345218)    *exhibit #5*

COUNT 4
As a separate act and transaction but as part of crimes that are of the same or similar character and a common scheme and plan as Counts 1-3: The defendant, on or between January 1, 2016 and June 21, 2016, in Washington County, Oregon, did unlawfully, with the intent to harass, humiliate, or injure Meagan Vance, knowingly caused to be disclosed through an Internet website, an identifiable image of Meagan Vance whose intimate parts were visible and/or who was engaged in sexual conduct, when the defendant knew or reasonably should have known that Meagan Vance did not consent to the disclosure, Meagan Vance was harassed, humiliated and/or injured by the disclosure, and a reasonable person would be harassed, humiliated and/or injured by the disclosure.

COUNT 5
As a separate act and transaction but as part of crimes that are of the same or similar character and a common scheme and plan as Counts 1-4: The defendant, on or between January 1, 2016 and June 21, 2016, in Washington County, Oregon, did unlawfully, with the intent to harass, humiliate, or injure Meagan Vance, knowingly caused to be disclosed through an Internet website, an identifiable image of Meagan Vance whose intimate parts were visible and/or who was engaged in sexual conduct, when the defendant knew or reasonably should have known that Meagan Vance did not consent to the disclosure, Meagan Vance was harassed, humiliated and/or injured by the disclosure, and a reasonable person would be harassed, humiliated and/or injured by the disclosure.

COUNT 6
As a separate act and transaction but as part of crimes that are of the same or similar character and a common scheme and plan as Counts 1-5: The defendant, on or between January 1, 2016 and June 21, 2016, in Washington County, Oregon, did unlawfully, with the intent to harass, humiliate, or injure Meagan Vance, knowingly caused to be disclosed through an Internet website, an identifiable image of Meagan Vance whose intimate parts were visible and/or who was engaged in sexual conduct, when the defendant knew or reasonably should have known that Meagan Vance did not consent to the disclosure, Meagan Vance was harassed, humiliated and/or injured by the disclosure, and a reasonable person would be harassed, humiliated and/or injured by the disclosure.

COUNT 7
As a separate act and transaction but as part of crimes that are of the same or similar character and a common scheme and plan as Counts 1-6: The defendant, on or between January 1, 2016 and June 21, 2016, in Washington County, Oregon, did unlawfully, with the intent to harass, humiliate, or injure Meagan Vance, knowingly caused to be disclosed through an Internet website, an identifiable image of Meagan Vance whose intimate parts were visible and/or who was engaged in sexual conduct, when the defendant knew or reasonably should have known that Meagan Vance did not consent to the disclosure, Meagan Vance was harassed, humiliated and/or injured by the disclosure, and a reasonable person would be harassed, humiliated and/or injured by the disclosure.

COUNT 8
As a separate act and transaction but as part of crimes that are of the same or similar character and a common scheme and plan as Counts 1-7: The defendant, on or between January 1, 2016 and June 21, 2016, in Washington County, Oregon, did unlawfully, with the intent to harass, humiliate, or injure Meagan Vance, knowingly caused to be disclosed through an Internet website, an identifiable image of Meagan Vance whose intimate parts were visible and/or who was engaged in sexual conduct, when the defendant knew or reasonably should have known that Meagan Vance did not consent to the disclosure, Meagan Vance was harassed, humiliated and/or injured by the disclosure, and a reasonable person would be harassed, humiliated and/or injured by the disclosure.

COUNT 9
As a separate act and transaction but as part of crimes that are of the same or similar character and a common scheme and plan as Counts 1-8: The defendant, on or between January 1, 2016 and June 21, 2016, in Washington County, Oregon, did unlawfully, with the intent to harass, humiliate, or injure Meagan Vance, knowingly caused to be disclosed through an Internet website, an identifiable image of Meagan Vance whose intimate parts were visible and/or who was engaged in sexual conduct, when the defendant knew or reasonably should have known that Meagan Vance did not consent to the disclosure, Meagan Vance was harassed, humiliated and/or injured by the disclosure, and a reasonable person would be harassed, humiliated and/or injured by the disclosure.

Contrary to the statutes and against the peace and dignity of the State of Oregon

Endorsed for prosecution by Washington County District Attorney Bob Hermann.

STATE OF OREGON         )
                        ) ss.
County of Washington    )


I, Marie E Atwood, being first duly sworn, depose and say: That I am a Deputy District Attorney for Washington County, Oregon; That I am the complainant in the foregoing Complaint, that I have read the same, know the contents thereof, and that the same is true as I verily believe.

Marie E Atwood / OSB #132976

SUBSCRIBED AND SWORN to before me on July 25, 2016.

Andrea Marie Moldenhauer
Notary Public for Oregon

**Not ECR Eligible**
DA #345218DV
HBS 50-161740492
DOB 06/07/1985
FPC #: jwas216406403
**Appear – Arraignment on 07/28/2016 at 8:30 AM**

OFFICIAL STAMP
ANDREA MARIE MOLDENHAUER
NOTARY PUBLIC - OREGON
COMMISSION NO 944934
MY COMMISSION EXPIRES DECEMBER 01, 2019