IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

| | |
|---|---|
| STATE OF OREGON, | No. 16CR46339 |
| Plaintiff, | |
| | DEMURRER—Counts: 1 - 9 |
| vs. | (Unlawful Dissemination of an Intimate Image) |
| BENJAMIN JAY BARBER, | |
| Defendant. | ***Oral Argument Requested*** |

COMES NOW the Defendant, by and through his attorney, Cameron Taylor, and demurs to Counts 1 through 9 of the Misdemeanor Complaint. Those counts allege that on or between January 1, 2016, and June 21, 2016, Defendant did "unlawfully, with the intent to harass, humiliate, or injure Meagan Vance, knowingly cause[] to be disclosed through an Internet website, an identifiable image of Meagan Vance whose intimate parts were visible and/or who was engaged in sexual conduct, when the defendant knew or reasonably should have known that Meagan Vance did not consent to the disclosure, Meagan Vance was harassed, humiliated, and/or injured by the disclosure, and a reasonable person would be harassed, humiliated, and/or injured by the disclosure."

The statute under which these charges arise criminalizes protected speech in violation of both Article I, section 8 of the Oregon Constitution and the First Amendment to the United States Constitution, on the grounds set forth in the attached memorandum of law.

///

PAGE 1 DEMURRER AND MEMORANDUM IN SUPPORT OF DEMURRER

*exhibit #7*

**METROPOLITAN PUBLIC DEFENDER**
400 E. MAIN STREET, SUITE 210    HILLSBORO, OREGON 97123-4166    503-726-7900    FAX 503-726-4950

1    Defendant requests oral argument and expects that this hearing will take two
2    hours. Defendant requests reporting services for this hearing.
3    DATED this __7__ day of __September__, __2016__.
4
5
6    _____
     Cameron Taylor, OSB # 154324
7    Attorney for Defendant
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Points and Authorities:

1. *Ashcroft v. Free Speech Coalition*, 535 U.S. 234 (2002);
2. *Board of Education v. Barnette*, 319 U.S. 624 (1943);
3. *Brown v. Entertainment Merchant's Association*, 131 S. Ct. 2729, n.1 (2011);
4. *City of Salem v. Lawrow*, 233 Or App 32 (2009);
5. *Freedman v. State of Md.*, 380 U.S. 51 (1965);
6. Louis Daguerre, *Boulevard du Temple* (1838);
7. *McCullen v. Coakley*, 134 S.Ct. 2518 (2014);
8. *Miller v. California*, 413 U.S. 15 (1973);
9. *New York v. Ferber*, 458 U.S. 747 (1982);
10. Oregon Constitution, Art. I, sec. 8 (2016);
11. Or. Rev. Stat. Sec. 163.472 (West, 2016);
12. Or. Rev. Stat. Sec. 163.684-163.687 (West, 2016);
13. Or. Rev. Stat. Sec. 163.670 (West, 2016);
14. Or. Rev. Stat. Sec. 163.700-701 (West, 2016);
15. Or. Rev. Stat. Sec. 164.377(2)(c) (West, 2016);
16. Or. Rev. Stat. Sec. 166.065(C) (West, 2016);
17. *R.A.V. v. City of St. Paul*, 505 U.S. 377 (1992);
18. *Riley v. California*, 134 S Ct 2473 (2014);
19. *State v. Betnar*, 214 Or.App. 416 (2007);
20. *State v. Ciancanelli*, 339 Or. 282 (2005);
21. *State v. Plowman*, 314 Or. 157 (1992);
22. *State v. Robertson*, 293 Or. 402 (1982);
23. *State v. Stoneman*, 323 Or. 536 (1996);
24. *Turner Broadcasting System, Inc. v. F.C.C.*, 512 U.S. 622 (1994);
25. United States Constitution, Amendment I (2016);

PAGE 3 DEMURRER AND MEMORANDUM IN SUPPORT OF DEMURRER

**METROPOLITAN PUBLIC DEFENDER**
400 E. MAIN STREET, SUITE 210    HILLSBORO, OREGON 97123-4166    503-726-7900    FAX 503-726-4950

1   *United States v. Playboy Entertainment Group, Inc.*, 529 U.S. 803 (2000);

2   *United States v. Stevens*, 559 U.S. 460 (2010);

3   *Ward v. Rock Against Racism*, 491 U.S. 781 (1989);

4   *Williams-Yulee v. Florida Bar*, 135 S Ct 1656 (2015).

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE 4 DEMURRER AND MEMORANDUM IN SUPPORT OF DEMURRER

**METROPOLITAN PUBLIC DEFENDER**
400 E. MAIN STREET, SUITE 210    HILLSBORO, OREGON 97123-4166    503-726-7900    FAX 503-726-4950

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | |
| 3 | I certify that on ___7 September___, _2016_, I or a representative of my |
| 4 | office served the within: DEMURRER—Counts: 1 - 9 and MEMORANDUM IN |
| 5 | SUPPORT—Counts: 1 - 9 on the attorney of record for plaintiff by electronically serving |
| 6 | him a true copy thereof as required by UTCR 21.100. |

*[signature]*
METROPOLITAN PUBLIC DEFENDERS

PAGE 21 DEMURRER AND MEMORANDUM IN SUPPORT OF DEMURRER

**METROPOLITAN PUBLIC DEFENDER**
400 E. MAIN STREET, SUITE 210    HILLSBORO, OREGON 97123-4166    503-726-7900    FAX 503-726-4950