Benjamin Barber

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**BENJAMIN BARBER**
Plaintiff(s),

v.

**MEAGAN ALYSSA VANCE, et al.**
Defendant(s).

Case No.: 3:16-cv-02105-AC

**PRO BONO APPOINTMENT RESPONSE FORM**

_____ /

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Benjamin Barber for the purpose of aiding plaintiff in conforming his complaint to federal court standards and guidelines as well as prosecution of this matter is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☒ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

_Unfamiliar with area of law_
_and time conflicts_

**DATED** this _18th_ day of _November 2016_.

_[Signature]_
Signature
_Rebecca Cambreleng OSB# 133209_
Printed Name and Oregon State Bar No.