Benjamin Barber
Plaintiff
E-mail:barberb@barberb.com
Phone 9712700855

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BENJAMIN BARBER,**   Case No.3:2016cv02105

    Plaintiff,

           **Response to Rule 16 Scheduling Conference**

vs.   **Telephonic Oral Arguments requested**

           **Pursuant to Local Rule 7-1**

**MEAGAN VANCE in her personal capacity**
**AND ELLEN ROSENBLUM, BRAD**
**AVAKIAN, KATE BROWN, BEN CANNON,**
**LYNNE SAXTON in their official capacity**

    Defendants

### I. Introduction

1. Plaintiff Barber requests a telephonic conference for the Rule 16 hearing pursuant to local rule 7-1(d), because he is unable to attend in person.

2. If Honorable Acosta is unwilling to allow a telephonic conference, plaintiff will seek a limited scope representation for the rule 16 scheduling.

Dated: February 21, 2017   /s/ _____

PAGE 1 - Affadivit Of Plaintiff