Benjamin Barber
Plaintiff
E-mail:barberb@barberb.com
Phone 9712700855

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BENJAMIN BARBER,**          Case No.3:2016cv02105

    Plaintiff,

                                                  **Response to Rule 16 Scheduling Conference**

    vs.                                           **Telephonic Oral Arguments requested**

                                                      **Pursuant to Local Rule 7-1**

**MEAGAN VANCE in her personal capacity**
**AND ELLEN ROSENBLUM, BRAD**
**AVAKIAN, KATE BROWN, BEN CANNON,**
**LYNNE SAXTON in their official capacity**

    Defendants

### I. Introduction

1.    Plaintiff Barber requests a telephonic conference for the Rule 16 hearing pursuant to local rule 7-1(d), because he is unable to attend in person. Barber has received threats from people who wish to do him harm as a result of his being "the rosa parks of mens rights cockneyed barber".[1]

2.    He advocated on reddit "Sometimes people who are white need to slap the fuck out of fellow white people who promote hate of others who are not white. You must police your own and show them what the violence they preach feels like for real." and is currently stalking me.[2][3]

3.    Vance admitted in prior testimony that she and a group of people did intimate, extort, harass Barber, He had also been physically attacked at tech conferences by others.

4.    Barber has been physically attacked by some of the same fringe protesters as had photojournalist Micheal Strickland, and the street preacher who was assaulted at the airport.[4]

---

1
2
3
4

PAGE 1 - Affadivit Of Plaintiff

5. In addition to the State of Oregon has been seeking to infringe on his rights, and the right of journalists and even its own Civil Rights Attorney of its Justice Department.

6. Erious Johnson who is the Director of Civil Rights for the Office of the Attorney General wrote about in his complaint containing damning evidence of Oregon 6:16-cv-02052-TC.

### *STATE'S PATTERN AND PRACTICE OF CIVIL RIGHTS VIOLATIONS*

*The chilling effect of these unwarranted investigations is part of defendants' pattern and/or practice of retaliating against and otherwise attempting to deter those who exercise their First Amendment rights, thus violating the civil rights of its citizens, political activists and, in particular its employees.*

*As part of that pattern and/or practice, Defendants Rosenblum and Boss have authorized or permitted the use of State resources to harass, embarrass, annoy and intimidate individuals who dare to exercise their First Amendment right to redress grievances by filing suits against the State of Oregon.*

*As part of that pattern and/or practice, Defendants Rosenblum and Boss have maintained a policy and an atmosphere that encourages the State's attorneys to chill the exercise of the First Amendment rights of individuals whose civil rights have been violated by the State, as well as the attorneys who may take their cases, by producing avalanches of pointless litigation designed to punish and deter plaintiffs and their attorneys who dare to litigate against the State.*

*Defendants Rosenblum and Boss are aware or should be aware of these practices and have failed to stop them. Their lack of action to correct these violations effectively endorses, condones and/or ratifies the conduct.*

7. Barber is one such person who has undergone such a circumstance by the state, and is now coming to the court with a detailed account of the facts, and has nearly completed all evidence gathering he needed, in order to prove beyond a reasonable doubt his rights were violated.

8. Barber will likely now be able to accumulate the sufficient exhibits and memorandum by the end of this month, has already submitted all relevenant information Barber has regarding the one threat to his safety and continued participation in this case: The states infringement of Barber's speech.

9. The State should have sufficient time to assert an opposition to Barbers motion of declaratory judgement, that federal court find that the State of Oregon did infringe on Barber's speech.

10. Due to the voluminous amount of material in Barber's possession for exhibits, I imagine it will take the state months to review what at least took me several months to look into every claim.

Dated: February 27, 2017                                            /s/_____

PAGE 2 - Affadivit Of Plaintiff

    benjamin barber &lt;starworks5@gmail.com&gt;

## Invitation: Informal Samson / Barber Coffee Meeting @ Thu Mar 2, 2017 10am - 12pm (PST) (barberb@barberb.com)

**thadeus.venture@gmail.com** &lt;thadeus.venture@gmail.com&gt;                     Thu, Feb 16, 2017 at 11:23 AM
Reply-To: thadeus.venture@gmail.com
To: barberb@barberb.com, benjamin barber &lt;starworks5@gmail.com&gt;

Manage all your calendars in one place.     
Download the Google Calendar app.

**Informal Samson / Barber Coffee Meeting**                              **more details »**

Would you be available for some coffee/food before or after your meeting with Judge Acosta?

| When | Thu Mar 2, 2017 10am – 12pm Pacific Time |
|---|---|
| Where | 1000 SW 3rd Ave, Portland, OR 97204, USA (map) |
| Calendar | barberb@barberb.com |
| Who | • thadeus.venture@gmail.com - organizer<br>• benjamin barber<br>• barberb@barberb.com |

Going?  **Yes**  -  **Maybe**  -  **No**    more options »

Invitation from Google Calendar

You are receiving this courtesy email at the account barberb@barberb.com because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://www.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

📄 **invite.ics**
   2K





**benjamin barber <starworks5@gmail.com>**

## Your mom

**Brock Samson** <thadeus.venture@gmail.com>    Mon, Feb 27, 2017 at 12:16 PM
To: benjamin barber <starworks5@gmail.com>

I heard that when you decided to not turn yourself in, that you stuck your own mom with a $250,000 bail bill.  Is that true?

**Proud to be an Oregonian** ( imgur.com )

submitted 18 days ago by **PatrickPlan8** `Hillsboro`

43 comments   share

[–] **[deleted]** 1 point 18 days ago

Proud of the use of violence?

permalink   embed

> [–] **PatrickPlan8** `Hillsboro` [S] 1 point 17 days ago
>
> In the existential crisis of hate groups promoting violence on others and time and time again in modern times people of their same race have said lets not use violence. Sometimes people who are white need to slap the fuck out of fellow white people who promote hate of others who are not white. You must police your own and show them what the violence they preach feels like for real.
>
> It wouldn't work if it was a black guy or hispanic guy punching a nazi, it has to be someone who is the same race and ethnic group punching said nazi. That is why someone like Captain America who is shown as blonde hair and blue eyed punching hitler is so powerful, Captain america is the weak son of two irish immigrants who were once looked down upon by WASPs just like central american immigrants are looked at. But the fact is violence only works when it shows the hypocrisy for the person promoting it when they live in privilege but feel they are persecuted by minorities.
>
> permalink   embed   parent

| | | |
|---|---|---|
| COMPLAINANT | CASE #: | **EEEMRC160406-40462** |
| ERIOUS JOHNSON, JR. ▮▮▮▮ | ATTORNEY: | ERIOUS JOHNSON, JR.<br>4742 Liberty Rd S, #364<br>Salem, OR 97302 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| RESPONDENT: | WITNESSES: |
| Ellen Rosenblum<br>OREGON ATTORNEY GENERAL<br>OREGON DEPARTMENT OF JUSTICE<br>1162 Court St. NE<br>Salem, OR 97301 | |

RECEIVED
APR 0 5 2016
PTLD CIVIL RIGHTS DIV

I, Erious Johnson, Jr., being first duly sworn, do depose and say as follows:

1. I am an African-American male.
2. I am the Director of Civil Rights for the Oregon Attorney General (AG).
3. I have been subjected to racial discrimination and a hostile work environment for engaging in protected social media activity.
4. Co-workers, and agents of my employer, designated me as a "threat" to public safety based on a racially motivated "threat assessment" for my use of the Twitter hashtag #blacklivesmatter.
5. Co-workers, and agents of my employer, then used this racially motivated "threat assessment" as a basis to subject me to an adverse employment action.
6. I was then subjected to a hostile work environment when my employer transferred one of the individuals responsible for the aforementioned racially motivated "threat assessment" to an office down the hall from me.
7. All of the individuals involved in perpetrating said racial discrimination and hostile work environment are Caucasian.
8. The Oregon Attorney General's Office (AGO) hired me in 2014.
9. On October 27, 2015, in a meeting with the AG Rosenblum, Deputy AG Fred Boss and Legislative Director Aaron Knott, I was informed that the Criminal Justice Division of the Department of Justice (CJD) was conducting a "threat assessment" with a piece software called Digital Stakeout, which is described as a "Threat Intelligence Platform."[1]
10. During this October 27, 2015 meeting, I was told—in sum and substance—that this "threat assessment" involved an Investigator inputting the terms "black lives matter" and "fuck the police."
11. During this October 27, 2015 meeting, I was told—in sum and substance—that this "threat assessment" involved an Investigator limiting his search area to "Salem, OR."

---

[1] *See* http://www.digitalstakeout.com/, last visited March 24, 2016.

BOLI Complaint re: Erious Johnson, Jr.                                                                 1 of 4 | P ⸳ ⸳ ⸳

12. During this October 27, 2015 meeting, I was told—in sum and substance—that this "threat assessment" resulted in this Investigator identifying my Twitter account, @EriousEsq.
13. During this October 27, 2015 meeting, I was told—in sum and substance— that this "threat assessment" resulted in this Investigator designating me as a "threat" to public safety.
14. During this October 27, 2015 meeting, I was told—in sum and substance—that this "threat" designation resulted in this Investigator downloading my entire Twitter feed, including photographs.
15. During this October 27, 2015 meeting, I was told—in sum and substance— that this "threat" designation resulted in this Investigator compiling my entire Twitter feed, including photographs.
16. During this October 27, 2015 meeting, I was told—in sum and substance— that this "threat" designation resulted in this Investigator maintaining my entire Twitter feed, including photographs.
17. During this October 27, 2015 meeting, I was told—in sum and substance— that this "threat" designation resulted in this Investigator storing my entire Twitter feed, including photographs.
18. Upon information and belief, this Investigator brought my file to the attention of his supervisor David Kirby.
19. Upon information and belief, David Kirby brought my file to the attention of the Director of the Criminal Justice Division Darin Tweedt.
20. Upon information and belief, Darin Tweedt brought my file to the attention of the Deputy Attorney General Fred Boss.
21. Upon information and belief, Darin Tweedt brought my file to the attention of the AG's office in an effort to negatively affect my employment, and damage my professional reputation.
22. Upon information and belief, Deputy Attorney General Fred Boss brought my file to the attention of the Attorney General Ellen Rosenblum on or about October 19, 2015, who reviewed the file, along with Aaron Knott, Michael Kron and Michael Slauson.
23. On November 13, 2015, the AG hired Carol Walker of Stoel Rives LLP as a Special Assistant Attorney General (SAAG) to conduct an audit of the aforementioned activities and provide a "written report."[2]
24. As of the date of this Complaint, this "written report" has not been completed or provided.
25. As of the date of this Complaint, this "audit" has yet to be completed.
26. On or about January 22, 2016, the AG announced that she was removing Darin Tweedt from his position of Director of the Criminal Justice Division.[3]

---

[2] *See* Denis C. Theriault, *Oregon will spend $88,000 investigating Black Lives Matter profiling allegations*, available at http://www.oregonlive.com/politics/index.ssf/2015/11/black_lives_matter_justice_dep.html, last visited March 24, 2016.

[3] *See* Nigel Jacquiss, *Attorney General Ellen Rosenblum Removes Her Agency's Top Criminal Lawyer: Darin Tweedt has been under scrutiny because one of his agents monitored #BlackLivesMatter hashtags*, available at http://www.wweek.com/2016/01/22/attorney-general-ellen-rosenblum-removes-her-agencys-top-criminal-lawyer/, last visited March 28, 2016.

27. On or about February 2, 2016, Darin Tweedt was assigned to the Oregon Department of Justice's Civil Recovery Section, located at Spinnaker Pointe 2250 McGilchrist St. SE Salem, OR 97302.
28. Darin Tweedt was assigned an office on the Second Floor of Spinnaker Points located three doors down from my own office.
29. I did not discover this until February 8, 2016, when I saw Darin Tweedt come into the office through the reception area, which my office directly faces.
30. After seeing Darin Tweedt, I sent an email to both the AG and Deputy AG Fred Boss, stating "[g]ood afternoon. Didn't it occur to someone that I should have been warned that I was likely to run into Darin Tweedt at the office today?"
31. I have yet to receive a substantive response from either individual.
32. All of my postings on Twitter, including photographs, were in accordance with the Oregon Department of Justice's "Social Media Policy."
33. None my postings on Twitter, including photographs, indicated any involvement in criminal activity.
34. The aforementioned activities of the Oregon Department of Justice's Criminal Justice Division were conducted in violation of ORS 181.575.
35. The aforementioned activities of the Oregon Department of Justice's Criminal Justice Division were conducted in violation of its own policies.[4]
36. The aforementioned activities of the Oregon Department of Justice's Criminal Justice Division were conducted in violation of my First Amendment of the United States Constitution.
37. The aforementioned activities of the Oregon Department of Justice's Criminal Justice Division were conducted in violation of my Fourth Amendment of the United States Constitution.
38. The aforementioned activities of the Oregon Department of Justice's Criminal Justice Division were conducted in violation of my Fourteenth Amendment of the United States Constitution.
39. The aforementioned activities of the Oregon Department of Justice's Criminal Justice Division were conducted in violation of my rights under the Art. I, Sec 8 of the Oregon Constitution.
40. The aforementioned activities of the Oregon Department of Justice's Criminal Justice Division were conducted in violation of my rights under Art. I, Sec 9 of the Oregon Constitution.
41. The aforementioned activities of the Oregon Department of Justice's Criminal Justice Division were conducted in violation of my rights under Art. I, Sec 10 of the Oregon Constitution.
42. The aforementioned activities of the Oregon Department of Justice's Criminal Justice Division were conducted in violation of my rights under Art. I, Sec 26 of the Oregon Constitution.
43. The Oregon Department of Justice's Criminal Justice Division attempted to adversely affect my employment status with the Oregon Attorney General based on my race in violation of ORS 659A.030.

---

[4] *See* http://www.doj.state.or.us/pdf/oregon_titan_fusion_center_privacy_policy.pdf, last visited March 24, 2016.

44. I believe that the Oregon Attorney General created a hostile work environment by placing Darin Tweedt down the hall from me and not correcting the situation despite my bringing it to their attention based on my race in violation of ORS 659A.030.
45. Had my Twitter activity involved matters other than the lives and experiences of Black people—as in African American, People of Color, Minorities, etc.—I would not have been subjected to the above violations.
46. Had I not been a Black male—as in African American, Person of Color, Minority, etc.—I would not have been subjected to the above violations.

The above factual statements are only intended to start the investigative process in this matter and are not meant to recite all the facts and events that transpired in this case. Accordingly, enough facts have been given to invoke this agency's jurisdiction and to provide a general summary of the events for further investigation. Any inaccuracies or misstatements are unintentional and will be corrected at a later date once formal discovery has been conducted. Complainant reserves the right to amend this Complaint and to make more complete and accurate factual contentions at a later time, especially during litigation and trial of this matter, if additional or contradictory information is discovered.

I hereby affirm that I have read the above 4 page complaint and that the statements contained therein are true to the best of my knowledge, information and belief.

DATED this 5th day of April, 2016.

_____
Erious Johnson, Jr., Complainant

State of OREGON    )
                   )ss.
County of Multnomah )

On this 5 day of APRIL, 2016, before me a notary public, the undersigned officer, personally appeared ERIOUS JOHNSON, JR., known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

_____
Notary Public for Oregon
My Commission Expires: August 6, 2018

OFFICIAL SEAL
SHERAYA CHRISTINE MORGAN
NOTARY PUBLIC - OREGON
COMMISSION NO. 930957
MY COMMISSION EXPIRES AUGUST 06, 2018

BOLI Complaint re: Erious Johnson, Jr.                                      4 of 4 | Page

MY SUBREDDITS    **FRONT** - ALL - RANDOM   |   ASKREDDIT - FUNNY - PICS - WORLDNEWS - GIFS - TODAYILEARNED - VIDEOS - GAMING - N    **MORE »**

---

**PATRICKPLAN8** | **overview** | comments | submitt    Want to join? **Log in or sign up** in seconds. | **English**

sorted by: **new**

### PatrickPlan8

**12,291** post karma
**50,931** comment karma

**How to report information about convicted stalker / abuser Benjamin barber - report tips to Washington County Sheriff's Office**   by **PatrickPlan8** in **Portland**

[-] **PatrickPlan8** [S] 5 points 2 hours ago

PatrickPlan8's snoovatar

✉ send a private message    redditor for 7 years

Ohhhhh it gets better than that

The continued drama of Revenge porn runaway convict "rosa parks of men's rights" Cockeye Benjamin Barber!!!!!!

/u/PatrickPlan8 has helped pay for **12.29 hours** of reddit server time.

gifts on behalf of /u/PatrickPlan8 have helped pay for **6.40 days** of reddit server time.

http://reddit.com/r/Portland/comments/5nq8gw/the_continued_drama_of_revenge_porn_runaway/

**permalink**   context   full comments (8)

**MODERATOR OF**

/r/Cargotecture
/r/Plan8

**How to report information about convicted stalker / abuser Benjamin barber - report tips to Washington County Sheriff's Office**   by **PatrickPlan8** in **Portland**

[-] **PatrickPlan8** [S] 4 points 2 hours ago

Ok ben 3rd account recorded

**permalink**   context   full comments (8)

**TROPHY CASE**      what's this?

3    **The continued drama of Revenge porn runaway convict "rosa parks of men's rights" Cockeye Benjamin Barber!!!!!!** Photo    (imgur.com)
submitted 3 hours ago by PatrickPlan8 to /r/Portland
comment   share


Seven-Year Club


Gilding II
euphauric

**For rent: 1 bed 0 bath $1,200**   by **SAimNE** in **Portland**

[-] **PatrickPlan8** 0 points 6 hours ago

That is some high quality shit posting there /u/SAimNE. You do the shitposters who dream of the 90s shitposting proud!


reddit gold
Since April 2016


Secret Santa
2015

**permalink**   context   full comments (23)


Team Orangered


GrMD
2012

**MONTHLY /R/PORTLAND "I'M HIRING" THREAD: January 01, 2017**   by **AutoModerator** in **Portland**

[-] **PatrickPlan8** 2 points 6 hours ago

I'm totally going to be there. Depressive Bi-polar Dyslexic Computer Engineers Untie!

**permalink**   context   full comments (14)


Verified Email


Rally Monkey
Tent number = 2

1    **Orenco Tap House meetup in Hillsboro?** (self.Portland)
submitted 6 hours ago by PatrickPlan8 to /r/Portland
comment   share

username     password

**How to report information about convicted stalker / abuser Benjamin barber - report tips to Washington County Sheriff's Office**   by **PatrickPlan8** in **Portland**

☐ remember me    reset password    **login**

[-] **PatrickPlan8** [S] 11 points 6 hours ago

I just like to keep posting about this because I worked with the asshole at Intel for an internship and he deserves everything coming to him in spades. He is a dark twisted black souled excuse spouting shit stain of a human being who relishes in tearing down women and minorities for getting privileges his cry baby delusional ass says he doesn't.

I say this being a 32 year old white male who is also a computer engineering studies returning student. Shit is a white sausage party in most of my classes and he thinks it's a good to keep it that way.

permalink   context   full comments (8)

10   **How to report information about convicted stalker / abuser Benjamin barber - report tips to Washington County Sheriff's Office** Local News
(oregonlive.com)
submitted 7 hours ago by PatrickPlan8 to /r/Portland
8 comments   share

12   **News on Cockeyed Benjamin barber: "I Was Stalked All the Way to Malaysia by Revenge Porn Convict Benjamin Barber!"** (heatst.com)
submitted 7 hours ago by PatrickPlan8 to /r/Portland
1 comment   share

**Virginia man spends $1,000 to deliver 300,000 pennies to Lebanon DMV** by RationalMango in nottheonion
[–] PatrickPlan8 2 points 7 hours ago

What do you want to bet his favorite book is Atlas Shrugged?

permalink   context   full comments (1815)

**The Gadsden Flag I redesigned after Golden Shower Gate** by JKastnerPhoto in vexillology
[–] PatrickPlan8 8 points 11 hours ago

Yeahhhhhh no

permalink   context   full comments (21)

**How "Superman" Producer Jon Peters Was Paid Up To an Estimated $80 Million For Doing Nothing** by clichedbaguette in movies
[–] PatrickPlan8 -6 points 11 hours ago

You mean zak synder right

permalink   context   full comments (117)

**GTA NPC in real life** by Evil_Vagina in WastedGifs
[–] PatrickPlan8 0 points 14 hours ago

Rule Violation?

> NSFW content should be tagged as such. Please, no overly-graphic content like porn, gore or death. Moderators will remove inappropriate submissions at their discretion.

NSFW   permalink   context   full comments (59)

**You guys liked my robot who responds only in GIFs, making him the highest rated /r/DIY project ever. Here's his video I promised to make** by abhi3188 in videos
[–] PatrickPlan8 1 point 14 hours ago

What is the base of this and what scripting language did you use to make this? Framework?

permalink   context   full comments (2126)

**Zach Galifianakis has filmed a documentary about the moneyed takeover of NC politics -- "Democracy for Sale." Free screenings are happening all over the state this month.**   by **internetjay**   in **NorthCarolina**
[−] **PatrickPlan8**   3 points 1 day ago

It's an Epix Original Documentary

permalink   context   full comments (63)

**Zach Galifianakis has filmed a documentary about the moneyed takeover of NC politics -- "Democracy for Sale." Free screenings are happening all over the state this month.**   by **internetjay**   in **NorthCarolina**
[−] **PatrickPlan8**   2 points 1 day ago

It's an Epix Original Documentary

permalink   context   full comments (63)

**Doonesbury from Dec 18th 2016 predicted today's Trump press conference almost exactly verbatim.**   by **PatrickPlan8**   in **comics**
[−] **PatrickPlan8** [S] 3 points 1 day ago

> MSM

Can we please stop using acronyms for mainstream media. Please

permalink   context   full comments (3)

**Trump shouted down CNN's Jim Acosta as 'fake news' then took a question from Breitbart.**   by **relevantlife**   in **politics**
[−] **PatrickPlan8**   10 points 1 day ago

He is an independent i heard also he is gay so you know pink triangle fears

permalink   context   full comments (15416)

**Millennial Falcon**   by **TheSanityInspector**   in **AdviceAnimals**
[−] **PatrickPlan8**   -1 points 1 day ago

hippies is actually a historical misnomer. The term is yippies and they were the start of the baby boomer Libertarian movement in america.

permalink   context   full comments (1564)

**Millennial Falcon**   by **TheSanityInspector**   in **AdviceAnimals**
[−] **PatrickPlan8**   4 points 1 day ago

Millennial Falcon .... this is good. This is very good new meme.

permalink   context   full comments (1564)

**I think it is important to let @realDonaldTrump know that more than just reporters care about his tax returns #jesuistropjournaliste**   by **[deleted]**   in **offmychest**
[−] **PatrickPlan8**   2 points 1 day ago

Thanks you I was going to say this but was busy dealing with family issues

permalink   context   full comments (4)

18   **Doonesbury from Dec 18th 2016 predicted today's Trump press conference almost exactly verbatim.**   (gocomics.com)
submitted 1 day ago by PatrickPlan8   to /r/comics
3 comments   share

1   **Doonesbury from Dec 18th 2016 predicted today's Trump press conference almost exactly verbatim.** No Rehosted or H...   (imgur.com)
submitted 1 day ago by PatrickPlan8   to /r/comics
1 comment   share

**Original 'Ghost In The Shell' Movie Returning To Theaters**   by **NinjaDiscoJesus**   in **movies**
[−] **PatrickPlan8**   1 point 3 days ago

they made it yellow to match the color of innocence

permalink   context   full comments (944)

**Donald Trump's businesses owe $1.8bn to more than 150 different institutions, new study suggests** by **Antinatalista** in politics

[–] **PatrickPlan8** 2 points 4 days ago

We dont have political adversaries die with radioactive tea

**permalink** **context** **full comments (1181)**

view more: **next ›**

### about
blog
about
source code
advertise
jobs

### help
site rules
FAQ
wiki
reddiquette
transparency
contact us

### apps & tools
Reddit for iPhone
Reddit for Android
mobile website
buttons

### <3
**reddit gold**
redditgifts

Use of this site constitutes acceptance of our User Agreement and Privacy Policy (updated). © 2017 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π

**Wanted! Man Convicted of Posting 'Revenge Porn' Doesn't Show Up for Jail. An arrest warrant has been issued for Benjamin Barber** ( patch.com )

submitted 2 months ago by **PatrickPlan8** Hillsboro

271 comments   share

you are viewing a single comment's thread.
view the rest of the comments →

[–] **wutlolbutts**  -6 points 2 months ago

You're probably one of his alts, you've got a real boner for this thread.

permalink   embed   parent

[–] **PatrickPlan8** Hillsboro [S]6 points 2 months ago

Dude I'm easy to find online my user name Patrick Plan8 is my former tech website and podcast i did. Don't go /r/conspiracy and say i'm some sort of actor at sandy hook. Alex jones already does that sick twisted rant already. User name on twitter @Roanhouse

permalink   embed   parent

[–] **wutlolbutts**  2 points 2 months ago

Oh man, you just posted WAY more than enough information for Benjamin Barber to come find you and kill you. PLOT THICKENS.

permalink   embed   parent

[–] **PatrickPlan8** Hillsboro [S]7 points 2 months ago*

fun fact, I have 12 odd years martial arts experience; 6yr Shorinji Toraken Do Kempo, 3 years Aikido, and then 3 years combination Chinese soft forms and Hung Ga). I taught self defense courses when I was a teenager. I'm going to be teaching self defense courses starting for women, LGBTQ, and minorities in the next few weeks at my college. I also live in a nice apartment and have a siberian husky who doesn't like strange men. I also have have a hunting knife and a multitool i keep on me at all times. Because of the election I'm getting my small arms certification again and actually going to buy a handgun and rifle even though i'm anti-NRA. I think his cockeyed scrawny ectomorph ass is more than down for the count to my 6 foot 5 400lb + mesomorph fat ass. But if he wants to try I'm more than glad to "Stand my ground" and "Defend my castle"

permalink   embed   parent

[–] **wutlolbutts**  3 points 2 months ago

What in the actual fuck.

permalink   embed   parent

[–] **PatrickPlan8** Hillsboro [S]4 points 2 months ago

Stay thirsty my friend ;)

permalink   embed   parent

[+] **addidastechseeker**  comment score below threshold (1 child)



**benjamin barber <starworks5@gmail.com>**

## Top. Fucking. Kek.
1 message

**Brock Samson** <thadeus.venture@gmail.com>  Thu, Dec 1, 2016 at 12:37 PM
To: starworks5@gmail.com

https://www.facebook.com/koin6/posts/579866925547555