Skip to Main Content   Logout   My Account   Search Menu   Search Criminal, Traffic and Parking Case Records   Refine Search   Back   Location : All Locations   Images   Help

# REGISTER OF ACTIONS
## CASE NO. 16CR46339

| | | |
|---|---|---|
| **State of Oregon vs Benjamin Jay Barber** | § § § § § § § | Case Type: **Offense Misdemeanor** <br> Date Filed: **07/27/2016** <br> Location: **Washington** <br> District Attorney Number: **345218** <br> Law Enforcement Case Number: **50-161740492** |

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Attorneys** |
| **Defendant** | **Barber, Benjamin Jay** | Male White <br> DOB: 1985 <br> 5' 10", 165 lbs | **Cameron Taylor** <br> *Court Appointed* <br> 503 726-7900(W) |
| | 176 SW Jackson St <br> Hillsboro, OR 97123 <br> SID: OR17474177 | | |
| | | | **Christina Helregel** <br> *Retained* |
| **Plaintiff** | State of Oregon | | **Marie Atwood** <br> 503 846-8671(W) |

### CHARGE INFORMATION

| Charges: Barber, Benjamin Jay | Statute | Level | Date |
|---|---|---|---|
| 1. Unlawful Dissemination of an Intimate Image | 163.472 | Misdemeanor Class A | 01/01/2016 |
| 2. Unlawful Dissemination of an Intimate Image | 163.472 | Misdemeanor Class A | 01/01/2016 |
| 3. Unlawful Dissemination of an Intimate Image | 163.472 | Misdemeanor Class A | 01/01/2016 |
| 4. Unlawful Dissemination of an Intimate Image | 163.472 | Misdemeanor Class A | 01/01/2016 |
| 5. Unlawful Dissemination of an Intimate Image | 163.472 | Misdemeanor Class A | 01/01/2016 |
| 6. Unlawful Dissemination of an Intimate Image | 163.472 | Misdemeanor Class A | 01/01/2016 |
| 7. Unlawful Dissemination of an Intimate Image | 163.472 | Misdemeanor Class A | 01/01/2016 |
| 8. Unlawful Dissemination of an Intimate Image | 163.472 | Misdemeanor Class A | 01/01/2016 |
| 9. Unlawful Dissemination of an Intimate Image | 163.472 | Misdemeanor Class A | 01/01/2016 |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

07/29/2016 | **Plea** (Judicial Officer: Garcia, Oscar)
1. Unlawful Dissemination of an Intimate Image
   Not Guilty
2. Unlawful Dissemination of an Intimate Image
   Not Guilty
3. Unlawful Dissemination of an Intimate Image
   Not Guilty
4. Unlawful Dissemination of an Intimate Image
   Not Guilty
5. Unlawful Dissemination of an Intimate Image
   Not Guilty
6. Unlawful Dissemination of an Intimate Image
   Not Guilty
7. Unlawful Dissemination of an Intimate Image
   Not Guilty
8. Unlawful Dissemination of an Intimate Image
   Not Guilty
9. Unlawful Dissemination of an Intimate Image
   Not Guilty
Created: 07/29/2016 3:02 PM

11/10/2016 | **Disposition** (Judicial Officer: Roberts, Beth L)
6. Unlawful Dissemination of an Intimate Image
   Acquitted
7. Unlawful Dissemination of an Intimate Image
   Acquitted
Created: 11/10/2016 5:20 PM

11/10/2016 | **Disposition** (Judicial Officer: Roberts, Beth L)
8. Unlawful Dissemination of an Intimate Image
   Acquitted
9. Unlawful Dissemination of an Intimate Image
   Acquitted
Created: 11/15/2016 4:31 PM

12/01/2016 | **Disposition** (Judicial Officer: Roberts, Beth L)

**Exhibit 2**
**Page 1 of 6**
**Decl. of Jesse B. Davis**

|    |    |
|----|----|
| | 1. Unlawful Dissemination of an Intimate Image |
| |     Convicted |
| | 2. Unlawful Dissemination of an Intimate Image |
| |     Convicted |
| | 3. Unlawful Dissemination of an Intimate Image |
| |     Convicted |
| | 4. Unlawful Dissemination of an Intimate Image |
| |     Convicted |
| | 5. Unlawful Dissemination of an Intimate Image |
| |     Convicted |
| | Created: 12/01/2016 8:29 AM |
| 12/01/2016 | **Sentence** (Judicial Officer: Roberts, Beth L) |
| | 1. Unlawful Dissemination of an Intimate Image |
| |     Sentencing Details |
| |         Decision Date: 12/01/2016 |
| |         Incarceration |
| |             Duration: 6 Months |
| |             Agency: County Jail |
| |             Credit Time Served |
| |             Report To: TSI - WCSO |
| |             Report Date and Time: 12/02/2016 and 7:00 PM |
| |             Statute: 137.752 |
| |             Eligibility: Eligible |
| |     Fee Totals: |

|                      | Amount  | Reduction | Owed    |
|----------------------|---------|-----------|---------|
| Attorney Fees        | $387.00 |           | $387.00 |
| Fine - Misdemeanor   | $100.00 |           | $100.00 |
| Fee Totals $         | $487.00 |           | $487.00 |
| Fee Modifier         |         |           |         |

    Your court-ordered financial obligations are to be paid at a monthly rate
of $25 per month beginning on June 1, 2017 and each month
thereafter.
Created: 12/01/2016 9:16 AM

12/01/2016 **Sentence** (Judicial Officer: Roberts, Beth L)
    2. Unlawful Dissemination of an Intimate Image
        Sentencing Details
            Decision Date: 12/01/2016
            Suspend Imposition
        Probation Supervised   (Active)
            Start Date: 12/01/2016
            Duration: 5 Years
            Estimated End Date: 12/01/2021
            Condition Behavior: All General Conditions apply
            Special Conditions: No - Violate No Laws, 12/01/2016, Defendant shall obey all laws.
            Program - Batterer Intervention, 12/01/2016, Defendant shall attend, comply with all rules of program, and successfully complete
            an approved Domestic Violence Intervention Program as directed by the supervising officer. Sign a release of information for
            Community Corrections with treatment providers or Department of Human Services. Defendant shall waive any confidentiality or
            privilege necessary in order to allow treatment providers or supervising officer to communicate with victim.
            Program - Victim Offender Reconciliation, 12/01/2016, Defendant shall attend a Washington County Survivor's Impact Panel as
            directed by the supervising officer.
            Program - Counseling Family, 12/01/2016, Do not participate in couples' counseling without prior written permission of the
            supervising officer.
            No Contact - Victim without permission, 12/01/2016, The defendant shall not attempt to contact or have direct or indirect contact
            with the victim(s) MEAGAN VANCE or friends or family; nor shall the defendant enter onto the premises, or within 100 yards, of
            the victim(s) residence, vehicle, place of employment, or school without the prior written permission of the supervising officer or
            criminal court. "Contact" includes but is not limited to the following: communicating in any form, accessing victim's social
            networking sites, remaining in the same vicinity as the victim such as a store, theater, sporting event, gym, church, etc., inquiring
            about the victim through the victim's friends or family, following the victim, or being outside a place that the victim frequents such
            as the victim's business or school. This no contact provision remains in place even if a related protective order is dismissed.
            No Contact - Victim's Family, 12/01/2016, Do not have contact with the victim's family, excluding joint, minor children. For cases
            in which the offense was committed in the immediate presence of minor children, the defendant shall not have contact with such
            children until approved by the supervising officer or criminal court.
            Disclose Relationship(s), 12/01/2016, Do not menace, intimidate, threaten or have offensive contact, including language, with
            anyone including but not limited to intimate partners. Disclose any potential intimate relationships (prior to intimacy) to your
            supervising officer. Defendant shall consent to the supervising officer communicating with others about the defendants domestic
            violence history.
            Submit - Polygraph, 12/01/2016, Defendant shall submit to a polygraph examination to determine if defendant is in compliance
            with treatment and conditions of supervision; any refusal is a violation of supervision.
            Advise Nature of Crime, 12/01/2016, Defendant shall notify the supervising officer within 24 hours of any new arrests, citations,
            restraining orders, stalking protective orders or other civil protective orders issued against defendant.
            Consent to Search, 12/01/2016, Submit to search of person, residence, vehicle and property including consent to search
            computer and telephonic devices. Defendent shall also submit to search of social networking sites if the supervising officer has
            reasonable grounds to believe such search will reveal evidence of a probation violation.
            Program - Monitor, 12/01/2016, Defendant may be considered for GPS monitoring.
            Comply - With Court Order, 12/01/2016, Defendant shall obey all other court orders, including but not limited to all restraining
            orders, stalking protective orders, civil protective orders, juvenile court orders, and domestic relations court orders.
            Financially Responsible - Victim/Victim's Family, 12/01/2016, The defendant shall bear financial responsibility as directed by the
            supervising officer for any counseling, therapy, treatment and medical costs incurred by the victim(s) as a result of this offense.
            Pay Fines/Fees/Restitution as Ordered, 12/01/2016, All monies, including previously ordered amounts, are due in full 60 days
            prior to the expiration of probation unless otherwise ordered. Distribution per statute. The laws allow fees to recover
            administrative and collection costs to be automatically added and collected without further notice to you or action by the court,
            when the court has to establish a payment account, refer a matter for collection, or send DMV a suspension notice.

**Exhibit 2**

**Page 2 of 6**

**Decl. of Jesse B. Davis**

Program - Mental Health Evaluation & Treatment, 12/01/2016, Defendant shall submit to a mental health evaluation and become involved in any treatment/counseling program(s) which may be recommended by supervising officer and shall remain in said program(s) until successfully completed. Defendant shall take all medications as prescribed and not stop taking medications unless directed by their medical professional. Defendant shall not change treatment providers without permission from the supervising officer.

Program - Sex Offender Treatment, 12/01/2016, The defendant shall undergo a complete sex offender evaluation at the direction of the supervising officer. If recommended by evaluation, the defendant shall enter and successfully complete a sex offender treatment program approved by the defendant's supervising officer. The program may include polygraph and plethysmograph testing.

Special Condition 1, 12/01/2016, Defendant shall remove, in collaboration with his Probation Officer, all images and videos of victim from his computer.

Special Condition 2, 12/01/2016, Defendant shall remove, in collaboration with his Probation Officer, all images and videos of victim from the internet.

Special Condition 3, 12/01/2016, The defendant shall not view, listen to, own or possess any sexually stimulating visual or auditory materials that are relevant to the defendant's deviant behaviors. Defendant shall consent to search of his/her computer or other electronic equipment by the supervising officer, if the supervising officer has reasonable grounds to believe that evidence of a violation will be found.

Fee Totals:

|  | Amount | Reduction | Owed |
|---|---|---|---|
| Fine - Misdemeanor | $100.00 |  | $100.00 |
| Fee Totals $ | $100.00 |  | $100.00 |
| Fee Modifier |  |  |  |

Same payments as for Count 1.
Created: 12/01/2016 9:36 AM

12/01/2016 **Sentence** (Judicial Officer: Roberts, Beth L)
3. Unlawful Dissemination of an Intimate Image
Sentencing Details
Decision Date: 12/01/2016
Suspend Imposition
Probation Supervised   (Active)
Start Date: 12/01/2016
Duration: 5 Years
Estimated End Date: 12/01/2021
Condition Behavior: All General Conditions apply
Special Conditions: Program - Case Plan Compliance, 12/01/2016, Comply with the same terms and conditions as listed on Count 2 in this case.
Fee Totals:

|  | Amount | Reduction | Owed |
|---|---|---|---|
| Fine - Misdemeanor | $100.00 |  | $100.00 |
| Fee Totals $ | $100.00 |  | $100.00 |
| Fee Modifier |  |  |  |

Same payments as for Count 1.
Created: 12/01/2016 9:39 AM

12/01/2016 **Sentence** (Judicial Officer: Roberts, Beth L)
4. Unlawful Dissemination of an Intimate Image
Sentencing Details
Decision Date: 12/01/2016
Suspend Imposition
Probation Supervised   (Active)
Start Date: 12/01/2016
Duration: 5 Years
Estimated End Date: 12/01/2021
Condition Behavior: All General Conditions apply
Special Conditions: Program - Case Plan Compliance, 12/01/2016, Comply with the same terms and conditions as listed on Count 2 in this case.
Fee Totals:

|  | Amount | Reduction | Owed |
|---|---|---|---|
| Fine - Misdemeanor | $100.00 |  | $100.00 |
| Fee Totals $ | $100.00 |  | $100.00 |
| Fee Modifier |  |  |  |

Same payments as for Count 1.
Created: 12/01/2016 9:41 AM

12/01/2016 **Sentence** (Judicial Officer: Roberts, Beth L)
5. Unlawful Dissemination of an Intimate Image
Sentencing Details
Decision Date: 12/01/2016
Suspend Imposition
Probation Supervised   (Active)
Start Date: 12/01/2016
Duration: 5 Years
Estimated End Date: 12/01/2021
Condition Behavior: All General Conditions apply
Special Conditions: Program - Case Plan Compliance, 12/01/2016, Comply with the same terms and conditions as listed on Count 2 in this case.
Fee Totals:

|  | Amount | Reduction | Owed |
|---|---|---|---|
| Fine - Misdemeanor | $100.00 |  | $100.00 |
| Fee Totals $ | $100.00 |  | $100.00 |
| Fee Modifier |  |  |  |

Same payments as for Count 1.
Created: 12/01/2016 9:42 AM

Exhibit 2
Page 3 of 6
Decl. of Jesse B. Davis

| | | |
|---|---|---|
| | **OTHER EVENTS AND HEARINGS** | |
| 07/27/2016 | **Complaint** | |
| | *Misdemeanor* | |
| | Created: 07/27/2016 9:06 AM | |
| 07/27/2016 | **Agreement - Recognizance Release** | |
| | Created: 07/27/2016 9:07 AM | |
| 07/28/2016 | **Arraignment** (8:30 AM) (Judicial Officer Garcia, Oscar) | |
| | *Recog NO PV'S* | |
| | Result: FTA - Warrant | |
| | Created: 07/27/2016 9:07 AM | |
| 07/28/2016 | **Order - Bench Warrant** (Judicial Officer: Garcia, Oscar ) | |
| | Signed:  07/28/2016 | |
| | Created: 07/28/2016 11:12 AM | |
| 07/28/2016 | **Motion - Protective Order** | |
| | Created: 07/28/2016 4:47 PM | |
| 07/28/2016 | **Warrant - Return of Service** | |
| | Created: 08/01/2016 8:29 AM | |
| 07/29/2016 | **Arraignment** (3:00 PM) (Judicial Officer Garcia, Oscar) | |
| | Result: Held | |
| | Created: 07/29/2016 7:34 AM | |
| 07/29/2016 | **Order** (Judicial Officer: Garcia, Oscar ) | |
| | *Sexual Offense Protective Order ORS 135.873* | |
| | Signed:  07/29/2016 | |
| | Created: 07/29/2016 2:24 PM | |
| 07/29/2016 | **Arraignment** (Judicial Officer: Garcia, Oscar ) | |
| | Created: 07/29/2016 3:01 PM | |
| 07/29/2016 | **Order** (Judicial Officer: Garcia, Oscar ) | |
| | Signed:  07/29/2016 | |
| | Created: 07/29/2016 3:01 PM | |
| 07/29/2016 | **Affidavit - Eligibility - ACP** | |
| | Created: 08/04/2016 4:40 PM | |
| 07/29/2016 | **Order - Appointing Counsel** (Judicial Officer: Garcia, Oscar ) | |
| | *Attorney:* | |
| | Signed:  07/29/2016 | |
| | Created: 08/04/2016 4:42 PM | |
| 08/01/2016 | **Notice - Representation** | |
| | *For victim* | |
| | Created: 08/01/2016 10:59 AM | |
| 08/02/2016 | **Motion** | |
| | *Motion for Release* | |
| | Created: 08/02/2016 11:03 AM | |
| 08/02/2016 | **Affidavit - Supporting Motion** | |
| | Created: 08/02/2016 11:03 AM | |
| 08/09/2016 | **Hearing - Pre-trial Release** (1:30 PM) (Judicial Officer Upton, Suzanne M.) | |
| | Result: Held | |
| | Created: 08/03/2016 4:19 PM | |
| 08/09/2016 | **Order** (Judicial Officer: Upton, Suzanne M. ) | |
| | *Security raised, post 10% w/strict release conditions* | |
| | Signed:  08/09/2016 | |
| | Created: 08/09/2016 1:46 PM | |
| 08/09/2016 | **Memorandum** | |
| | *State's Memorandum regarding defendant's Motion for Release* | |
| | Created: 08/09/2016 2:43 PM | |
| 08/22/2016 | **Hearing - Case Management** (3:00 PM) (Judicial Officer Nachtigal, Gayle A) | |
| | *08/22/2016 Reset by Court to 08/22/2016* | |
| | Result: Held | |
| | Created: 07/29/2016 3:04 PM | |
| 09/07/2016 | **Demurrer** | |
| | Created: 09/07/2016 2:52 PM | |
| 09/07/2016 | **Memorandum** | |
| | Created: 09/07/2016 2:52 PM | |
| 09/16/2016 | **Hearing - Final Resolution Conference** (1:30 PM) (Judicial Officer Roberts, Beth L) | |
| | *09/16/2016 Reset by Court to 09/16/2016* | |
| | Result: Held | |
| | Created: 08/22/2016 4:33 PM | |
| 09/20/2016 | **Order** (Judicial Officer: Roberts, Beth L ) | |
| | *From FRC* | |
| | Signed:  09/16/2016 | |
| | Created: 09/20/2016 2:20 PM | |
| 09/21/2016 | **Motion - Continuance** | |
| | Created: 09/21/2016 4:13 PM | |
| 09/21/2016 | **Affidavit - Continuance** | |
| | Created: 09/21/2016 4:13 PM | |
| 09/26/2016 | **Memorandum - At Law** | |
| | Created: 09/26/2016 3:34 PM | |
| 09/27/2016 | **Demurrer** | |
| | Created: 09/27/2016 1:11 PM | |
| 09/28/2016 | **Hearing - Motion** (9:00 AM) (Judicial Officer Butterfield, Eric E) | |
| | *For Demurrer Motion Callback* | |
| | *09/28/2016 Reset by Court to 09/28/2016* | |
| | *09/28/2016 Reset by Court to 09/28/2016* | |

| | | |
|---|---|---|
| | Result: Held | |
| | Created: 08/22/2016 4:33 PM | |
| 09/28/2016 | **Order** (Judicial Officer: Butterfield, Eric E ) | |
| | Comment: FROM MOTION HRG | |
| | Signed: 09/28/2016 | |
| | Created: 09/28/2016 4:44 PM | |
| 09/29/2016 | **Agreement - Recognizance Release** | |
| | Created: 09/29/2016 1:52 PM | |
| 10/11/2016 | **Order** (Judicial Officer: Erwin, Andrew R ) | |
| | Defense demurrer - Denied | |
| | Signed: 10/11/2016 | |
| | Created: 10/12/2016 11:42 AM | |
| 11/08/2016 | **Jury Instructions - Proposed** | |
| | State's Requested Jury Instructions | |
| | Created: 11/08/2016 10:17 AM | |
| 11/09/2016 | **Trial - Six Person Jury** (9:00 AM) (Judicial Officer Roberts, Beth L) | |
| | **11/09/2016, 11/10/2016** | |
| | 2 days w/ motion in limine DA 3-4w Def 2w | |
| | 11/09/2016 Reset by Court to 11/09/2016 | |
| | 11/09/2016 Reset by Court to 11/09/2016 | |
| | Result: Multi-Day Hearing | |
| | Created: 09/28/2016 12:19 PM | |
| 11/09/2016 | **Jury Instructions - Proposed** | |
| | Created: 11/09/2016 8:28 AM | |
| 11/09/2016 | **Exhibit - List** | |
| | For Pretrial Motions | |
| | Created: 11/09/2016 1:27 PM | |
| 11/09/2016 | **Release** | |
| | For Pretrial Motions | |
| | Created: 11/09/2016 1:27 PM | |
| 11/09/2016 | **Exhibit - List** | |
| | For Pretrial Motions | |
| | Created: 11/09/2016 1:29 PM | |
| 11/09/2016 | **Release** | |
| | For Pretrial Motions | |
| | Created: 11/09/2016 1:29 PM | |
| 11/10/2016 | **Consent** | |
| | Consent to Appearance by Certified Law Student | |
| | Created: 11/10/2016 2:23 PM | |
| 11/10/2016 | **Jury - Instructions** | |
| | Created: 11/10/2016 5:21 PM | |
| 11/10/2016 | **Exhibit - List** | |
| | Created: 11/10/2016 6:36 PM | |
| 11/10/2016 | **Release** | |
| | of State's Exhibits | |
| | Created: 11/10/2016 7:46 PM | |
| 11/10/2016 | **Verdict** | |
| | Guilty Ct 1-5, Not Guilty Ct 8-9 | |
| | Created: 11/10/2016 7:46 PM | |
| 11/10/2016 | **Judgment - Acquittal** (Judicial Officer: Roberts, Beth L ) | |
| | MJOA granted for counts 6 & 7 | |
| | Signed: 11/10/2016 | |
| | Created: 11/15/2016 4:33 PM | |
| 11/10/2016 | **Judgment - Acquittal** (Judicial Officer: Roberts, Beth L ) | |
| | counts 8 & 9 | |
| | Signed: 11/10/2016 | |
| | Created: 11/15/2016 4:33 PM | |
| 11/29/2016 | **Memorandum** | |
| | Sentencing Memorandum | |
| | Created: 11/29/2016 2:57 PM | |
| 12/01/2016 | **Hearing - Sentencing** (8:30 AM) (Judicial Officer Roberts, Beth L) | |
| | Result: Held | |
| | Created: 11/10/2016 7:47 PM | |
| 12/01/2016 | **Judgment - Offense General Creates Lien** (Judicial Officer: Roberts, Beth L ) | |
| | Signed: 12/01/2016 | |
| | Created: 12/01/2016 10:25 AM | |
| 12/01/2016 | **Judgment - Offense General Creates Lien** (Judicial Officer: Roberts, Beth L ) | |
| | Signed: 12/01/2016 | |
| | Created: 12/01/2016 10:25 AM | |
| 12/01/2016 | **Judgment - Offense General Creates Lien** (Judicial Officer: Roberts, Beth L ) | |
| | Signed: 12/01/2016 | |
| | Created: 12/01/2016 10:26 AM | |
| 12/01/2016 | **Judgment - Offense General Creates Lien** (Judicial Officer: Roberts, Beth L ) | |
| | Signed: 12/01/2016 | |
| | Created: 12/01/2016 10:26 AM | |
| 12/01/2016 | **Judgment - Offense General Creates Lien** (Judicial Officer: Roberts, Beth L ) | |
| | Signed: 12/01/2016 | |
| | Created: 12/01/2016 10:27 AM | |
| 12/01/2016 | **Closed** | |
| | Created: 12/06/2016 4:00 PM | |
| 12/01/2016 | **Judgment - Offense General Creates Lien** (Judicial Officer: Roberts, Beth L ) | |
| | Amended: Change to probation condition in ct 2 regarding sex offender eval/treatment | |
| | Signed: 12/01/2016 | |

**Exhibit 2**
**Page 5 of 6**
**Decl. of Jesse B. Davis**

| | | | | |
|---|---|---|---|---|
| | | Created: 12/06/2016 4:07 PM | | |
| 12/02/2016 | Motion - Probation Revocation | | | |
| | | Created: 12/02/2016 1:54 PM | | |
| 12/02/2016 | Certificate | | | |
| | | Created: 12/02/2016 1:55 PM | | |
| 12/02/2016 | Order - Bench Warrant (Judicial Officer: Roberts, Beth L ) | | | |
| | | Signed: 12/02/2016 | | |
| | | Created: 12/02/2016 4:39 PM | | |
| 12/07/2016 | Disposition - Reported | | | |
| | | Created: 12/07/2016 12:01 AM | | |
| 12/14/2016 | Notice - Appeal | | | |
| | | *A163786 (12/1/16 Judgment and 12/6/16 Amended Judgment)* | | | |
| | | Created: 12/14/2016 10:16 AM | | |
| 12/14/2016 | Notice | | | |
| | | *Defense Provider's Fee Statement for Transcripts* | | | |
| | | Created: 12/14/2016 10:17 AM | | |
| 12/22/2016 | Affidavit - Supplemental | | | |
| | | *w/supp po affidavit dated 12/20/16 - Already wanted, arraign defendant at next court appearance* | | | |
| | | Created: 12/22/2016 11:59 AM | | |
| 01/03/2017 | Notice - Amended Appeal | | | |
| | | *A163786 (12/1/16 Judgment and 12/6/16 Amended Judgment)* | | | |
| | | Created: 01/03/2017 9:06 AM | | |
| 01/05/2017 | Judgment - Payment Schedule Assessment | | | |
| | | *Added by Payment Schedule Assessment Job* | | | |
| | | Created: 01/05/2017 7:16 PM | | |
| 01/13/2017 | Certificate | | | |
| | | *of Preparation and Service of Transcript(s) for Electronic Filing at Court of Appeals* | | | |
| | | Created: 01/13/2017 12:17 PM | | |
| 02/22/2017 | Certificate | | | |
| | | *of Electronic Filing of Transcript(s) at Court of Appeals by: Katie Bradford* | | | |
| | | Created: 02/22/2017 2:19 PM | | |
| 02/28/2017 | Request | | | |
| | | *to Return Exhibits to Trial Court Pending Appeal* | | | |
| | | Created: 02/28/2017 11:21 AM | | |

**FINANCIAL INFORMATION**

**Defendant** Barber, Benjamin Jay
Total Financial Assessment                         1,096.00
Total Payments and Credits                             9.00
**Balance Due as of 04/26/2017**                   **1,087.00**

| | | | | |
|---|---|---|---|---|
| 11/22/2016 | Transaction Assessment | | | 9.00 |
| 11/22/2016 | Counter Payment | Receipt # 2016-2804637 | Barber, Benjamin Jay | (9.00) |
| 12/01/2016 | Transaction Assessment | | | 100.00 |
| 12/01/2016 | Transaction Assessment | | | 100.00 |
| 12/01/2016 | Transaction Assessment | | | 100.00 |
| 12/01/2016 | Transaction Assessment | | | 100.00 |
| 12/01/2016 | Transaction Assessment | | | 487.00 |
| 01/05/2017 | Transaction Assessment | | | 200.00 |