IN THE COURT OF APPEALS OF THE STATE OF OREGON

STATE OF OREGON,
Plaintiff-Respondent,

v.

BENJAMIN JAY BARBER,
Defendant-Appellant.

Washington County Circuit Court No. 16CR46339

Court of Appeals No. A163786

ORDER OF DISMISSAL

    The State has moved to dismiss this appeal because defendant has absconded from supervision and is a fugitive from justice. See ORAP 8.05(3).

    Defendant's failure to turn himself in to serve his jail sentence at the arranged time, his continued failure to comply with the supervision requirements of probation, and his failure to provide the probation office his contact information, show a pattern of probation violations from which the court infers that defendant is intentionally evading legal process. The motion is granted. *State v. Robbins*, 345 Or 28, 188 P3d 262 (2008).

    Appeal dismissed.

*James W. Nass*     03/29/2017 10:03 AM
JAMES W. NASS
APPELLATE COMMISSIONER

---

**DESIGNATION OF PREVAILING PARTY AND AWARD OF COSTS**
Prevailing party: Respondent     Costs: No costs allowed

---

c: Joshua B Crowther
   Jennifer S Lloyd

ej

ORDER OF DISMISSAL
REPLIES SHOULD BE DIRECTED TO: State Court Administrator, Records Section,
Supreme Court Building, 1163 State Street, Salem, OR 97301-2563
Page 1 of 1

Exhibit 6
Page 1 of 1
Decl. of Jesse B. Davis