

## Cases

- Case Search
- Case View
- CABO Information
- Case Ticklers
- Print Case Descending
- Print Case Threaded

### Case Information

| | | | |
|---|---|---|---|
| Case No.: | A163786 | Short Title: | State of Oregon v. Benjamin Jay Barber |
| Appellate Court: | Court of Appeals | Classification: | Appeal - Criminal - General |
| CABO: | Washington County Circuit Court - 16CR46339 | | |
| Supreme Court Case(s): | | | |
| Filed Date: | 12/13/2016 | Case Status: | Decided/Dismissed |
| At Issue: | | Submission Form: | |
| Argued/Submitted: | | Disposition Type: | Dismissed |
| Decided: | 03/29/2017 | Decision Form: | Order |
| Appellate Judgment: | | Final App Disposition: | |
| Reinstated: | | | |

View Full Case Title

### – Party Information

| Role | Party Name | Former | Comments | Dist. List | Attorney(s) |
|---|---|---|---|---|---|
| Appellant | Benjamin Jay Barber | N | | Y | Joshua B Crowther |
| Respondent | State of Oregon | N | | N Y | Benjamin Gutman (Former) Jennifer S Lloyd |

**Other Participants**

| | | | |
|---|---|---|---|
| TCA | Washington County Trial Court Administrator | N | |
| Transcriber | Katie Bradford | N | |
| Transcript Coordinator | Washington County Transcript Coordinator | Y As of 12/19/2016 | |

### Docketing Filter View

Display: Descending ▼    Docket Entry Type Filter: All ▼    Go!

### Case Register

| Filed Date | Entry Date | Type/Subtype (Status) | Doc Link |
|---|---|---|---|
| 03/29/2017 | 03/29/2017 | Case Dispositional Decision - Order - Dismissing - Non-Appellant/Non-Petitioner Motion | |
| 03/27/2017 | 03/27/2017 | Record - Received - Exhibits | |
| 03/27/2017 | 03/28/2017 | Notice Received - Other | |
| 03/23/2017 | 03/23/2017 | Record - Received - File | |
| 03/02/2017 | 03/02/2017 | Order on Motion/Petition/Other - Allowing MOET | |
| 02/28/2017 | 02/28/2017 | Notice Generated - Request for Record/Exhibits | |
| 02/27/2017 | 02/28/2017 | MOET - File Response to Motion | |

**Exhibit 5
Page 1 of 2
Decl. of Jesse B. Davis**

| | | | | |
|---|---|---|---|---|
| 02/22/2017 | 02/22/2017 | | Record - Received - eTranscript | |
| 02/15/2017 | 02/15/2017 | | Order on Motion/Petition/Other - Allowing MOET | |
| 02/13/2017 | 02/13/2017 | | MOET - File Response to Motion | |
| 01/30/2017 | 01/30/2017 | | Motion - Dismiss - Non-Appellant/Non-Petitioner | |
| 01/27/2017 | 02/21/2017 | | Action - Transcript Deemed Settled | |
| 01/12/2017 | 01/12/2017 | | Notice Received - Transcript - Proof of Filing (Amended) | |
| 01/12/2017 | 01/12/2017 | | Notice Received - Transcript - Proof of Filing | |
| 12/30/2016 | 12/30/2016 | | Notice Generated - Acknowledgment and Deficiency Letter | |
| 12/28/2016 | 12/28/2016 | | Action - Motion/MOET Deemed Granted | |
| 12/28/2016 | 12/28/2016 | | Motion - Appoint Counsel (Corrected) | |
| 12/28/2016 | 12/28/2016 | | Initiating Document - Notice of Appeal (Amended) | |
| 12/19/2016 | 12/19/2016 | | Notice Received - Transcriptionist/Reporter Assigned | |
| 12/14/2016 | 12/14/2016 | | Notice Generated - Acknowledgment and Deficiency Letter | |
| 12/13/2016 | 12/13/2016 | | Action - Motion/MOET Deemed Granted | |
| 12/13/2016 | 12/13/2016 | | Initiating Document - Notice of Appeal | |
| 12/13/2016 | 12/13/2016 | | Motion - Appoint Counsel | |

**Exhibit 5**
**Page 2 of 2**
**Decl. of Jesse B. Davis**