





Search Facebook

Benjamin Home

Events

Events
Calendar
**Free Speech Rally Downtown Portland**
Discover
Past

**Create Event**

JUN
4

## Free Speech Rally Downtown Portland

Public · Hosted by Patriot Prayer

**Interested** **Share**

Sunday, June 4 at 2 PM - 5 PM
Next Week

Terry D. Schrunk Plaza
364 SW Madison St., Portland, Oregon 97204
Show Map

**About** Discussion

**174 Going · 386 Interested** See All

Joey is going

**Share**

**Details**

PATRIOT PRAYER-JOEY GIBSON
Free Speech Rally with BASED STICKMAN, BASED SPARTAN, PATRIOT GIRL, WARRIORS FOR FREEDOM, AND MANY OTHERS IN DOWNTOWN PORTLAND...one of the most liberal areas on the West Coast. There will be speakers exercising their free speech, live music, flags, and an uplifting experience to bring back strength and courage to those who believe in freedom.

**Recent Posts**

**Patriot Prayer** — https://www.facebook.com/PatriotPrayerUSA/videos/1187455504710708/
Pinned Post

**Ezra Aspen** — You all sick of me yet? Because I am sick of having to do this. The proud boys, and the fraternal order of alt knights. Do you all understand what the...
17 hrs

**Ezra Aspen** — So...After Mr. Gibson's new video discussing how legitimate Nazis are infiltrating patriot movements here locally (video linked below) We would like t...
May 20 at 12:39pm

See All Posts

**About Patriot Prayer**

**Patriot Prayer**
Media/News Company · Vancouver, Washington
Patriot Prayer is about fighting corruption and big government with the strength and power of love. JOEY GIBSON.

**Related Events**

**Stand against white nationalism**
Sat Jun 10 at Terry D. Schrunk ...
39 guests
Interested · Going

**March for Truth PDX**
Sat Jun 3 at Terry D. Schrunk Pl...
1 guest
Interested · Going

**June 3rd, Nationwide anti-cap...**
Sat Jun 3 at Terry D. Schrunk Pl...
1 guest
Interested · Going

English (US) · فارسی · العربية · Español · Português (Brasil)

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2017

YOUR GAMES MORE

RECOMMENDED GAMES MORE

**Theo Lions** likes St Franciscan Emergency Room.

**Jukucho Kent Kim** likes Satoshi Ito's photo.

**Peter Agro'** likes Renata Andrade's photo.

**Michelle Guerra Arrubio-Bonite** shared her post.

**Kevin Wayne** shared a link.

**Jeff Milton** likes Wyatt Heidengoseek's photo.

YOUR PAGES

Water Deluxe Wash 8

CONTACTS

Eam Nas
Cheryl Smith
Levi Presley
Daniell Inman
Paul Gao 13h
Theo Lions
David Remington 4h
Davis M.J. Aurini 9h

Search

Case 3:16-cv-02105-AC Document 73-1 Filed 05/22/17 Page 2 of 15

Benjamin Home

Events

Events

Calendar

**Free Speech Rally Downtown Portland**

Discover

Create Event

ussion.

YOUR GAMES MORE

RECOMMENDED GAMES MORE

**Theo Lions** likes St Franciscan Emergency Room.

**Jukucho Kent Kim** likes Satoshi Ito's photo.

**Peter Agro'** likes Renata Andrade's photo.

**Michelle Guerra Arrubio-Bonite** shared her post.

**Kevin Wayne** shared a link.

**Jeff Milton** likes Wyatt Heidengoseek's photo.

YOUR PAGES

Water Deluxe Wash 8

CONTACTS

Eam Nas

Cheryl Smith

Levi Presley

Daniell Inman

Paul Gao 13h

Theo Lions

David Remington 4h

Davis M.J. Aurini 9h

**City of Portland Oregon**
**Special Events Program**
1120 SW 5th Ave. Room 800
Portland, Oregon 97204
Office: (503) 865-2482 ~ FAX (503) 279-3921
Web: www.portlandonline.com/revenue/specialevents

| OFFICE USE ONLY: |
| --- |
| New event: ☐   Return event: ☐ |
| Route change: ☐ |
| Date Received |
| On time: ☐   Late: ☐ |

## Street and Sidewalk Use (Special Event) Permit Application
(Fill out completely and type or print legibly. Failure to do so could result in permit denial.)

| **APPLICANT AND SPONSORING ORGANIZATION INFORMATION (PERSON/GROUP RESPONSIBLE)** |
| --- |
| Sponsoring Organization Name: Benjamin Barber |
| Organization type: ☐ For-profit  ■ Nonprofit   Tax Exempt Number: |
| Organization Street Address: 165 NE Jackson St | City, State, ZIP Code: Hillsoboro, Or, 97124 |
| Organization Phone: | Organization FAX: |
| Primary Contact from Sponsoring Organization: |
| Contact Phone: (office) 9712700855   (cell)   Email: |
| Name of contact person "on site" day of the event: Benjamin Barber   (cell – required) 9712700855 |
| Event coordinated through an event promotion company?   ☐ Yes ■ No   Name of Company: |
| Contact Name: Benjamin Barber   Phone: 9712700855   Email: starworks5@gmail.com |
| **EVENT INFORMATION** |
| Event Type (check all that apply):  ☐ 5K  ☐ 10K  ☐ Half Marathon  ☐ Marathon  ☐ Triathlon  ☐ Walk  ☐ Bike Race  ☐ Parade |
| ■ Demonstration ("First Amendment" Event)   ■ Other (Please specify briefly here) Display Revenge Porn in Public |
| Street location:  ☐ Sidewalk Only   ☐ Street Only   ☐ Street and Sidewalk   ☐ Street, Sidewalk and Park |
| City Location(s) (check all that apply): ■ Downtown  ☐ SW  ☐ NW  ☐ SE  ☐ NE  ☐ North  ☐ Other: |
| Application Fee of $25 submitted with application ☐ Yes ■ No **(application will not be considered until received)** |

| Event Name | Free Speech (revenge porn) protest | | |
| --- | --- | --- | --- |
| Requested Event Date(s) | June 10th | Alternative Event Date(s) | |
| Event Hours | Start: 10am | End: 2pm | |
| Set-up | Location: Yamhill and 6th Ave | Date: | Time: |
| Break-down | Location: | Date: | Time: |
| Are participants (including floats, vehicles and bands) charged an entry fee? | ☐ Yes ■ No | Admission Cost and/or Entry Fee(s): If graduated or multi event, attach fee schedule separately | |
| Is this an annual event? ☐ Yes ☐ No | If annual, has the route changed from the previous year? | | ☐ Yes ☐ No |
| Name and phone number of EMT/Paramedics provider: | | | |
| Attendance | Participants*: | Spectators: | Total: |
| Basis on which attendance estimate is made: | | | |
| Previous year's total attendance – if applicable: | | | |
| *Athletic Events require final registration counts sent to Special Events Coordinator within 3 days of event | | | |

| **OVERALL EVENT DESCRIPTION** |
| --- |
| Briefly explain event and event details: |
| I will print up a Giant Banner containing Revenge Porn of Meagan Vance, which I will also film and post online |
| To youtube, which is a protest of the law as per ORS 163.472 Unlawful dissemination of an intimate image |
| I own the copyrights of the said images. |

| **STREET CLOSURE INFORMATION** | | |
|---|---|---|
| Names of streets to be closed (attach further closures on a separate sheet if needed) | | |
|  | Between | And |
|  | Between | And |
|  | Between | And |
|  | Between | And |
|  | Between | And |

| Special event route (i.e., held on sidewalk and/or street, changes to route, where and how you wish to travel) **(ALSO REQUIRED: a detailed map that includes the start point, end point, direction of travel, and street names)** Sidewalk. |
|---|

| Are you requesting a complete or rolling street closure? Why are you requesting this street closure? none |
|---|

| Time of Street Closure | Start: | End: |
|---|---|---|

| Participant type and number of entries of each type (check all that apply):  ■ Participants/Spectators 100   ☐ Animals _____  ☐ Vehicles _____  ☐ Floats _____  ☐ Bands _____  ☐ Bikes _____ |
|---|
| If you have vehicles, animals, floats, and/or bands, please provide details about these entries: none |

| Parking restrictions requested: none |
|---|

| Bagging of parking meters requested? | ☐ Yes  ■ No | Company providing Courtesy Towing: |
|---|---|---|

| Will the proposed route cross a bridge? ☐ Yes  ■ No  If yes, which bridge(s) (check all that apply)? ☐ St. Johns  ☐ Fremont  ☐ Broadway  ☐ Steel  ☐ Burnside  ☐ Morrison  ☐ Hawthorne  ☐ Marquam  ☐ Sellwood  ☐ Ross Island  ☐ Sauvie Island   (May require additional permits. Please see last page or call for details.)  Are you requesting a full or partial bridge closure?  Why are you requesting a bridge closure? |
|---|

| Will your proposed route cross MAX tracks? ☐ Yes  ■ No       Portland Streetcar tracks? ☐ Yes  ■ No  For MAX/Streetcar maps please go to: http://www.trimet.org/schedules/index.htm   (If yes, be prepared to provide an alternate route.) |
|---|
| Will your proposed route cross and/or utilize streets where TriMet operates? ☐ Yes  ■ No  Please list affected bus lines:  For TriMet bus maps please go to: http://www.trimet.org/schedules/index.htm   (Contact TriMet at 503-962-4949) |
| Will you agree to alter your route if PDOT and the Special Events Committee determine the proposed route will require significant city services and/or severely limit transit opportunities in high-volume areas?   ☐ Yes   ☐ No |

| **EVENT DETAILS** |
|---|
| Does your event involve the sale or consumption of alcoholic beverages? ☐ Yes  ■ No  (Oregon Liquor Control: 503-872-5000)  If yes, will this activity occur on (or spill into) city streets? ☐ Yes  ■ No  If yes, please describe: |
| Will items or services be sold at your event? ☐ Yes  ■ No  (Food being served: Multnomah County Health: 503-988-3400)  If yes, will this activity occur on (or spill into) city streets? ☐ Yes  ■ No  Please describe: |

| Are you charging a fee for vendors to participate in your event? ☐ Yes  ■ No | How much: |
|---|---|

| Will the event have amplified sound? ☐ Yes ☒ No | Have you obtained a noise permit? ☐ Yes ☒ No (Noise Control: 503-823-7350) |
|---|---|

| Is this a fundraising event? If yes, please describe: |
|---|
| no |

| Do you have a recycling plan for your event? ☐ Yes ☒ No    Please describe your recycling and clean-up plans for this event: |
|---|
|  |

**SAFETY/SECURITY/VOLUNTEERS**

Please describe your procedures for crowd control and internal security:
Trump Supporters

| Are you expecting City police services at intersections and/or for crowd control?    ☐ Yes ☒ No | Police services are determined by the Portland Police Bureau's Special Events Sergeant. |
|---|---|

Do you plan on utilizing volunteers? ☒ Yes  ☐ No  (volunteers/monitors are required)
Name and phone number of volunteer coordinator:
If yes in what capacity?
for free speech.

**PUBLIC NOTIFICATION AND PROMOTIONAL INFORMATION**

**PLEASE NOTE: YOU ARE ADVISED NOT TO ANNOUNCE, ADVERTISE OR PROMOTE YOUR EVENT UNTIL YOU HAVE A SIGNED PERMIT.**
Please describe the marketing and promotional effort planned for the event (advertising, flyers, etc.). Please also include strategies for notifying affected neighborhoods and businesses (14 days prior) and posting signage at and around major intersections (7 days prior).
☒ **I have read and agree to the notification requirements at the end of this application and understand that failure to notify the public will result in the revocation of my event permit.**

Benjamin Barber

**INSURANCE INFORMATION**

HOLD HARMLESS AGREEMENT: IN CONSIDERATION OF THE CITY OF PORTLAND CLOSING ONE OR MORE PUBLIC STREETS FOR THE ACTIVITY FOR WHICH THIS PERMIT WAS ISSUED, THE SPONSOR(S) OF THIS EVENT HEREBY AGREES TO SAVE THE CITY, ITS AGENTS, OFFICIALS, AND EMPLOYEES HARMLESS FROM AND AGAINST ALL DAMAGES TO PERSONS OR PROPERTY, ALL EXPENSES, AND OTHER LIABILITY THAT MAY RESULT FROM THIS ACTIVITY. DEPENDING ON THE SIZE OF AND SCOPE OF THE EVENT A "CERTIFICATE OF INSURANCE" MAY BE REQUIRED.

| Signature of Sponsor or Authorized Representative | Benjamin Barber | Date | 5/20/2017 |
|---|---|---|---|

LIABILITY AGREEMENT: SPONSORS OF SMALL PARADES, LARGE PARADES, SMALL ATHLETIC, LARGE ATHLETIC, EXTRA LARGE USES, AND POSSIBLY EXCEPTIONS SHALL HOLD HARMLESS, DEFEND AND INDEMNIFY THE CITY AND THE CITY'S OFFICERS, AGENTS AND EMPLOYEES AGAINST ALL CLAIMS, DEMANDS, ACTIONS AND SUITS (INCLUDING ALL ATTORNEY FEES AND COSTS) BROUGHT AGAINST ANY OF THEM ARISING FROM SPONSOR'S ACTIVITIES AUTHORIZED BY A STREET AND SIDEWALK USE PERMIT.

The sponsor shall maintain public liability and property damage insurance that protects the sponsor and the City and its officers, agents and employees from any and all claims, demands, actions and suits for damage to property or personal injury, including death, arising from the sponsor's street and sidewalk use. The insurance shall provide coverage for not less than $1,000,000 for personal injury to each person, $1,000,000 for each occurrence, and $500,000 for each occurrence involving property damage; or a single limit policy of not less than $1,000,000 covering all claims per occurrence.

CITY INSURANCE PROGRAM: SPONSORS OF STREET AND SIDEWALK USES THAT DO NOT CARRY THEIR OWN INSURANCE COVERAGE MAY PURCHASE PUBLIC LIABILITY AND PROPERTY DAMAGE INSURANCE DESIGNED FOR USERS OF CITY PROPERTY THROUGH A PROGRAM COORDINATED BY THE CITY BUREAU OF RISK MANAGEMENT. PBOT-WILL DIRECT SPONSORS TO THE APPROPRIATE PERSON TO CONTACT. SPONSORS ARE ENCOURAGED TO TAKE ADVANTAGE OF THIS PROGRAM WHENEVER POSSIBLE, EVEN IF INSURANCE IS NOT REQUIRED FOR A PARTICULAR CATEGORY OF STREET AND SIDEWALK USE.

☒ **I have read the hold harmless agreement and liability agreement. I agree to maintain public liability and property damage insurance if the Portland Bureau of Transportation determines a liability agreement will be required, per Street and Sidewalk Use Administrative Regulations, section 10.B.**

| Signature of Sponsor or Authorized Representative | Benjamin Barber | Date | 5/20/2017 |
|---|---|---|---|

| PERMIT CONDITIONS |
|---|
| **If your permit is approved and issued the following conditions _may_ apply:**<br>1. **Fees –** Scheduled permit fees for events are to be paid at least 30 days prior to the event. Failure to pay fees may result in the revocation of the permit.  See attached sheet for permit fees.<br>  • Cost recovery for athletic events are calculated and will be billed post-event with payment due net 20 days.<br>2. **Notifications** – Organizer will notify affected neighborhoods and businesses <u>at least</u> 6 days prior to the event. Notification documents will be sent to Allison Madsen at allison.madsen@portlandoregon.gov for approval prior to distribution. Proof of delivery may be required.<br>3. **Signage** – Organizer will post signage appropriate to the event. At and around major intersections and traffic areas, signage such as sandwich boards <u>may</u> be required 7 days prior to the event.<br>4. **Volunteers** – Organizer will adequately supply volunteers to staff positions along the route. Volunteers will be instructed to assist in staging a safe and orderly event. Volunteers must be easily identifiable through some form of bade, arm band, bib, shirt or cap. Volunteers will remain on post until advised by Portland Police Bureau that they are no longer required. Proof of adequate number of monitors shall be provided upon request of the Special Events Coordinator at least 5 days prior to the event.<br>5. **Insurance** – Sponsors of events shall provide coverage for not less than $1,000,000 for personal injury to each person. $1,000,000 for each occurrence and $1,000,000 for each occurrence involving property damages; or a single limit policy of not less that $1,000,000 covering all claims per occurrence. A copy of the insurance certificate must be received by the Special Events Coordinator prior to the event.<br>6. **Pace** – Organizer will ensure that all participants are aware they must maintain an overall pace of 12 minutes per mile. The Police supervisor may adjust the pace as necessary for the safety of runners. Participants who fall behind will be required to move to the sidewalks upon request by the Portland Police Bureau.<br>7. **Route** – Routes for events will not be changed unless specific approval is given by the Special Events Coordinator. The Police Supervisor may approve changes on the day of the event.<br>8. **State Highways** – Large events utilizing areas around ramps to state highways will be required to apply for and coordinate closures with the State of Oregon. Example: I-405 ramp at SW Harrison Street.<br>9. **Other closures** – Permits are issued with a set starting and ending time. These times will not be changed without permission of the Police Supervisor on the day of the event or the Special Event Coordinator. <u>Resumption of normal traffic in these areas will occur at the end time specified on the event permit</u>. Any participant left on the course will be required to move to the sidewalks.<br>10. **Other permits –** Organizers are responsible for ensuring all applicable permits are in place prior to the event. These include but are not limited to: park use, other venues, noise permits and bridge closures.<br>☐ **I have read these conditions and agree to fulfill any requirements therein.** |
| By signing this application, sponsor, or sponsor's authorized representative on behalf of sponsor agrees to all terms and conditions set forth in Portland City Code Chapter 7.22, the Street and Sidewalk Use Administrative Regulations and any special conditions listed in the permit.<br><br>As the sponsor or authorized representative, I certify that the information provided is true to the best of my knowledge and agree to pay the permit/cost recovery fees for this event as determined by PBOT, based upon the information provided in this application. |

| Name of Sponsor or Authorized Representative (Printed) | Benjamin Barber | | |
|---|---|---|---|
| **Signature of Sponsor or Authorized Representative** | Benjamin Barber | **Date** | 5-20-2017 |
| **RETURN THIS COMPLETED APPLICATION, APPLICATION FEE, AND ROUTE MAPS TO:** | **Allison Madsen, Special Events Program**<br>1120 SW 5th Ave. Room 800~ Portland, Oregon 97204<br>Office: (503) 865-2482 ~ FAX (503) 279-3921<br>Email: Allison.Madsen@portlandoregon.gov<br>Web: www.portlandonline.com/revenue/specialevents | | |

## OFFICE USE ONLY:

**Event Type:** ☐ Small Sidewalk  ☐ Large Sidewalk  ☐ Street  ☐ Small Parade  ☐ Large Parade
☐ Small Athletic  ☐ Medium Athletic  ☐ Large Athletic  ☐ Exception

**Application Fee Received:** ☐ Yes  ☐ No

**Information entered into database?** ☐ Yes  ☐ No

**Application sent to Special Events Review Committee?** ☐ Yes  ☐ No   **Date Sent:**

**Event Approved?** ☐ Yes  ☐ No   **If no, meeting scheduled?** ☐ Yes  ☐ No   **When?**

**Event approved at meeting?** ☐ Yes  ☐ No   **Permit denied, with cause** ☐   **Appeal** ☐

**Event Amended?** ☐ Yes  ☐ No   **Event cancelled** ☐

**Fee Paid:** ☐ Yes  ☐ No   **Date Paid:**   **Amount:**

**Date Permit Issued:**

| ADDITIONAL PERMITS (REVISED 2016) | | |
|---|---|---|
| IF ANY OF THESE CONDITIONS EXIST YOU MAY NEED AN ADDITIONAL PERMIT FROM ANOTHER AGENCY. | | |
| **EVENT FEATURE(S)** | **CONTACT** | **PHONE** |
| **Event uses a City Park (in any capacity)** | Portland Parks & Recreation | 503-823-2525 |
| **Event uses Director Park** | Director Park Office | 503-823-8087 |
| **Event uses Schrunk Plaza** | General Services Administration | 503-326-4990 |
| **Event uses Pioneer Courthouse Square** | Pioneer Courthouse Square Office | 503-223-1613 |
| **Event includes a neighborhood street fair or community event with broad participation** | Portland Bureau of Transportation Engineering | 503-823-7073 |
| **Event includes a block party** | Contact local neighborhood association and/or Office of Neighborhood Involvement (ONI) | ONI: 503-823-4003 |
| **Event will use a bridge and/or restrict bridge opening** | Coordinated through Special Events Program | 503-865-2482 |
| **Event procession will interfere with a bus, light rail or streetcar route or schedule** | Coordinated through Special Events Program | 503-865-2482 |
| **Event uses address system or amplified music** | Noise Control Office | 503-823-7350 |
| **Food will be served** | Multnomah County Health Division | 503-988-3400 |
| **Alcoholic beverages will be sold or served** | ONI Liquor Licensing Specialist | 503-823-3092 |
| **Event includes temporary festivals, special events, or celebrations** | Fire Bureau | 503-823-3712 |
| **Crosses Union Pacific Rail Lines** | UP Response Management Communication Center | 888-877-7267 |

### PUBLICITY AND PUBLIC NOTIFICATION OF SPECIAL EVENTS

**Sponsors are advised not to publicize proposed street and sidewalk uses until after receipt of the permit from PBOT to avoid publication of misinformation.** Sponsors who disregard this precaution shall not receive special consideration in determining approval for the proposed street and sidewalk uses because of advance preparation or the expenditure of money.

**A precondition for receipt of a special event permit is public notification and signage.**

Sponsors of athletic, large parades, and other uses with a closed course shall notify residential complexes, neighborhood groups, businesses and churches which will be affected by the street and sidewalk use (signature form enclosed). **The notification shall be made not more than fourteen (14) days and not less than six (6) days before the street and sidewalk use date**. The notification shall be in writing and shall include the name and telephone number of the appropriate City official to contact in case of questions or concerns. All public notifications must be reviewed by the Special Events program prior to distribution. Delivery confirmation/signatures need to be provided no less than 5 days prior to the event date. **Additionally, you may be required to post signage at and around major intersections.**

### PUBLIC NOTIFICATION STRATEGIES AND RESOURCES

In addition to notifying residential complexes, neighborhood groups, businesses and churches, it is a good idea to notify the public at large. Outlined below are a few ways that you can let the public know about your event. T

**Neighborhood Associations (use notification form – see sample, enclosed):**
To contact the local neighborhood association please go to the Office of Neighborhood Involvement's "Searchable Neighborhood Directory" at:
**http://www.portlandonline.com/oni/search/**

If you are unsure of which neighborhood association your event is in, please go to the "Citywide Neighborhood Maps" at:
**http://www.portlandonline.com/oni/index.cfm?c=35788**

**Free TV and online notifications:**
- **Submit a PSA of street closures on "City of Portland" TV (Portland Community Media, Channels 11, 22, 23, 29, or 30) public access channels**
  - Free postings on Community Bulletin Board
  - **http://www.pcmtv.org/programming/guidelines/oprp**
- **Free online classifieds:**
  - Willamette Week: Classifieds, Community Events
  - **http://portland.wweek.com/online/classifieds/index**
  - Portland Mercury: Classifieds, Friends 'n' Neighbors, Happenings
  - **http://classifieds.portlandmercury.com/portland/**

**Items to include in announcement(s):**
- Name of the event
- Name of sponsor organization, mailing address, telephone number
- Date of the event
- Starting and ending times
- Detailed route description

**Required media notification example and contacts will be provided.**







Search Facebook

Benjamin Home

Events

Events

Calendar

Discover

**Stand against white nationalism**

Past

**Create Event**

JUN
10

## Stand against white nationalism

Public · Hosted by Oregon Students Empowered

**Interested** **Going** **Share**

Saturday, June 10 at 9 AM

Terry D. Schrunk Plaza
364 SW Madison St., Portland, Oregon 97204 Show Map

**About** Discussion

**39 Going · 387 Interested** See All

Jonathan is interested

**Share**

**Details**

Hate groups across the nation are planning anti Muslim actions on June 10th.
We must not let this happen in our city!
We will not let nationalists come to our city and make our Muslim neighbors feel unsafe, we will resist!

Causes

**Recent Posts**

**Oregon Students Empowered** — We need everyone here tomorrow! Student or not
17 hrs

**Wes Raptur** — It's actually a march against Sharia. Good to know all you morons support Sharia law.
May 19 at 7:00pm

**Ruthie Benjamin** — Where is some information on the groups that are doing this and where? I can't find anything and I'd like to know more. Thanks 🙂
May 19 at 4:40pm

See All Posts

**About Oregon Students Empowered**

**Oregon Students Empowered**
Political Organization
We are an organization of students in Oregon fighting against fascism and injustice in our state and country.

**Related Events** See More

**BerniePDX Post-Election Mee…**
Tomorrow at Watershed PDX
7 guests
Interested · Going

**March for Truth PDX**
Sat Jun 3 at Terry D. Schrunk Pl…
1 guest
Interested · Going

**WINPac Briefing: The Changi…**
Thu Jun 8 at Northwest Health …
Hosted by Oregon Winpac
Interested · Going

**Forth of July Anti-capitalist m…**
Tue Jul 4 at Holladay City Park
Hosted by Oregon Students Em…
Interested · Going

**Challenges to the News Medi…**
12 PM at Golden Valley Brewer…
3 guests
Interested · Going

**Senator Jeff Merkley Town Hall**
Tue May 30 at Clackamas High …
6 guests
Interested · Going

English (US) · فارسی · العربية · Español · Português (Brasil)

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2017

**YOUR GAMES** MORE

**RECOMMENDED GAMES** MORE

**Theo Lions** likes St Franciscan Emergency Room.

**Jukucho Kent Kim** likes Satoshi Ito's photo.

**Peter Agro'** likes Renata Andrade's photo.

**Michelle Guerra Arrubio-Bonite** shared her post.

**Jeff Milton** likes Wyatt Heidengoseek's photo.

**Daniell Inman** commented on Pilotz Takaeda Tarmizi's post.

**YOUR PAGES**

Water Deluxe Wash 8

**CONTACTS**

Eam Nas

Levi Presley

Daniell Inman

Paul Gao 13h

Theo Lions

David Remington 4h

Davis M.J. Aurini 9h

Jake Urban 2h

Search

Benjamin Home

Events

Events

Calendar

Discover

**Stand against white nationalism**

Post

Create Event

ssion.

YOUR GAMES MORE

RECOMMENDED GAMES MORE

**Theo Lions** likes St Franciscan Emergency Room.

**Jukucho Kent Kim** likes Satoshi Ito's photo.

**Peter Agro'** likes Renata Andrade's photo.

**Michelle Guerra Arrubio-Bonite** shared her post.

**Jeff Milton** likes Wyatt Heidengoseek's photo.

**Daniell Inman** commented on Pilotz Takaeda Tarmizi's post.

YOUR PAGES

Water Deluxe Wash 8

CONTACTS

Eam Nas

Levi Presley

Daniell Inman

Paul Gao 13h

Theo Lions

David Remington 4h

Davis M.J. Aurini 9h

Jake Urban 2h

benjamin barber <starworks5@gmail.com>

## Permit request

**benjamin barber** <starworks5@gmail.com>   Mon, May 22, 2017 at 3:54 AM
To: Allison.Madsen@portlandoregon.gov

https://www.oregonlaws.org/ors/163.472

My intention is that I would like to print physical signs containing nudity of myself and my ex wife meagan vance. It is not illegal to print revenge porn on a poster or billboard as a form of protest under the law, however if people do post an image of the pornography of the image on the internet they can be charged with the revenge porn law. The images will contain the words "revenge porn is illegal" and "fuck feminism" , and i will then submit all people who the district attorneys office, and file a civil suit against them. I will distribute these images that I own the copyright of to Trump supporters at the next Trump Free Speech rally this weekend, as well as to Trump Free Speech protestors the day of the rose festival parade.

Otherwise I would like to perform a protest of the law, by setting myself on fire with 1 gallon of Hydrogen Peroxide and 1 gallon of gasoline, while I wear thick clothing to soak it all up. This should provide no danger to people nearby as it is not explosive, and the act should be considered an expressive form of protected speech.

On Sun, May 21, 2017 at 12:56 AM, benjamin barber <starworks5@gmail.com> wrote:
> On Sat, May 20, 2017 at 5:55 AM, benjamin barber <starworks5@gmail.com> wrote:

**2 attachments**



**Revenge Porn Permit.pdf**
459K

**Self Immolation Request.pdf**
457K



**City of Portland Oregon**
**Special Events Program**
1120 SW 5th Ave. Room 800
Portland, Oregon 97204
Office: (503) 865-2482 ~ FAX (503) 279-3921
Web: www.portlandonline.com/revenue/specialevents

**OFFICE USE ONLY:**
New event: ☐    Return event: ☐
Route change: ☐
Date Received
On time: ☐    Late: ☐

## Street and Sidewalk Use (Special Event) Permit Application
(Fill out completely and type or print legibly. Failure to do so could result in permit denial**.)**

| APPLICANT AND SPONSORING ORGANIZATION INFORMATION (PERSON/GROUP RESPONSIBLE) |
|---|
| Sponsoring Organization Name: Benjamin Barber |
| Organization type: ☐ For-profit  ■ Nonprofit   Tax Exempt Number: |
| Organization Street Address: 165 NE Jakcson St | City, State, ZIP Code: Portland, Or 97201 |
| Organization Phone: | Organization FAX: |
| Primary Contact from Sponsoring Organization: |
| Contact Phone: (office) 9712700855      (cell) | Email: starworks5@gmail.com |
| Name of contact person "on site" day of the event: Benjamin Barber     (cell – required) 9712700855 |
| Event coordinated through an event promotion company?  ☐ Yes ■ No   Name of Company: |
| Contact Name:       Phone:       Email: |

**EVENT INFORMATION**

Event Type (check all that apply):  ☐ 5K  ☐ 10K  ☐ Half Marathon  ☐ Marathon  ☐ Triathlon  ☐ Walk  ☐ Bike Race  ☐ Parade
■ Demonstration ("First Amendment" Event)   ☐ Other (Please specify briefly here)
Street location:  ☐ Sidewalk Only   ☐ Street Only   ☐ Street and Sidewalk   ☐ Street, Sidewalk and Park
City Location(s) (check all that apply): ■ Downtown  ☐ SW  ☐ NW  ☐ SE  ☐ NE  ☐ North  ☐ Other:
Application Fee of $25 submitted with application ☐ Yes  ☐ No **(application will not be considered until received)**

| Event Name | Free Speech Protest |
| Requested Event Date(s) | June 10th | Alternative Event Date(s) | |
| Event Hours | Start: 10am | End: 2pm |
| Set-up | Location: Yamhill and 6th ave | Date: | Time: |
| Break-down | Location: | Date: | Time: |
| Are participants (including floats, vehicles and bands) charged an entry fee? | ☐ Yes ■ No | Admission Cost and/or Entry Fee(s): If graduated or multi event, attach fee schedule separately |
| Is this an annual event? | ☐ Yes ■ No | If annual, has the route changed from the previous year? | ☐ Yes ■ No |
| Name and phone number of EMT/Paramedics provider: Metro West  503 648 6658 |
| Attendance | Participants*: 100 | Spectators: | Total: |
| Basis on which attendance estimate is made: |
| Previous year's total attendance – if applicable: |
| *Athletic Events require final registration counts sent to Special Events Coordinator within 3 days of event |

**OVERALL EVENT DESCRIPTION**
Briefly explain event and event details:

Benjamin Barber will be performing Self Immolation as is allowed based on his first amendment right to protest and that may be done through the expressive act of self immolation when provided under reasonable time place and manner restrictions, like the provision of safety equipment to protect others from harm.

| STREET CLOSURE INFORMATION | | |
|---|---|---|
| Names of streets to be closed (attach further closures on a separate sheet if needed) | | |
|  | Between | And |
|  | Between | And |
|  | Between | And |
|  | Between | And |
|  | Between | And |

Special event route (i.e., held on sidewalk and/or street, changes to route, where and how you wish to travel)
**(ALSO REQUIRED: a detailed map that includes the start point, end point, direction of travel, and street names)**
Sidewalk

Are you requesting a complete or rolling street closure? Why are you requesting this street closure?
no

| Time of Street Closure | Start: | End: |
|---|---|---|

Participant type and number of entries of each type (check all that apply): ■ Participants/Spectators 100   ☐ Animals ____
☐ Vehicles ____   ☐ Floats ____   ☐ Bands ____   ☐ Bikes ____

If you have vehicles, animals, floats, and/or bands, please provide details about these entries:

Parking restrictions requested:

| Bagging of parking meters requested? | ☐ Yes  ■ No | Company providing Courtesy Towing: |
|---|---|---|

Will the proposed route cross a bridge? ☐ Yes   ■ No
If yes, which bridge(s) (check all that apply)? ☐ St. Johns ☐ Fremont ☐ Broadway ☐ Steel ☐ Burnside ☐ Morrison ☐ Hawthorne
☐ Marquam ☐ Sellwood ☐ Ross Island ☐ Sauvie Island   (May require additional permits. Please see last page or call for details.)
Are you requesting a full or partial bridge closure? Why are you requesting a bridge closure?

Will your proposed route cross MAX tracks? ☐ Yes ■ No        Portland Streetcar tracks? ☐ Yes ■ No
For MAX/Streetcar maps please go to: http://www.trimet.org/schedules/index.htm   (If yes, be prepared to provide an alternate route.)

Will your proposed route cross and/or utilize streets where TriMet operates? ☐ Yes  ■ No
Please list affected bus lines:
For TriMet bus maps please go to: http://www.trimet.org/schedules/index.htm  (Contact TriMet at 503-962-4949)

Will you agree to alter your route if PDOT and the Special Events Committee determine the proposed route will require significant city services and/or severely limit transit opportunities in high-volume areas?  ☐ Yes  ■ No

| EVENT DETAILS |
|---|

Does your event involve the sale or consumption of alcoholic beverages? ☐ Yes  ■ No  (Oregon Liquor Control: 503-872-5000)
If yes, will this activity occur on (or spill into) city streets? ☐ Yes  ■ No
If yes, please describe:

Will items or services be sold at your event? ☐ Yes  ■ No  (Food being served: Multnomah County Health: 503-988-3400)
If yes, will this activity occur on (or spill into) city streets? ☐ Yes  ■ No  Please describe:

| Are you charging a fee for vendors to participate in your event? ☐ Yes  ■ No | How much: |
|---|---|

| | |
|---|---|
| Will the event have amplified sound? ☐ Yes ☒ No | Have you obtained a noise permit? ☐ Yes ☒ No (Noise Control: 503-823-7350) |

Is this a fundraising event? If yes, please describe:

Do you have a recycling plan for your event? ☒ Yes ☐ No    Please describe your recycling and clean-up plans for this event:
The refuse will be recycled by volunteers.

## SAFETY/SECURITY/VOLUNTEERS

Please describe your procedures for crowd control and internal security:
Donald Trump supporters will provide security

| | |
|---|---|
| Are you expecting City police services at intersections and/or for crowd control?   ☐ Yes ☒ No | Police services are determined by the Portland Police Bureau's Special Events Sergeant. |

Do you plan on utilizing volunteers? ☒ Yes ☐ No  (volunteers/monitors are required)
Name and phone number of volunteer coordinator: 9712700855
If yes in what capacity?

## PUBLIC NOTIFICATION AND PROMOTIONAL INFORMATION

**PLEASE NOTE: YOU ARE ADVISED NOT TO ANNOUNCE, ADVERTISE OR PROMOTE YOUR EVENT UNTIL YOU HAVE A SIGNED PERMIT.**
Please describe the marketing and promotional effort planned for the event (advertising, flyers, etc.). Please also include strategies for notifying affected neighborhoods and businesses (14 days prior) and posting signage at and around major intersections (7 days prior).
☒ **I have read and agree to the notification requirements at the end of this application and understand that failure to notify the public will result in the revocation of my event permit.**

Benjamin Barber

## INSURANCE INFORMATION

HOLD HARMLESS AGREEMENT: IN CONSIDERATION OF THE CITY OF PORTLAND CLOSING ONE OR MORE PUBLIC STREETS FOR THE ACTIVITY FOR WHICH THIS PERMIT WAS ISSUED, THE SPONSOR(S) OF THIS EVENT HEREBY AGREES TO SAVE THE CITY, ITS AGENTS, OFFICIALS, AND EMPLOYEES HARMLESS FROM AND AGAINST ALL DAMAGES TO PERSONS OR PROPERTY, ALL EXPENSES, AND OTHER LIABILITY THAT MAY RESULT FROM THIS ACTIVITY. DEPENDING ON THE SIZE OF AND SCOPE OF THE EVENT A "CERTIFICATE OF INSURANCE" MAY BE REQUIRED.

| Signature of Sponsor or Authorized Representative | Benjamin Barber | Date | 5-20-2017 |
|---|---|---|---|

LIABILITY AGREEMENT: SPONSORS OF SMALL PARADES, LARGE PARADES, SMALL ATHLETIC, LARGE ATHLETIC, EXTRA LARGE USES, AND POSSIBLY EXCEPTIONS SHALL HOLD HARMLESS, DEFEND AND INDEMNIFY THE CITY AND THE CITY'S OFFICERS, AGENTS AND EMPLOYEES AGAINST ALL CLAIMS, DEMANDS, ACTIONS AND SUITS (INCLUDING ALL ATTORNEY FEES AND COSTS) BROUGHT AGAINST ANY OF THEM ARISING FROM SPONSOR'S ACTIVITIES AUTHORIZED BY A STREET AND SIDEWALK USE PERMIT.

The sponsor shall maintain public liability and property damage insurance that protects the sponsor and the City and its officers, agents and employees from any and all claims, demands, actions and suits for damage to property or personal injury, including death, arising from the sponsor's street and sidewalk use. The insurance shall provide coverage for not less than $1,000,000 for personal injury to each person, $1,000,000 for each occurrence, and $500,000 for each occurrence involving property damage; or a single limit policy of not less than $1,000,000 covering all claims per occurrence.

CITY INSURANCE PROGRAM: SPONSORS OF STREET AND SIDEWALK USES THAT DO NOT CARRY THEIR OWN INSURANCE COVERAGE MAY PURCHASE PUBLIC LIABILITY AND PROPERTY DAMAGE INSURANCE DESIGNED FOR USERS OF CITY PROPERTY THROUGH A PROGRAM COORDINATED BY THE CITY BUREAU OF RISK MANAGEMENT. PBOT WILL DIRECT SPONSORS TO THE APPROPRIATE PERSON TO CONTACT. SPONSORS ARE ENCOURAGED TO TAKE ADVANTAGE OF THIS PROGRAM WHENEVER POSSIBLE, EVEN IF INSURANCE IS NOT REQUIRED FOR A PARTICULAR CATEGORY OF STREET AND SIDEWALK USE.

☒ **I have read the hold harmless agreement and liability agreement. I agree to maintain public liability and property damage insurance if the Portland Bureau of Transportation determines a liability agreement will be required, per Street and Sidewalk Use Administrative Regulations, section 10.B.**

| Signature of Sponsor or Authorized Representative | Benjamin Barber | Date | 5-20-2017 |
|---|---|---|---|

| **PERMIT CONDITIONS** |
|---|
| **If your permit is approved and issued the following conditions *may* apply:** |
| 1. **Fees –** Scheduled permit fees for events are to be paid at least 30 days prior to the event. Failure to pay fees may result in the revocation of the permit.  See attached sheet for permit fees.<br>• Cost recovery for athletic events are calculated and will be billed post-event with payment due net 20 days.<br>2. **Notifications** – Organizer will notify affected neighborhoods and businesses at least 6 days prior to the event. Notification documents will be sent to Allison Madsen at allison.madsen@portlandoregon.gov for approval prior to distribution. Proof of delivery may be required.<br>3. **Signage** – Organizer will post signage appropriate to the event. At and around major intersections and traffic areas, signage such as sandwich boards *may* be required 7 days prior to the event.<br>4. **Volunteers** – Organizer will adequately supply volunteers to staff positions along the route. Volunteers will be instructed to assist in staging a safe and orderly event. Volunteers must be easily identifiable through some form of bade, arm band, bib, shirt or cap. Volunteers will remain on post until advised by Portland Police Bureau that they are no longer required. Proof of adequate number of monitors shall be provided upon request of the Special Events Coordinator at least 5 days prior to the event.<br>5. **Insurance** – Sponsors of events shall provide coverage for not less than $1,000,000 for personal injury to each person. $1,000,000 for each occurrence and $1,000,000 for each occurrence involving property damages; or a single limit policy of not less that $1,000,000 covering all claims per occurrence. A copy of the insurance certificate must be received by the Special Events Coordinator prior to the event.<br>6. **Pace** – Organizer will ensure that all participants are aware they must maintain an overall pace of 12 minutes per mile. The Police supervisor may adjust the pace as necessary for the safety of runners. Participants who fall behind will be required to move to the sidewalks upon request by the Portland Police Bureau.<br>7. **Route** – Routes for events will not be changed unless specific approval is given by the Special Events Coordinator. The Police Supervisor may approve changes on the day of the event.<br>8. **State Highways** – Large events utilizing areas around ramps to state highways will be required to apply for and coordinate closures with the State of Oregon. Example: I-405 ramp at SW Harrison Street.<br>9. **Other closures** – Permits are issued with a set starting and ending time. These times will not be changed without permission of the Police Supervisor on the day of the event or the Special Event Coordinator. Resumption of normal traffic in these areas will occur at the end time specified on the event permit. Any participant left on the course will be required to move to the sidewalks.<br>10. **Other permits –** Organizers are responsible for ensuring all applicable permits are in place prior to the event. These include but are not limited to: park use, other venues, noise permits and bridge closures. |
| ■  **I have read these conditions and agree to fulfill any requirements therein.** |
| By signing this application, sponsor, or sponsor's authorized representative on behalf of sponsor agrees to all terms and conditions set forth in Portland City Code Chapter 7.22, the Street and Sidewalk Use Administrative Regulations and any special conditions listed in the permit.<br><br>As the sponsor or authorized representative, I certify that the information provided is true to the best of my knowledge and agree to pay the permit/cost recovery fees for this event as determined by PBOT, based upon the information provided in this application. |

| **Name of Sponsor or Authorized Representative (Printed)** | Benjamin Barber | | |
|---|---|---|---|
| **Signature of Sponsor or Authorized Representative** | Benjamin Barber | **Date** | 5-20-2017 |
| **RETURN THIS COMPLETED APPLICATION, APPLICATION FEE, AND ROUTE MAPS TO:** | **Allison Madsen, Special Events Program**<br>1120 SW 5th Ave. Room 800~ Portland, Oregon 97204<br>Office: (503) 865-2482 ~ FAX (503) 279-3921<br>Email: Allison.Madsen@portlandoregon.gov<br>Web: www.portlandonline.com/revenue/specialevents | | |

### OFFICE USE ONLY:

**Event Type:** ☐ Small Sidewalk  ☐ Large Sidewalk  ☐ Street  ☐ Small Parade  ☐ Large Parade
☐ Small Athletic  ☐ Medium Athletic  ☐ Large Athletic  ☐ Exception

**Application Fee Received:** ☐ Yes  ☐ No

**Information entered into database?** ☐ Yes  ☐ No

**Application sent to Special Events Review Committee?** ☐ Yes  ☐ No    **Date Sent:**

**Event Approved?** ☐ Yes  ☐ No    **If no, meeting scheduled?** ☐ Yes  ☐ No    **When?**

**Event approved at meeting?** ☐ Yes  ☐ No    **Permit denied, with cause** ☐        **Appeal** ☐

**Event Amended?** ☐ Yes  ☐ No    **Event cancelled** ☐

**Fee Paid:** ☐ Yes  ☐ No    **Date Paid:**    **Amount:**

**Date Permit Issued:**

## ADDITIONAL PERMITS (REVISED 2016)
IF ANY OF THESE CONDITIONS EXIST YOU MAY NEED AN ADDITIONAL PERMIT FROM ANOTHER AGENCY.

| EVENT FEATURE(S) | CONTACT | PHONE |
|---|---|---|
| **Event uses a City Park (in any capacity)** | Portland Parks & Recreation | 503-823-2525 |
| **Event uses Director Park** | Director Park Office | 503-823-8087 |
| **Event uses Schrunk Plaza** | General Services Administration | 503-326-4990 |
| **Event uses Pioneer Courthouse Square** | Pioneer Courthouse Square Office | 503-223-1613 |
| **Event includes a neighborhood street fair or community event with broad participation** | Portland Bureau of Transportation Engineering | 503-823-7073 |
| **Event includes a block party** | Contact local neighborhood association and/or Office of Neighborhood Involvement (ONI) | ONI: 503-823-4003 |
| **Event will use a bridge and/or restrict bridge opening** | Coordinated through Special Events Program | 503-865-2482 |
| **Event procession will interfere with a bus, light rail or streetcar route or schedule** | Coordinated through Special Events Program | 503-865-2482 |
| **Event uses address system or amplified music** | Noise Control Office | 503-823-7350 |
| **Food will be served** | Multnomah County Health Division | 503-988-3400 |
| **Alcoholic beverages will be sold or served** | ONI Liquor Licensing Specialist | 503-823-3092 |
| **Event includes temporary festivals, special events, or celebrations** | Fire Bureau | 503-823-3712 |
| **Crosses Union Pacific Rail Lines** | UP Response Management Communication Center | 888-877-7267 |

## PUBLICITY AND PUBLIC NOTIFICATION OF SPECIAL EVENTS

**Sponsors are advised not to publicize proposed street and sidewalk uses until after receipt of the permit from PBOT to avoid publication of misinformation.** Sponsors who disregard this precaution shall not receive special consideration in determining approval for the proposed street and sidewalk uses because of advance preparation or the expenditure of money.
**A precondition for receipt of a special event permit is public notification and signage.**
Sponsors of athletic, large parades, and other uses with a closed course shall notify residential complexes, neighborhood groups, businesses and churches which will be affected by the street and sidewalk use (signature form enclosed). **The notification shall be made not more than fourteen (14) days and not less than six (6) days before the street and sidewalk use date**. The notification shall be in writing and shall include the name and telephone number of the appropriate City official to contact in case of questions or concerns. All public notifications must be reviewed by the Special Events program prior to distribution. Delivery confirmation/signatures need to be provided no less than 5 days prior to the event date. **Additionally, you may be required to post signage at and around major intersections.**

## PUBLIC NOTIFICATION STRATEGIES AND RESOURCES

In addition to notifying residential complexes, neighborhood groups, businesses and churches, it is a good idea to notify the public at large. Outlined below are a few ways that you can let the public know about your event. T

**Neighborhood Associations (use notification form – see sample, enclosed):**
To contact the local neighborhood association please go to the Office of Neighborhood Involvement's "Searchable Neighborhood Directory" at: **http://www.portlandonline.com/oni/search/**

If you are unsure of which neighborhood association your event is in, please go to the "Citywide Neighborhood Maps" at: **http://www.portlandonline.com/oni/index.cfm?c=35788**

**Free TV and online notifications:**
- **Submit a PSA of street closures on "City of Portland" TV (Portland Community Media, Channels 11, 22, 23, 29, or 30) public access channels**
    - Free postings on Community Bulletin Board
    - **http://www.pcmtv.org/programming/guidelines/oprp**
- **Free online classifieds:**
    - Willamette Week: Classifieds, Community Events
    - **http://portland.wweek.com/online/classifieds/index**
    - Portland Mercury: Classifieds, Friends 'n' Neighbors, Happenings
    - **http://classifieds.portlandmercury.com/portland/**

**Items to include in announcement(s):**
- Name of the event
- Name of sponsor organization, mailing address, telephone number
- Date of the event
- Starting and ending times
- Detailed route description

**Required media notification example and contacts will be provided.**