**Erin K. Olson, OSB 934776**
eolson@erinolsonlaw.com
Law Office of Erin Olson, P.C.
2014 N.E. Broadway Street
Portland, OR 97232-1511
Telephone 503-546-3150
Fax 503-548-4435

    Attorney for Defendant Vance

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BENJAMIN BARBER,<br><br>    Plaintiff,<br><br>v.<br><br>MEAGAN VANCE, STATE OF OREGON, *et al*,<br><br>    Defendantss. | Case No.: 3:16-cv-02105-AC<br><br><br><br>**DEFENDANT MEAGAN VANCE'S SPECIAL MOTION TO STRIKE PURSUANT TO ORS 31.150 (ANTI-S.L.A.P.P. STATUTE)** |

## LR 7-1(A) CERTIFICATION

Undersigned counsel certifies that the parties made a good faith effort through telephone conference to resolve the dispute herein, and were unable to do so.

## MOTION

Pursuant to ORS 31.150, defendant Meagan Vance moves to strike the claim(s) brought against her in the above-captioned case by plaintiff Benjamin Barber on the grounds and for the reasons set forth in her supporting memorandum.

**PAGE 1 – DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO ORS 31.150 (ANTI-S.L.A.P.P. STATUTE)**

This motion is also supported by the accompanying "Declaration of Erin K. Olson" (referred to as "Olson Dec." in the accompanying memorandum) and its attached exhibits.

Upon allowance of her motion, defendant Vance is entitled to and hereby demands reasonable attorney fees and costs pursuant to ORS 31.152(3), and also seeks such fees and costs pursuant to 28 U.S.C. § 1927.

DATED this 9th day of June, 2017.

s/ Erin K. Olson<br>
Erin K. Olson, OSB 934776<br>
Attorney for Defendant Meagan Vance

**PAGE 1 – DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO ORS 31.150 (ANTI-S.L.A.P.P. STATUTE)**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing document and its supporting memorandum of law and "Declaration of Erin K. Olson" on the following by CM/ECF System Transmission:

Benjamin Barber
barber@barberb.com

Jesse B. Davis
Senior Assistant Attorney General
Department of Justice
100 SWMarket Street
Portland, OR 97201
jesse.b.davis@doj.state.or.us

Dated:  June 9, 2017

                                              s/ Erin K. Olson_____
                                              Erin K. Olson