Benjamin Barber

V.

State of Oregon.

Meagan Vance

Response to motion to dismiss

In november of 2016, I filed proof of service containing the summons, civil cover sheet, and TRO to the oregon attorney general's office, served defendant marie atwood by hand who awknowledged that she had been served in the trial transcripts and meagan vance was served at the trial itself

Afterwards, I was given time to complete the Complaint and Supportive memorandom which I was doing while I recieved the motion to dismiss by mr davis, whose response was due the next week, after the complaints, motions, were due. I responded to his motion, and sent paper copies of the complaint, motions, and responses to all parties via certified mail† with signature confirmation. I then sent all copies, including exhibits and trial binders to the court so i would have anything needed for discovery and trial. I am now at washington county jail as mr davis has requested and we had agreed to. therefore having satisfied all of mr davis's requests I ask that his motion to dismiss be denied

†"combined serviceall.pdf" filed all receipts

Ben Barber