Benjamin Barber

v

Meagan Vance
State of Oregon

Response to special motion to Strike

FILED 29 JUN '17 8:25 USDC-ORP

The legislative purpose of the special motion to strike is meant to protect civil rights and not to protect "Conspiracy against rights" 18 USC 241. The right to petition the government does not include perjury used in a court proceeding, false police reports, blackmail, interstate domestic violence, violating a protective order, extortion, intimidation, or breach of contract.

Under 17 USC 512 Meagan had to swear under the penalty of perjury and under the jurisdiction of federal court that she is the owner of the copyright which she is not. She erroneously told a jury that the "unlawful dissemination of an intimate image" gave her that copyright. She also told judge Upton that I sent nude images to her workplace which was another lie. She told officer Dennis that we had an agreement not to share the images, despite under oath admitting to sharing them herself. Said that she knew "that they would not spread it" despite the record showing it was spread for blackmail and she filed a DMCA against it. Also the agreement to "complete transparency" which she made twice and violated twice by first blackmailing me from publishing our chat logs, and second with a criminal complaint.