Benjamin Barber

V.

State of Oregon
Meagan Vance

(v. 2016-

Response to motion to dismiss

In September 2016 I served Meagan Vance via Melanie Kebler her attorney via certified mail. I also served the office of attorney general by certified mail. I also hand processed the service to DA Marie Atwood. Atwood in trial told Judge Roberts that she had been served. The service contained the civil cover sheet and the summons to appear in court for the matter

In December 2016 I contacted HECC, Boli, OHA, the Governors office, and asked who to send legal correspondence. I was told by HECC, Boli, OHA that it should be sent to the civil litigation division of the attorney office. I then Fedex'd the complaint to Meagan Vance, the Oregon attorney general's office, Melanie Kebler

In April 2017 I was informed by mr davis that he would seek to dismiss for not providing service. I told him that I served his office with the summons, and was told by the departments to send the complaint to him. I then sent certified mail to all of the named defendants named "Combined Service all", which had tracking numbers verifying delivery