Benjamin Barber
v.
State of Oregon
Meagan Vance

~~Evidence~~
3:16-cv-2105-AC
Response to motion to strike

From the best of my memory erin olsen has asked for a special motion to strike under Anti Slapp grounds. This is ironic because what I seek is the ability to publically dissemminate my copyrighted works aka "intimate images". Furthermore it was Vance who sought to prevent me from "publishing my transgressions" meaning abusive behavior, and violations of law, and ethics. She did so by commiting the same offense in order to "silence endo" by "spreading albino porn". Under oath she testified that she and HECC employee April Kusters devised a plan to use the law against me, despite having made 2 agreements of "complete transparency", and she had provided access to those images to others to "protect me". Furthermore "public participation" does not include purjury, like copyright claims made under the penalty of purjury and under jurisdiction of federal law. Other examples of purjury include statements that we agreed to not share intimate images to others, when she had in fact also shared them with her sexual partners she solicited (Hot curiosity), or partners in crime to commit blackmail, or with joshua peer and allie yoder, when we mutually solicited in group sex.