Bryan _____ anger

V

State of Oregon

Meagan Vance

CV 2016

memorandum

I understand this is a frustrating & difficult Case, the reason why I showed so much documents is because I believe our society is inherently biased against men and that bias has tremendous impact on families. I have gone through 9 years of suffering that changed me from a man caring for his wife and sister, while teaching science to kids to help ms. vance get her degree, while being a programmer working on tools for the blind into a person driven to suicide by the abuse ive suffered. The only thing that keeps me going is the hope that by doing this reform of the state that I can help others and I don't think there is anyone else who is willing and able to achieve the standing & knowledge to do so. I understand that you may dislike my position of equity vs equality, because you dealt with discrimination in your past. However I was raised for 16 years by the last name "Cortez", because my illiterate step father needed the extra benefits of being Hispanic even as we still ran out of foods. I generally think "equal equality" you propose resembles george orwell's "animal farm". And in practice it has meant a blind albino & service injured blinded man being told of pyramids of privilege and oppression in therapy which blames whites and men as the proximate cause of an alcoholic abusive wife.

E

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF WASHINGTON

STATE OF OREGON,        )
    PLAINTIFF          )          No. 16CR46339/02, 03,04, 05
    vs                 )
BARBER, BENJAMIN JAY    )
    DEFENDANT          )

**File report and arraign defendant at next court appearance.**

AFFIDAVIT

FILED
2016 DEC 22 AM 11: 57
OREGON JUDICIAL DEPARTMENT
WASHINGTON COUNTY

*(left margin, vertical: Verified Correct Copy of Original 12/22/2016)*

I, the undersigned, being first duly sworn, depose and say:

1. I am a duly employed probation and parole officer for Washington County, Oregon Department of Community Corrections; and in that capacity I have been assigned to supervise the above-named defendant's probation.

2. As part of my duties I have prepared a report concerning the defendant's activities while on probation. A copy of said report is attached hereto and fully incorporated herein.

*Deanna Kemper*
DEANNA KEMPER
Probation Officer

SUBSCRIBED AND SWORN TO BEFORE ME THIS 20 December, 2016

OFFICIAL STAMP
CANDACE VICTORIA REYNOLDS
NOTARY PUBLIC - OREGON
COMMISSION NO. 925345
MY COMMISSION EXPIRES FEBRUARY 26, 2018

Notary Public for Oregon

************************************************************************
ORDER

Based on the affidavit of the defendant's probation officer, the court, on its own motion, hereby ORDERS that the Clerk of the Circuit Court issue a bench warrant for the apprehension of the above-named defendant to be brought before the Court to show cause, if any, why probation should not be revoked.

Security:_____

DATED:_____.

    Circuit Court Judge
************************************************************************
ORDER

Based on the affidavit of the defendant's probation officer, the court, on its own motion, ORDERS that the defendant be and is hereby required to appear on

so that a show cause hearing may be set.
DATED:_____.

    Circuit Court Judge
************************************************************************
(*Note: Line out inapplicable order)
DOB: 06/07/1985    ADDRESS: 176 SW JACKSON ST, HILLSBORO, OR 97123    RACE: W  SEX:M  HT: 5'
10"  WT:165lbs  HAIR: BRO  EYES:HAZ    SID#: 17474177  STATE: OR

FILE #: 16CR46339/02, 16CR46339/03, 16CR46339/04, 16CR46339/05
OFFENSE: INTIM IMAG, INTIM IMAG, INTIM IMAG, INTIM IMAG
EXP DATE: 11/09/2021
SENTENCING JUDGE: ROBERTS
CASE TYPE: MPR

Verified Correct Copy of Original

WASHINGTON COUNTY COMMUNITY CORRECTIONS
150 N. FIRST STREET, SUITE 200
HILLSBORO, OR  97124

TO: **PRESIDING CRIMINAL COURT**                     December 20, 2016

NAME: BARBER, BENJAMIN JAY
ADDRESS: 176 SW JACKSON ST
         HILLSBORO, OR  97123
RISK LEVEL: LOW
SID#: 17474177

PURPOSE OF REPORT: ADDENDUM TO WARRANT ISSUED  .

**LEGAL RESUME**
On 11/10/16, in Washington County Circuit Court, Mr. Benjamin Barber was placed on five years
formal probation by Judge Roberts, following a conviction for Unlawful Dissemination of an Intimate
Image (x4). In addition to the General Conditions of probation under ORS 137.540, the following
Special Conditions were imposed: Domestic Violence/Mental Health/Sex Offender evaluation/
treatment, attend and complete a Survivor's Impact Panel, no contact with victim-Meagan Vance or
her family, take all medications as prescribed, must remove all images and videos of victim from
computer and internet, cannot listen/view/own/possess sexually stimulating visual or auditory
materials, submit to search/polygraph and money judgment.

**ALLEGATIONS AND SUBSTANTIATIONS**
ALLEGATION #1: Mr. Barber is in violation of his probation under Special Condition: Failure to
complete jail sentence as ordered by the Court.

ALLEGATION #2: Mr. Barber is in violation of his probation under Special Condition: No direct or
indirect contact with victim, Megan Vance. .

ALLEGATION #3: Mr. Barber is in violation of his probation under Special Condition: Do not
intimidate/threaten or have offensive contact with anyone.

ALLEGATION #4: Mr. Barber is in violation of his probation under Special Condition: Remove all
images and videos of victim from computer and internet.

ALLEGATION #5: Mr. Barber is in violation of his probation under Special Condition: Do not
view/listen/own/possess any sexually stimulating visual or auditory materials.

SUBSTANTIATION #1 - #5: On 12/1/16, Mr. Barber appeared before the Court and was sentenced to six months jail on Count 1 in Case 16CR46339. Judge Roberts allowed Mr. Barber to remain out of custody with an Order to report to the Washington County Jail (WCJ) on 12/2/16 to begin serving his sentence.

Within hours of being sentenced, Mr. Barber took to the internet, including news outlets and social media, posting comments/documents and links clearly in violation of the Court's Order. Mr. Barber posted multiple comments to Oregonlive.com in response to an article written about his case, clearly identifying himself as the defendant in the case and attaching links to another site, Reddit.com. The comments and links included images of the victim, sexually explicit content regarding the victim along with the victim's full name and her personal/social media information. Derogatory and offensive materials were posted of the victim, including some material that was removed by the moderators of the site, specifically informing Mr. Barber that such postings violated site policy.

Mr. Barber failed to report to the WCJ on 12/2/16, resulting in a warrant for his arrest.

Detailed information and documentation is included in a Motion and Affidavit filed by the Washington County District Attorney on 12/2/16 and submitted to the Court.

ALLEGATION #6: Mr. Barber is in violation of his probation under General Condition #13: Failure to report.

SUBSTANTIATION #6: On 12/1/16, Mr. Barber appeared before the Court and was sentenced to 6 months jail on Count 1 in Case 16CR46339. Judge Roberts allowed Mr. Barber to remain out of custody with an Order to report to the Washington County Jail (WCJ) on 12/2/16 to begin serving his sentence.

Mr. Barber failed to report to the Washington County Probation Office upon leaving the Court on 12/1/16 and failed to turn himself in the WCJ on 12/2/16. Mr. Barber continues to avoid his supervision and is unwilling to provide his address or contact information. His location remains unknown.

**SUPERVISION SUMMARY**
Mr. Barber is unwilling to comply with the Orders of the Court and continues to victimize Meagan Vance and the State of Oregon.

**EVALUATION AND RECOMMENDATION**
Based on this information, a warrant was issued by the Court on 12/2/16. Upon apprehension, it is recommended that a Show Cause Hearing be scheduled to address the above allegations. If found in violation, further recommendations will be made at the time of the hearing and will be based on the actions of Mr. Barber in the interim.

DEANNA KEMPER
Parole and Probation Officer

DAWN MONTES
Parole and Probation Supervisor

1

2               IN THE CIRCUIT COURT OF THE STATE OF OREGON

3                        FOR THE COUNTY OF WASHINGTON

4    STATE OF OREGON,
                                              No. 16CR46339 (DA 345218)
5                          Plaintiff,
                                              ORDER TO
6          vs.
                                              ☐  SET HEARING TO SHOW CAUSE WHY
7                                                DEFENDANT'S PROBATION SHALL NOT
     BENJAMIN JAY BARBER,                        BE REVOKED
8
                                              ☒  ISSUE BENCH WARRANT FOR
9                                                VIOLATION OF PROBATION AND/OR
                                                 RELEASE
10                        Defendant.

11         Based on the State's Motion and Affidavit to Show Cause Why Defendant's Probation Shall

12   Not be Revoked,

13   ☒     It is hereby ORDERED that the Clerk of the Court be, and hereby is, directed to issue a

14   Bench Warrant for the apprehension of the above-named defendant to be brought before the court for

15   violation of probation and/or release.

16   SECURITY - ZERO BAIL - NO FORCED RELEASE
                                       Signed: 12/2/2016 02:46 PM ᴮᴿ

17   ☐     It is hereby ORDERED that the defendant be and is hereby required to appear on

18   _____ at _____ so that a Show Cause hearing may be set.

19

20

21                          Signed: 12/2/2016 02:46 PM

                            Signed: 12/2/2016 02:46 PM        _____        _____
22                                                           Circuit Court Judge, Beth Roberts   Circuit Court Judge, Beth Roberts

23

Page 1 – ORDER FROM STATE'S MOTION TO REVOKE PROBATION

1

2 **IN THE CIRCUIT COURT OF THE STATE OF OREGON**

3 **FOR THE COUNTY OF WASHINGTON**

4 STATE OF OREGON,

No. 16CR46339 (DA 345218)

5                Plaintiff,

MOTION TO SHOW CAUSE WHY
6    vs.

DEFENDANT'S PROBATION SHALL NOT BE
REVOKED AND REQUESTING AN
IMMEDIATE HEARING ON DEFENDANT'S
7 BENJAMIN JAY BARBER,

PROBATION CONDITIONS OR
ALTERNATIVE ORDER FOR BENCH
8

WARRANT

9               Defendant.

10      The State by and through Marie E. Atwood, Deputy District Attorney, moves the Court for an

11 Order setting a hearing requiring defendant to show cause why his probation shall not be revoked or

12 in the alternative moves the Court to issue a bench warrant.

13      In support of this Motion the State relies on the attached affidavit and exhibits.

14      The state also respectfully requests that this motion be heard by Judge Roberts, for the

15 reasons discussed in the attached affidavit.

16      DATED: December 2, 2016

17

18 Marie E Atwood
Oregon State Bar #132976
19 Deputy District Attorney

20

21

22

23

Page 1 – MOTION TO SHOW CAUSE WHY DEFENDANT'S PROBATION SHALL NOT BE REVOKED AND
REQUESTING AN IMMEDIATE HEARING ON DEFENDANT'S PROBATION CONDITIONS OR ALTERNATIVE
ORDER FOR BENCH WARRANT

1

2               **IN THE CIRCUIT COURT OF THE STATE OF OREGON**

3                       **FOR THE COUNTY OF WASHINGTON**

4    STATE OF OREGON,
                                           No. 16CR46339 (DA 345218)
5                          Plaintiff,
                                           AFFIDAVIT IN SUPPORT OF MOTION TO
            vs.                            SHOW CAUSE WHY DEFENDANT'S
6                                          PROBATION SHALL NOT BE REVOKED AND
                                           REQUESTING AN IMMEDIATE HEARING ON
7    BENJAMIN JAY BARBER,                  DEFENDANT'S PROBATION CONDITIONS
                                           OR ALTERNATIVE ORDER FOR BENCH
8                                          WARRANT

9
                           Defendant
10

11   STATE OF OREGON          )
                              ) ss.
12   County of Washington     )

13          I, Marie E. Atwood, being duly sworn do hereby state:

14          That I am a Deputy District Attorney for Washington County, Oregon.

15          That a motion is being filed in the above matter to Revoke the Defendant's Probation for the

16   following reasons:

17          Defendant was recently convicted of five counts of Unlawful Dissemination of an Intimate

18   Image for repeatedly engaging in "revenge porn" against the victim, Meagan Vance. During the

19   pendency of the case, defendant was under strict conditions of release, including but not limited to:

20   no direct or indirect contact with the victim, no use of internet except for work purposes, and no use

21   of social media. Once convicted, defendant requested that sentencing be set over to December 1,

22   2016, during which he would remain on release conditions.

23

Page 1 –AFFIDAVIT IN SUPPORT OF MOTION TO SHOW CAUSE WHY DEFENDANT'S PROBATION SHALL NOT BE
        REVOKED

1

2      On December 1, 2016, Judge Roberts sentenced the defendant to six months jail, but allowed

3    him to remain out of custody for one day and turn himself in on December 2, 2016 by 7:00pm.

4    Defendant was also sentenced to five years of formal probation, subject to numerous conditions,

5    including:

6        - Do not attempt to contact or have direct or indirect contact with the victim, Meagan
           Vance, including communication in any form and/or accessing the victim's social media
7           websites
         - Do not menace, intimidate, or threaten or have offensive contact, including language, with
8           anyone
         - Submit to search of person, residence vehicle, property, computer and social networking
9           sites if the supervising officer has grounds to believe that such search will reveal evidence
           of a probation violation
10       - Removal of all images and videos of the victim from defendant's personal computer
         - Removal of all images and videos of the victim from the Internet
11       - Do not view, listen to, own, or possess any sexually stimulating visual or auditory
           materials

12

13      Mere hours after being sentenced to the above conditions and given the opportunity to remain

14    out of custody for one more day, the defendant once again took to the internet, including news outlets

15    and social media, and posted comments, documents, and links clearly in violation of the court's

16    orders and intent. Defendant posted multiple comments to Oregonlive.com, in response to an article

17    written about his case, clearly identifying himself as the defendant in the case, and attaching links to

18    another site, Reddit.com (see attached Exhibits 1 and 2).

19      On Reddit.com, the defendant posted numerous comments and links in response to the same

20    article, under the username "wearytravelerpdx," but once again clearly identifying himself as the

21    defendant in the case. The comments and links included images of the victim, sexually explicit

22    content regarding the victim, the victim's full name, personal and social media information, and

23

Page 2 –AFFIDAVIT IN SUPPORT OF MOTION TO SHOW CAUSE WHY DEFENDANT'S PROBATION SHALL NOT BE
        REVOKED

1  derogatory and offensive materials regarding the victim. The moderators on Reddit.com removed

2  some of the defendant's posts, specifically informing him that posting such information violated site

3  policy. See remaining attached exhibits.

4       Defendant's conduct clearly violates the release and probation conditions that he has been

5  subject to throughout the pendency of this case, including improper use of internet and social media;

6  indirect contact with the victim including access to social media websites; offensive contact

7  (including language) with others; additional posting of sexual content online, and failure to actively

8  remove and delete images and content relating to the victim from his personal computer and internet

9  websites.

10      Moreover, the fact that the defendant engaged in this behavior post-sentencing, during the

11  brief window of non-custodial time given to him as a courtesy of the court, shows his continued

12  disregard for the court's orders, the victim's rights, and the seriousness of his crimes. The defendant's

13  actions before, during, and after trial show an ongoing intent to continue harassing and slandering the

14  victim in this case.

15

16  //

17

18  //

19

20  //

21

22  //

23

Page 3 –AFFIDAVIT IN SUPPORT OF MOTION TO SHOW CAUSE WHY DEFENDANT'S PROBATION SHALL NOT BE
REVOKED

1

2        The defendant is supposed to turn himself in by 7:00pm today to begin his sentence; however,

3    due to his behavior the state has concerns that he may fail to do so. The state therefore requests that

4    the court immediately issue a warrant and schedule a hearing for the defendant to show cause why his

5    probation should not be revoked. Additionally, the state requests that the parties also revisit the

6    defendant's probation conditions, altering and/or adding stricter limitations to the conditions

7    regarding his internet and computer use. Finally, the state requests that this motion and all related

8    hearings be heard before Judge Roberts, who imposed and discussed the terms of defendant's

9    sentence only yesterday, and has extensive knowledge regarding the issues and facts of this case.

10

11                                    _____

12                                    Marie E Atwood
                                       Oregon State Bar #132976
13                                    Deputy District Attorney

14    SUBSCRIBED AND SWORN to before me this 2nd day of Dec, 2016              .

15

16                                    _____

17        OFFICIAL STAMP              Notary Public for Oregon
         ANN M TRACEWELL
       NOTARY PUBLIC - OREGON
        COMMISSION NO. 951227
18    MY COMMISSION EXPIRES JUNE 26, 2020

19

20

21

22

23
Page 4 – AFFIDAVIT IN SUPPORT OF MOTION TO SHOW CAUSE WHY DEFENDANT'S PROBATION SHALL NOT BE
        REVOKED