Benjamin Barber v
State of Oregon

Memorandum Regarding
Document # 113

3:16-cv-2105-AC

I do not know what documents are being referred to in the previous orders, I don't have any access to legal materials or case notes I only have a imperfect memory to operate from, and I don't know If that means that Judge Roberts will be able to destroy every document I've ever made my entire life. I asked my stepdad to deliver a "hard-drive" to the courthouse to preserve it as evidence, I know you're not a storage company, but I don't want him in contempt of court with Roberts.

Regarding imperfect memory I thought there was going to be oral arguments, but I don't remember if neither of us requested it therefore will not get it. Also the petition to leave to amend was in response to States motion to dismiss to correct issues. Most notably it cited Joe Walsh v City of Portland (I think) where judge Simon said that any party may challenge a 1st amendment violation on overbreadth. Therefore I have a "sockpuppet" nonprofit since 2014 called "nerd party", originally made for open source projects that licensed everything "Creative Commons" (articles of incorporation). That nonprofit owned the server which the videos were located on, and therefore should have standing the same as I do. there is an invoice in the exhibits for the server showing that, and "nerd party" should not be barred from the 1st amendment claim as Jeff Davis claims that I am barred by.

July 24th 2017

/S/ Ben Barber