Benjamin Barber
v
State of Oregon

Document 117

(1)

I failed to mention [was mentioned in response to motion to dismiss] that the court of appeals denied my appeal because I was out of custody, and the 30 day time frame is elapsed for the supreme court. The reason for my doing this is 1) Judge Roberts and the Washington County circuit courts did not preserve evidence & motions filed by me, and will not be a part of that record. Containing a) a written contract of vance agreeing to transparency b) my copyright ownership & federal pre-emption c) that she unlawfully accessed my computer to download and spread the porn as a part of a group including robin gething (uk) and mathias huber (germany). d) section(c) was done because the group also unlawfully stole approximately 1700 video games meant for the nerd party charity to give to childs play 501c(3) with help from vance, and she also had violated a protective order by extortion and harassing my job, tenants, landlords, and romantic partners. 2) the law deserves to be repealed on a national level rather than have each defendant in each state have to relitigate the same legal arguments. These laws were a part of a national campaign by a non lawyer [the cyber rights initiative I think] (whose name I forget), who suprisingly got a former oregon appellate court judge ellen rosenblum to convince my former legislature opponent to submit this garbage bill, because "most of the victims are women". So now most states have a law where a woman can take a picture of her tits, post them online herself, and call the police and say she is "embarrassed" and have her boyfriend labeled as a sex offender, and destroy every document, photo, computer code of his under civil asset forfeiture

(2)

<u>In</u> the document (i think) Lessons from americas radical feminist governor, the article speaks of a feminist political machine in the state of oregon where even supreme court judges are elected. This, combined with "feminist jurisprudence" and "critical jurisprudence" skew our justice system towards a "the ends justify the means" sort of reasoning. For example Robarts logic that requesting an arrest warrant and civil suit is "harrassment", the legislature is more important than the Constitution and Congress, so therefore destroy all potential evidence that might prove her or vance wrong. In my study of philosophy the Moral heirarchy goes Deontological → objectivism → utilitarianism → subjectivism → nihlism going from moral to amoral. The standard of "utterly and irredeemably unconstitutional" of younger should apply to destroying evidence of a crime that consists of nothing but speech not covered under even that statue. I agree that there exists Comity, but there are times when state courts can not or will not suffice, like this case where there are no appeals left, or more generally the court itself responds more to real politick than real justice. My understanding is that federal courts have gotten involved when states and their courts fail to protect minorities from the tyranny of the majority, here judges have told me that men are not a protected class, and the state engages in segregation and the newspapers and politicians applaud segregation, and our jails are populated with men whose partners abuse the legal system, Meanwhile the state <u>refuses</u> to arrest, charge, or imprison women under equal treatment of the law or even build their prisons. If I can sacrifice my vision & eye to protect and serve the laws and constitution with my life, I feel betrayed when a judge can't pick up a pen to protect and serve me under the law & constitution.

③

Before when I mentioned replacing Judge Roberts with a robot, (at least acosta and simon make sense), Contrary to some belief that is actually possible, at least for a lot of the work involved. IBM Watson beat Jeapardy champion Ken Jennings using a logic system derived from Immanuel Kant's trancedental logic theory, lambda calculus. Even I recognize to err is human, which is why as an engineer (cloud systems) my job is to build systems and tools that augment the human mind. Before this catastrophy my aim was to work on computational genetics with Intel/OHSU to cure cancer. I believe that a computer like Watson could have solved in a matter of minutes of direct Q&A what has taken a year of my life. With the amount of white collar crime and plethora of audio visual data, it would greatly reduce the caseload and give more people access to justice and fairness, which is part of why I participated in the Sunlight institute, government transparency, and digital democracy reforms of 2012. Much like Martin Luthers 95' thesis, that every man can read the bible and be a priest, made possible by the gutenburg printing press. Digital technology and what some term 'radical transparency', will make it possible for every person to be their own judge & jury, as computers will assist them collect and weigh evidence in accordance to their morals to make judgements. This is a part of the evolution of our people called 'transhumanism', a theory of human destiny of which i prescribe as much as some do religion. Advances like genetically engineered babies at OHSU, and an open society based on transparency, and free inquiry of ideas without patent or copyright, are feared by incumbants unable to compete on merits. To form a more perfect union we must err on the rights of life, liberty and pursuit of happiness, by expanding the free and open exchange of ideas and their implimentation, rather than punish and stifle 'heretics' like Socrates or Barber for offending others