Case 3:16-cv-02105-AC   Document 135   Filed 09/01/17   Page 1 of 6

Benjamin Barber

V

Vance, state of oregon

3:16-CV-02105 AC
Motion to convene special Grand Jury under 18 USC 3332

FILED 01 SEP '17 10:43 USDC-ORP

moves now, the plaintiff to fullfill his duties and right to protect and defend the laws of the united states against all enemies foreign and domestic. Barber is Known by reputation in the public as a defender of civil rights, government accountability and the rule of law, as recorded by in the Oregonian.

"It is the duty and right... of every citizen to assist in prosecuting and securing the punishment of any breach of the peace" in re quarkes us 959 960 (1984)

"the function of a grand jury is to investigate any alleged crime no matter how or by whom suggested to them" frisbe v united states 15 US 586 US (1895)

"a citizen has a constitutional right to inform the government of violation of federal law, a privilege of the 14th. amendment" - 676 F2d 1272 9th cir

to wit Barber begrudgingly finds he must endeavor to assist with the prosecution of criminal law, because the defendants are not forth coming and are actively obstructing justice with spurious justifications, and are unwilling to operate in good faith. The Defendants Conspire to oppress persons for the exercise of rights, exhort property used in interstate Commerce by means of fraud, and resemble a racketeering influenced Corrupt organization.

Benjamin Barber

v

Vance, State of Oregon

3:16-cv 02105-AC

Motion to Convene special Grand jury under 18 USC 3332

To be fair I read in a Legal book the Criminal Defense bible that this is permissable, but I lack the resources to double check the reasoning. The motive is that I want transparancy, reform, and accountability, and ever... Since I was young I was taught the neceessity of mensch to stand up for whats right. My experiences regarding Cronysm in oregon go back to childhood, my interest since i was 23, and my participation in combating it from 26. I willbe filing with the attorney general the specific grounds for relief in a few days under John doe v does 1-20 under seal. I understand this seems zealous and illadvised, but I got a feeling that there is Something the defense does not want me to find out, and it may have to do with marie atwood. the Circumstances and timing of all this are odd, as are the environment under which the State operates, at least from the prospective of an idealist

"It is the duty and right .. of every citizen to assist in prosecuting and securing the punishment of any breach of the peace"- in re quarkes US 959 960 (1984) " the function of a grand jury is to investigate any alleged crime no matter how or by whom Suggested to them"- frisbe V United States 15 US 586 (1895) "informing is a right or privilige secured by the Constitution" Villarreal v united states 354 F2d 9thcir (1965) "a citizen has a constitutional right to inform the government of violation of federal law a privilege of the 14th amendment 676 F2d 1272 9thcir (1982)

Benjamin Barber
V
Vance, State of Oregon

3:16-cv-02105-AC
Memorandum of law is support, of motion to convene special grand jury under 18 USC § 333d
Oral arguments requested

Civil Rights and Liberties, are seperate but equal. How is it that Ron Paul and Bernie Sanders gör, feminists and mens rights groups, both talk about rights and mean Separate things? First we must realize that "Civil Rights" is a proxy for "liberties", and a civil society must balance them in order to be just, in such a way to be seen as fair and balanced. Many philosophers have tried to encapsulate the meaning of liberty, and i will start from first principals to demonstrate where they come from, and then later how to apply them Justly, this is known as 'justice as fairness'[1]

Liberty as a tridiac relation (Socratic Logic)
"X is free from Y to (do/not do, or be/not be) Z" or in math terms
$\sum_{0}^{\infty}(x)$ where x is an element in a set of persons constraining Y
$\sum_{0}^{\infty}(y)$ where y is an elements in a set of persons effected by x
$\sum_{0}^{\infty}(z)$ where z is an element of a set of properties characterizing y
Such as g(y·z) is the product of relationships of y and z, and f(x·y) is the product of relationships of x and y
therefore Liberty is the product of L((x·y)·(y·z)·(x·z)) or
$$(g(x,z) \cdot g(y,z) \cdot f(g(x,z), g(y,z))) = L(x,y,z)$$

the numbers of these relationships increase as a cube, power of the size of the sets so we label them in either their relationship to x and y or in relation ship to z. in relation to x or y it often is known as 'positive and negative liberty', and in relationship to z it is known as 'power, control, responsibility'

[1] justice as fairness, A theory of Justice revisited by John Rawls

Memorandum of Law regarding: "liberty" and 'civil rights' page 1

positive and negative liberties refer to the power to compel or not compel a thing to occur (to posit) and the power not to be compelled by others (to negate). An innate right is one that no person can compel of you, and the civil right is one protected by the government. Aside from the fundemental and civil rights, power, control, and responsibility speak to compelling forces in life. Power is defined as "to be able" (or refrain), control is to compel (or not), and responsibility is to be compelled to do (or not do).

Sovereign rights are however derived from the consent of the governed, and in exchange the sovereign has "noblesse oblige" obligations towards its subjects, since the magna carta to obey the law and rights of its subjects despite its perogative. There can be no qualifed immunity of sovereigns who act not merely under law, but to undermine the rights guaranteed to people and acting upon the color of law. The fourteenth amendment obligates the states to respect the bill of rights, and contrary to popular belief the welfare clause does not give the government the authority to abridge them, due its 'compelling government interest' which require infringing or punishing a person based solely on an innate or civil right.

The welfare clause is supposed to act like a social safety net, or the rising tide that lifs all boats, not the entity picking or choosing winners or the dictator choosing what job, lifestyle, or belief system is the right one. When the sovereign represents the tyranny of the moral majority, it reflects the fairness defined by social justice not blind justice under law but mob justice of the

Realpolitick. The practical issue is laid out in the lifeboat dillema, where there are more passengers than room (or supplies) on the boat. We inhabit a finite planet and the practical liberties are finite, so in many aspects the trade off between liberties of say X and Y are a zero sum game. Often members will want to both be empowered, and in control but not responsible, or to make someone else responsible for matters outside their control, or sometimes put something else in control of making someone else responsible for empowering them, which also apply contra positively. put in laymans terms democracy becomes two wolves and a sheep voting for what to have for dinner, and of course civil rights.

This is why it is intolerable to many to leave aspects of civil rights up to the states and their elected officials, who are often more beholdened to special interests than to the general welfare. each group from banks to unions to feminists will give up control of their own fate to the government in exchange for more power and less responsibility, and inevitablly come to blame the government for failure. On the other side will be those whose interests were sacrificed at the holy altar of democracy, who will see themselves as victims of the prevailing party and who will also blame the government for its failure. This is known as karpmanns drama triangle, where the drama starts by one party taking the role of victim, finding a rescuer to punish the perpetrator, and flipping the roles continously. the key to dissolving the drama is to deny the payout to participants who seek to lobby the rescuer and to the perpetrator into a 'negative sum game', so all sides engaging in drama are going to lose. for what company will seek a bail out if it means all shareholders lose value, or welfare recipients made to work for a domestic violence shelter.

The same deterrant in denying the political payout must also exist for political figures, they may be allowed to debate and speak in such a way that advocates for the abolition of civil rights, but the question ought to be should we even allow the bill of rights to be put to a vote. Hypothetically Congress and states could abolish the bill of rights and generally be immune under the speech and debate clause. lets say in a Hypothetical situation to allow debt slavery and imprisonment, Many would even lack the fundemental ability to vote as felons. However a special grand jury ought to be allowed to convene to investigate criminal charges in order to stop such a process, by allowing the grand jury to reccommend removal from office. Such a move would be a part of checks and balances, not made on behalf of the judiciary but by the people and for the people, who defend liberty by the three boxes: the voting box, jury box, gunbox.

The Voters in oregon approved our equal rights amendment, just as the states ratified the bill of rights. we already have evidence, is perhaps not beyond a reasonable doubt, that some of our state officials are engaged in financial Conflicts of interest. There is also a growing body of evidence that they also have political Conflicts of interest, and these Conflicts are brewing into actual violent political Conflicts fueled by their actions. So the solution to a fundemental failure of government to regulate itself is to allow the actions of its stewards to be investigated by a grand jury, to find if there are sufficient grounds to either find them unfit or restrain their liberty, as a deterrant against the Sovereign powers first Concieved by the Magna Carta which first Forced the Sovereign to obey the law.