IN THE DISTRICT COURT OF OREGON

Benjamin Barber

V

Vance, State of Oregon

16-cv-02105 AC

memorandum of theorums in support of claim #1

FILED 13 SEP '17 10:40USDC-ORP

I feel weird doing this because it seems condescending, but I feel like nobody understands what I talk about, and doesn't address the points I make so I must prove it, by breaking them down into the form of theorums.

rule no

1

Heck v Humprey theorum
((¬ exhaust & remedy & ¬ inneffective) ⊃ ¬ standing)

2

Heck v humprey footnote 9 excepiton theorum
((congressional enactment v preclusion rule) ⊃ standing)

3

younger v harris theorum
((state action ⊃ comity) & (comity ⊃ abstain))

4

5

6

7

younger v harris exception theorum
(congressional enactment ⊃ ¬ abstain)
(bad faith v harrassment) ⊃ ¬ abstain)
(¬ state remedy ⊃ ¬ abstain)
(utterly unconstitutional ⊃ ¬abstain)

8

Copyright sovereign immunity  17usc §301, §511
((copyright infringement & state) ⊃ (¬comity & congressional enactment & preclusion & ¬ state remedy)

& = and  v = or  ¬ = not  ⊃ = if then  ⊗ = exclusive or
See wikipedia on logical deduction and first order logic

first amendment theorum

9  (first amendment ⊃ Standing)


Deduction of postulates

Axioms

10  (Copyright infringment & state & first amendment)


first amendment ⊃ Standing          By rule 9

¬exhaust ⊃ ¬ Standing               By acosta rules

Standing & ¬ standing               there fore false ;;

Copyright infringement & state ⊃ (¬ Comity & act of

Congress & ¬ state remedy & Preclusion) By rule 8

11  (¬comity & act of Congress & preclusion) must be true

(act of Congress & Preclusion) ⊃ Standing by rule 2

((Standing & ¬Standing) & standing) ⊃ standing by reductio ad absurdum


(state action ⊃ Comity) & (Comity ⊃ abstain) by rule 3

(state action ⊃ abstain)            by inferrance

abstain                             by acosta rule

(¬ state remedy ⊃ ¬ abstain)        by rule 6

(act of Congress ⊃ ¬ abstain)       by rule 4

abstain & ¬ abstain & ¬ abstain ⊃ ¬abstain

¬ abstain                           by reductio ad absurdum


note ;also allege bad faith and harrassment and for

utterly and irredibly unconstitutional. please proceed

to the following pages for those deductions.

Utterly unconstitutional theorum.
as applied to ors.163.472 in every clause.

1) disseminate: under 17 usc 301 intimate image under
United states v stevens  content based restriction
1a) harass: restrictions only on an unwilling listener.
humiliate: Boos v barry emotional impact, injure:
Rav vst paul hostility or favoritism. disclosed: 17 usc 301
internet website: commerce clause. Identifiable
image: vagueness (stick drawings named or artistic
parody named)  Other person: content based restriction
us v stevens. intimate parts visible: content based
restriction memoirs v massachusetts. engaged in
sexual conduct: content based restriction us v playboy.
1b) other person does not consent: prior restraint,
ex post facto impairment of contract, Disclosure:
17 usc 301, 17 usc 201. person knows or reasonably should
have known: elonis v united states  reasonable person
standard  1C) The other person: Boos v barry secondary
effects not emotive impact. harassed: unwilling listener
humiliated: Boos v barry emotive impact or injured: boos v barry
secondary effects disclosure: 17 usc 301. 1d) a reasonable
person: elonis v united states reasonable person standard
harassed: unwilling listener. humiliated: boos v barry emotive
impact. injured: rav v st paul hostility or favoritism. disclosure:
17 usc 301. 4a) activity by law enforcement 17 usc 301, 201, 511
4b) legitimate:      miller v california 4C) legal proceedings 17 usc511
4 d) law enforcement agency: 17 usc 511 4e lawful public purpose
: united states v playboy 4f disclosure 17 usc 301, 4g 17 usc 301
$f(x) = ((1a \& 1b \& 1c \& 1d) \& \neg(4a \lor 4b \lor 4c \lor 4d \lor 4e \lor 4f(4f A \lor 4f B \lor 4f C)))$

Utterly unconstitutional theorum
against whomever and whatever matter

$$f(x) = (1a \& 1b \& 1c \& 1d) \& \neg(4a \vee 4b \vee 4c \vee 4e \vee 4f(4fA \vee 4fB \vee 4fC)$$

"against whatever manner and against whomever"
$\sum_{0}^{\infty}(x)(\neg f(x))$ of all members in set $x$, the Law $f(x)$ is false

1a $(\sum(x_n)(y_n)(z_n)(\text{person}(x) \& \text{otherperson}(y) \& \text{intimate}$ $\text{image}(z)) \& \text{intent}(\text{disclose}(\text{intimate image}(z) \& \text{secondary}$ $\text{effect}(\text{harrass}(y) \vee \text{humiliate}(y) \vee \text{injure}(y)))) \& \text{True}(x,y,z)$
there exists a person $x_n$, another person $y_n$, and a
intimate image $z_n$ and there is a secondary effect of
$y_n$ is harrassed or $y_n$ is humiliated or $y_n$ is injured
with all other conditions are assumed true.

intimateimage $(\text{image}(z_n) \& \text{intimate}(z_n) \& \neg(\text{image}(z_n) \supset$ $\text{intimate}(z_n)) \supset \neg \text{secondaryeffect}()) - \text{Boos} \vee \text{Barry}$
if an it is an image and it is intimate, rather than being
intimte because of it being an image, there can be no
secondary effect

$(a(z)(\text{intimate image}(\text{intimate}(z_n) \& \text{image}(z_n) \& \text{secondary}$ $\text{effect}(\text{true})) \& \text{true}()) \& \neg b(z)(\text{image}(z_{n+1}) \& \neg \text{intimate}$ $(z_{n+1}) \& \text{secondary effect}(\text{true}) \& \text{true}()) \supset \neg a(z)$
Rav $\vee$ st paul
if any law restricts an image, and it is intimate and it
has a secondary effect, and there is no law against an
image that is not intimate and it has the secondary effect
then there shall be no law

Thus under any condition of an intimateimage() $f(x)$ is false.

## Basis for deductions of motive

What I know is: 1) vance had malice 2) I loved vance but blame feminism 3) I wanted to make vance go to therapy and stop divorce 4) matthias huber took over my nonprofit opgameitforward@gmail.com account in Jan 2015 5) porn of me appears on 8ch.net on Jan 2015 6) meagan vance had my email passwords in our marraige contract 7) I threaten to sue them over it because ~$5k worth of steam™ redemption game codes meant for donation were taken 8) my workplace is 'bombarded' with the same allegations as from vance (fraud, theft, rape) as is thuy huyen of PSU (romantic interest) 9) in april vance asks to have our divorce end, girlfriend amanda parker move out and her in but changes her mind 10) she shows up with police to take a tea kettle already having her belongings and I tell her I will post her chats on meaganvance.net 11) She talks to april kusters of psu about the revenge porn law before it passes 12) april sent threats of arrest for "harassment" for reporting she had violated tro and academic plagarism and thuy huyen's harassment to psu. 13) Beardmosexual accused mr robingething of spreading porn, said he got access to it easily after digging into my personal life, and said it was to 'silence endo' (Barber) and calls it a crime. 14) I '@' mention vance in the thread saying that her albino porn was out there 15) I tell vance that her friends are spreading our porn, the next day when she is asking to get back together 16) She says I heard something about that but nothing else 17) she says in court "they were doing it to protect me" and "I knew they wouldn't spread it", and "it was in a folder called sexy". 18) the server had a password protection in 2010 when uploaded

## Deductions of Vances motives

I have evidence of all but 4,7,8,9 but can supoéna them

1. if we assume its impossible to steal my password, that its impossible to take files off the server without a password, impossible to reset the password of opgameit forward@gmail.com without access to the recovery address. Then Someone must have given them the password.

2. If we assume its impossible to arrest Someone expost facto for an action before the law was passed, that its impossible to arrest someone for reporting them to the authorities, that its impossible to arrest someone for putting your 'transgressions' online, then the method of arrest must of been by uploading the porn by Someone else

3. if we assume its impossible to embarrass a person without shame, if its impossible to protect vance by embarassing me, if its impossible to protect vance or 'silence me' without Coercion, then the act must have been for coercion.

4. if "digging into his personal life" and 'rather easily' excludes hacking, if goldstein testified that I had not caused even a momentary fault in his relationship with vance, If goldstein recieved an email telling him that vance cheated on him with me the day after the porn leaked, then the the cheating must have been related to the pornography

5. if Barber knew that she had the password and had given it to them   , and thought that she had access to the porn under Contract and had no problem with it, and Barber did not know it was a Crime that intended to get him arrested and thought it was to embarass him, then the real purpose was to mollify Barber and find if he knew about the law to avoid being arrested for it.