IN THE DISTRICT COURT OF OREGON

| | |
|---|---|
| Benjamin Barber<br>v<br>Meagan Vance, State of Oregon | Memorandum as to why Barber seeks grand jury |

FILED 14 SEP '17 10:44 USDC-ORP

3:16-cv-2105-AC

Does this seem any more excessive to ask for punishment for crimes that have robbed me of the most productive years of my life, than it is to put someone in jail for having 'humiliated' someone?

The state and vance ought to be embarassed, despite illiterate parents, no former schooling other than grades 6-9 and some college, I became an engineer and did vance's master's coursework for her.

Have any of you seen the high school <u>entrance</u> exam from a century ago? Can any party here explain why instead of training our citizens to be strong in mind and spirit, we are coddling people with a paralyzing sense of weakness and entitlement?

A lawsuit was never necessary, writing laws in 'set object notation' wasn't necessary, all that was necessary was the reflection that clearly violating the law is wrong. That is why though I thought it was a BS law I offered to take the videos down, but what was far more enlightening was the zealotry by the defendants who hate the truth.

They are willing to break the law so that people don't find out what goes on behind closed doors, I know defendants well enough to know what skeletons are in their closet, and all I asked for is that they follow the rules for once.

All I really wanted was to have a family and be a scientist or engineer. I don't find either great accumulation of wealth or mass incarceration useful, and I see my job as to be the one who fixes broken systems by inventing new ones. So I *might* be persuaded by a proposed system that fixes all of these problems.

An end to all state censorship and adoption of open access records on demand, removing all race and gender specific programs and preferences in state government, lifetime tenure faculty position at a university and 6 post graduate student assistants until I'm 65, and a renewed marraige with vance under our contract.

Then I can keep working on putting melanin in plants to absorb more light spectra and sequester more $CO_2$ as food through photosynthesis. And perhaps we avoid a world war caused in part by resources and in part by idiots pushing Identity politics poison.

But I'm sure defendants think that its so unreasonable, not to mention objectionable that this evil misogynist libertarian, dare challenge the existing power structure and harm a woman with law.

Our state exists to empower women to neglect the law and hate men, and to deny the existence of biological essentialism or its impacts, and sacrifice the very institutions of the nuclear family to society.