IN THE DISTRICT COURT OF OREGON

In lieu of Count 2 | A BILL FOR INDICTMENT FOR MEAGAN VANCE.

3:16-cv-2105-AC

Count 1 Meagan Vance having had a valid family abuse prevention act, did travel in interstate to ohio to violate the restraining order, by telling Brian adair, Samantha carter, Colleen rusch not to pay rent to barber in november of 2013 despite the fact she was no longer on the lease due to the restraining order thus committing the crime of interstate violation of a protective order 18 USC 2262 and interstate domestic violence 18 USC 2261.

Count 2 as alleged in Count 1: obtaining a thing of pecuniary value, vance compelled barber to have to file an action of forcible entry and detainer on Colleen Rusch and eviction of Brian Adair, She had told barber that their lessor Sam Zuhairy had taken her side and Sam Zuhairy attempted to take over the lease without obtaining a court order thus vance committed wire fraud 18 USC 1343

Count 3 from January 2012 to november 2013 vance did induce barber to do her coursework at bowling green state university and portland state university by acts of self harm and suicide, which she had passed off as her own because of her visual impairment and defective mental state. The funds were paid for by the office of vocational rehabilitation services, which were provided in part by the Federal workforce improvement act, Therefore committing 18 USC §1031 Major fraud against the United States or wire fraud. 18 USC §1343

Count 4 in a part of a common scheme of Count # 4 vance gave barber permission over facebook to sign her name on documents as would power of attorney, however she compelled barber to make unauthorized use of a computer system to complete her math homework at Portland state university, due to her threats of suicide in the same day and chat log in facebook, thus vance committed the crime of computer fraud 18 USC § 1030 for her pecuniary interest of obtaining a degree from portland state university.

Count 5 vance in interstate communications around january of 2014 said that she would tell the multnomah county court that her psychological support animal was not actually one in order to have barber evicted from his home unless he signed her divorce agreement conveying her the interest in it and money she had not been due under our contract as the party at fault who ought not to recieve it, thus committing the crime 18 USC § 875 exhortion in interstate commerce.

Count 6 vance in interstate communications around april of 2015 said she would accuse barber of fraud and theft for completing her FASFA information as she had consented him to on facebook, as well as theft for paying the october utility bill with their joint account on autopay after she had removed him from their joint account contrary to their marraige contract, unless he did sign her divorce agreement providing her a thing of pecuniary interest and thus violating 18 USC 875 exhortion in interstate commerce.

Count #7 In reporting actions 1-6 to the portland state student Conduct Committee around january of 2015 who then referred it to campus police, vance told barber that she had told them that barber had hacked her accounts when she had known she hadn't, thus committing the crime of obstructing a criminal investigation 18USC1050 and obstruction of a state or local law enforcement agency 18USC1051

Count #8 In January of 2015 matthias huber took control of Barbers email opgameitforward@gmail.com and porn of his was disseminated on 8chan (8ch.net). The email address contained approximately 2 thousand video game redemption codes for the Steam Store. These were supposed to be given to a charity called "childs play" a 501c3, but instead were taken and not given to charity. Barber believes that the passwords to his starworks5@Gmail.com which was the recovery email were given to him by meagan vance who had been given the passwords under a marraige contract due to statements made by a mutual aquaintence of vance & huber pseudonymously named beardmosexual, that their mutual aquaintence Robin Gething had gained access to Barbers server 'rather easily' by digging into Barbers personal life. Thus vance had aided and abetted Computer fraud and abuse 18USC§1030

Count #9 Having the property stolen through improper access to my gmail, which was aided and abetted by vance she had committed the crime of wire fraud. 18USC1343

Count 10 vance's attorney had told barber that his acts of reporting on her activities was harassment and that he would be arrested for doing so, which at that time comprised of going to the student conduct committee and campus police, thus committing the crime conspiracy against rights 18 USC §241

Count 11 vance had testified before washington county court that she had talked to the same attorney named april kusters, to use the law ORS 163.472 unlawful dissemination of an intimate image against me before it had been passed. Subsequent to it passing one of her associates named beardmosexual had claimed that he had been invited to a google hangout where there had been a plot to disseminate the videos online to blackmail barber with, and that access to the videos wich were password protected were accessed rather easily by digging into my personal life. vance testified that their purpose was to 'protect me', beardmosexual said it was "to silence endo[morphosis]" (Barber), and vance also knew where the videos were stored. I allege that since I have no shame, the means of blackmail was through use of the law ORS 163.472, and to silence me was in regards to her unlawful activity, thus she had conspired to tampering with a witness 18 USC 1512

Count 12 in the conduct specified in Counts 10, 11 vance did conspire or attempt to use interstate exhortion due to the person mentioned mathias huber being from germany and robinge thing from the uk a crime under 18 USC 875

Count 13 though vance had permission of fair use of the articles and quite frankly I wouldn't have been an organizer of the world naked bike ride if I was ashamed, vance was attempting on criminally infringing on my rights to use the images in july 2015 with matthias huber and Robin gething, in order to obtain a thing of value namely my silence and her reputation as she would not be elligible as a teacher with domestic violence charges. Having committed attempted criminal copyright infringement 18 USC 2319.

Count 14 as a part of a common scheme in Counts 1-13 vance did Conspire with her accomplices in a form of racketeering behavior, to inflict creul and vindictive behavior against Barber who though is arrogant always led with an olive branch, and only ever operated in accordance with the golden rule, for vance should have naught become a monster to fight a pantomime villian. Instead of accepting a truce she and her conspirators compounded their crimes with fraud 18 USC 1314, exhortion 18 USC 875, computer fraud 18 USC 1030, wire fraud 18 USC 1343, tampering with a witness 18 USC 1512, and obstruction 18 USC 1050, thus commiting the crime of racketeering 18 USC 1962.

And who could blame them for rescuing a fair skinned and forked tounged maiden, I know I had similiar feelings when I was told she had been raped by nate, But alas she admits to nickolas gunzburg her racket "I play the victim alot in life, I cower when not needed".