**Erin K. Olson, OSB 934776**
eolson@erinolsonlaw.com
Law Office of Erin Olson, P.C.
2014 N.E. Broadway Street
Portland, OR 97232-1511
Telephone 503-546-3150
Fax 503-548-4435

Attorney for Defendant Vance

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BENJAMIN BARBER,<br><br>Plaintiff,<br><br>v.<br><br>MEAGAN VANCE, STATE OF OREGON, *et al*,<br><br>Defendantss. | Case No.: 3:16-cv-02105-AC<br><br>**DEFENDANT MEAGAN VANCE'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

Defendant Meagan Vance ("Ms. Vance") respectfully advises that she has no response to the plaintiff's "Objections" (Docket #138), and she does not believe oral argument would assist in their resolution.

DATED this 19th day of September, 2017.

              s/ Erin K. Olson
              Erin K. Olson, OSB 934776
              Attorney for Defendant Meagan Vance

**PAGE 1 – DEFENDANT MEAGAN VANCE'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO FINDINGS OF FACT AND CONCLUSIONS OF LAW**

LAW OFFICE OF ERIN OLSON, P.C.
2014 NE BROADWAY STREET   PORTLAND, OREGON 97232-1511
TEL (503) 546-3150  FAX (503) 548-4435  EOLSON@ERINOLSONLAW.COM

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing document on the following by CM/ECF System Transmission (AAG Davis) and prepaid, first-class mail (plaintiff):

Benjamin Barber, Booking No. 1707936
Washington County Jail
215 SW Adams Avenue, MS 35
Hillsboro, OR  97123-3874

Jesse B. Davis
Senior Assistant Attorney General
Department of Justice
100 SWMarket Street
Portland, OR 97201
jesse.b.davis@doj.state.or.us

Dated:  September 19, 2017.

s/ Erin K. Olson_____
Erin K. Olson