ELLEN F. ROSENBLUM
Attorney General
JESSE B. DAVIS  #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  jesse.b.davis@doj.state.or.us

Attorneys for Defendants Ellen Rosenblum, Brad Avakian, Kate Brown, Ben Cannon, Lynne Saxton

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BENJAMIN BARBER,<br><br>        Plaintiff,<br><br>   v.<br><br>MEAGAN VANCE in her personal capacity and ELLEN ROSENBLUM, BRAD AVAKIAN, KATE BROWN, BEN CANNON, LYNNE SAXTON in their official capacity,<br><br>        Defendants. | Case No.  3:16-cv-02105-AC<br><br>STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONVENE SPECIAL GRAND JURY UNDER 18 U.S.C. § 3332 |

Defendants Ellen Rosenblum, Brad Avakian, Kate Brown, Ben Cannon, Lynne Saxton, and Marie Atwood (to the extent Ms. Atwood remains a defendant), appearing specially and without waiver of any defense, respectfully advise the Court that they do not intend to respond to

Page 1 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONVENE
             SPECIAL GRAND JURY UNDER 18 U.S.C. § 3332
      JBD/ts6/8538965-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Plaintiff's "Motion to Convene Special Grand Jury Under 18 USC 3332" (Docket 135), and do not believe further briefing or argument would assist the Court.

DATED October  4 , 2017.

>Respectfully submitted,
>
>ELLEN F. ROSENBLUM
>Attorney General
>
>
>    *s/ Jesse B. Davis*
>JESSE B. DAVIS #052290
>Senior Assistant Attorney General
>Trial Attorney
>Tel (971) 673-1880
>Fax (971) 673-5000
>jesse.b.davis@doj.state.or.us
>Of Attorneys for State Defendants

Page 2 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONVENE
    SPECIAL GRAND JURY UNDER 18 U.S.C. § 3332
    JBD/ts6/8538965-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on October  4 , 2017, I served the foregoing STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONVENE SPECIAL GRAND JURY UNDER 18 USC § 3332 upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Benjamin Barber | ___ HAND DELIVERY |
| Bkg. # 17-07936 |  X  MAIL DELIVERY |
| Washington County Jail | ___ OVERNIGHT MAIL |
| 215 SW Adams MS35 | ___ SERVED BY E-FILING |
| Hillsboro, OR 97213-3874 | |
|     Plaintiff *Pro Se* | |

| | |
|---|---|
| Erin K. Olson | ___ HAND DELIVERY |
| Law Office of Erin Olson PC | ___ MAIL DELIVERY |
| 2014 NE Broadway St | ___ OVERNIGHT MAIL |
| Portland, OR  97232 |  X  SERVED BY E-FILING |
|     Of Attorneys for Defendant Vance | |

    *s/ Jesse B. Davis*
JESSE B. DAVIS #052290
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
jesse.b.davis@doj.state.or.us
Of Attorneys for State Defendants

Page 1 -   CERTIFICATE OF SERVICE
    JBD/ts6/7840993-v2