ELLEN F. ROSENBLUM
Attorney General
JESSE B. DAVIS  #052290
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  jesse.b.davis@doj.state.or.us

Attorneys for Defendants Ellen Rosenblum, Brad Avakian, Kate Brown, Ben Cannon, Lynne Saxton

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BENJAMIN BARBER,<br><br>    Plaintiff,<br><br>  v.<br><br>MEAGAN VANCE in her personal capacity and ELLEN ROSENBLUM, BRAD AVAKIAN, KATE BROWN, BEN CANNON, LYNNE SAXTON in their official capacity,<br><br>    Defendants. | Case No.  3:16-cv-02105-AC<br><br>STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED PETITION |

  Defendants Ellen Rosenblum, Brad Avakian, Kate Brown, Ben Cannon, Lynne Saxton, and Marie Atwood (to the extent Ms. Atwood remains a defendant), appearing specially and without waiver of any defense, oppose Plaintiff's Motion for Leave to File Amended Complaint (Docket #145) on the grounds that the motion fails to attach a copy of the proposed amended

Page 1 - STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED PETITION
   JBD/ts6/8512629-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

pleading as an exhibit to the motion, as required by LR 15-1(d)(1). The motion should be denied.

DATED October  4 , 2017.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

　　*s/ Jesse B. Davis*
JESSE B. DAVIS #052290
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
jesse.b.davis@doj.state.or.us
Of Attorneys for State Defendants

Page 2 -    STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE
　　　　　　AMENDED PETITION
　　　　JBD/ts6/8512629-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on October  4 , 2017, I served the foregoing STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED PETITION upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Benjamin Barber<br>Bkg. # 17-07936<br>Washington County Jail<br>215 SW Adams MS35<br>Hillsboro, OR 97213-3874<br>    Plaintiff *Pro Se* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ SERVED BY E-FILING |
| Erin K. Olson<br>Law Office of Erin Olson PC<br>2014 NE Broadway St<br>Portland, OR  97232<br>    Of Attorneys for Defendant Vance | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br> X  SERVED BY E-FILING |

           *s/ Jesse B. Davis*
JESSE B. DAVIS #052290
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
jesse.b.davis@doj.state.or.us
Of Attorneys for State Defendants

Page 1 -   CERTIFICATE OF SERVICE
         JBD/ts6/7840993-v2

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000