IN THE DISTRICT COURT OF OREGON

Benjamin Barber

V

meagan vance, The State of Oregon

Motion to Substitute Counsel for the OHA

3:16-CV02105-AC

the oregon health Athority has a new chief officer and petitioner moves the court to Substitute the counsel. I do not know who the new person is at this time.

I ask that Jeff Davis make sure that he is aware of the allegations and he is properly served.

FILED 11 OCT '17 10:36USDC-ORP