IN THE DISTRICT COURT OF OREGON

| | |
|---|---|
| Benjamin Barber | Motion for reconsideration |
| v | Case no. 16-cv-02105 AC |
| Vance, state of oregon | for judge Simon |

The deadline set was October 12th. Barber had an Lay advocate send the DVD contaning the video, another Lay advocate sent the original application sent to this court previously, because he got it directly from the court filings. Further it appears the documents I did send like a memo containing logical formulas "Proofs" does not appear, and documents I did send initially were not sent to you. Also I see there are three law clerks working this case, so I don't really know then who is handling the case the judges or the clerks and therefore who is in error because things dont add up.

I am going to request you personally "take judicial notice"
the Complaint (and dmca filings in april 2015)
↳ "Memorandum in Support of Claim 1"
  ↳ "Claim 1 exhibits" (Judges Copy should be sent to 9th circuit)
Amended objections
memorandum of Logical proofs
Response to dismissal 1, Anti SLAPP 1+2
17 USC 201, 301, 511, 28 USC 1454, 17 USC 506, 18 USC 2319
Lentz v Universal music group 9th cir 2015
Malloney v t3 media inc 9th cir 2017
Davis v United talent agency 9th cir 2017
Heck v humphrey footnote 9
the "act of Congress" excemption of younger v harris
please actually address them and hold oral arguements