IN THE DISTRICT COURT OF OREGON

Benjamin Barber

v.

Vance, State of Oregon

Case No. 16-cv-02105-AC

Take judicial notice of copyright evidence

My associates have sent: a dvd of the videos, a copyright application made in Sept 2016, 2 email receipts for payment of 2 copyrights

I swear on the penalty of perjury that I am the author of the films, made by my camera, in my home, before I was married. I have never transferred my exclusive rights to anyone.

Oct 2 2017        /s/ Ben Barber

the copyright agency asks for 6-10 weeks so I couldnt have the certificate there in time.