FL
6e



**LIBRARY OF CONGRESS**

**COPYRIGHT OFFICE**

101 Independence Avenue, S.E.

Washington, D.C. 20559-6000

Date: September 25, 2017

Benjamin Barber #1707936
Washington County Jail
215 SW Adams MS 35
Hillsboro, OR 97123

\* NOTE: Please mail your check or money order to the following address:

Attn: RR&C
Copyright Office
P O Box 70400
Washington, DC 20024

Or have the fees applied to a credit card at (202) 707-6787; 8:30am - 4:00pm EST.

\*\* You may perform a search at www.copyright.gov for works registered after 1978. If you can provide the registration number, no search fee is necessary.

This is in reply to your request concerning a work entitled (Albino Porn)

| | |
|---|---:|
| Our fee for searching copyright records is $200.00 per hour or fraction thereof with a two (2) hour minimum. ** | $400.00 |
| Our fee for additional certificates of copyright registration is $40.00 each. | $40.00 |
| Our fee for searching to locate and retrieve, if possible, copyright deposits and files is $200.00 per hour or fraction thereof. | $200.00 |
| Our minimum fee for black-and-white photocopies of copyright records (including deposits/recorded documents/correspondence) is $12.00 for the first 24 pages and $0.50 every page thereafter. | $12.00 |

Note: All photocopies are black and white unless color is specifically requested. Our minimum fee for photocopies in color is $12.00 for the first six pages and $2.00 every page thereafter.

| | |
|---|---:|
| Total required to process request(s) | $652.00 |

We acknowledge receipt of $0.00; however, an additional fee of $652.00 is needed to process your request(s). Upon receipt of **$652.00**, we will process your request.

  **Please Provide us with telephone number**
$  **You must return this letter with the required fee within 60 business days or your request will be cancelled.**
$  **Please make all remittances payable to *Register of Copyrights*.**
$  **After the appropriate remittance is received, please allow approximately (8-10 weeks) for the completion of your request.**

Sincerely yours,
DD
**Records Research and Certification Section**
U.S. Copyright Office, LM 453
Washington, DC 20559
(202) 707-6787