IN THE DISTRICT COURT OF OREGON

A Bill of Indictment for meagan vance, Beth Roberts Ellen Rosenblum marie atwood melanie kebler

UNITED STATES COURT
DISTRICT OF OREGON
PORTLAND DIVISION

Andrew Guy Moret                           A BILL OF INDICTMENT
         COMPLAINANT

Meagan Vance, Beth Roberts,
Ellen Rosenblum, Marie Atwood,
Melanie Kebler

    Comes now complainant, bringing this bill of indictment agaist defendants for the reasons stated below, to wit:
    I, Andrew Guy Moret, do posess a license to distribute the copywrited material known as "Albino Porn", my rights to use said license are being violated by defendants. They ordered destruction as well.
    This conspiracy against rights and deprivation of rights - US TITLE CODE 18 241, 242 and 18 USC 2319 copywright infringement, is in direct contravention of my first amendment rights. It is also in violation of 17 USC 201, 301, 506, 511.
    This case is similar to Benjamin Barber v Oregon, et al. 16CV-02105-AC in so far that the copywrited material is the very same "Albino Porn".
    I received said copywright legally by contract from Benjamin Barber, the copywright owner.
    I swear all this to be true.

10-12-17                              Andrew Guy Moret