IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

Benjamin Barber
    Plaintiff

FILED 30 NOV '17 11:11 USDC-ORP

v                          Case No.: 16-cv-02105-AC

Oregon, et al          AMICUS CURIAE
Vance    Defendants

## INTRODUCTION

Amicus Curiae is a latin term meaning "Friend of the court." It is a legal document originating in England that has transcended time to be accepted at any level of litigations in the United States.

Traditionally Amicus Curiae is filed with twenty [20] copies to the court but modern requirements have adopted only a nominal service upon each litigating party.

It is with the utmost respect and dignity possible this Amicus Curiae is being filed with the above styled court. It is in the interest of justice and benefit to the plaintiff that this friend of the court relate the following information. That the vestiges of freedom be illuminated; that

the acquisition of liberty be bolstered; that the transparency of justice be showcased; that the power of free speech be exemplified; that the stuggle for equality continue unhindered; that the love for our great country indemnify us against hate; that the inherent rights of the people be reinforced; that the choice between right and wrong always shine with truth; that the will of the people carry this nation to heights unknown; this document comes to bring clarity, integrity, and purpose to the claims of one standard man. Verily I say:

## BODY

Divorce is a horrible reality. For people who believe in covenant marriage, for soul mates, for even those who chose to elope, the dissolution of marriage can cause pain to last a lifetime.

Many different actions rise from this conflict type. Restraining orders, arrests, custody battles, restitution, and even alimony can all be attributed to failed relationships. The deep seeded resentment fostered against one another in the event of separation can

have a lasting societal impact.

This is generally why such marriages are preceeded by a binding contract. Case law in support of the benefits of such a contract is far too immense to enumerate here, suffice it to say; having a marriage contract is the smart thing to do.

The state of Oregon does not respect contracts. The state of Oregon does not respect the U.S. Constitution. The state of Oregon has literally vacated the rule of law within its borders and has fundamentally decended into anarchy.

Feminism aside, I am a personal victim of Oregon's tyranny. And, I can clearly identify with Mr. Barbers claims against the state of Oregon. Though it appears Mr. Barbers statements are fueled by rage from the sheer volume of evidence submitted in support of his claims, I can with certainty, relate to this court that his accounts and statements of facts are authentic and genuine.

In the original complaint and multiple responses, notices, and filings submitted by Mr. Barber, I have yet to witness any deception. Nor have I seen any purposeful presentment of misinformation. Though, to be

perfectly objective, not everything expressed by Mr. Barber is verifiable. Nevertheless each claim for relief he has stated comes from an established rule of law, except for the revenge porn situation which is truly a recent set of statutes across so many states.

With the integration and advent of the internet comes the moral question of regulation of its harms. Mr. Barbers case literally opens the door for the Federal Government to step in and flex its awesome power. You can understand my surprise at hearing the courts recommendations to dismiss Mr. Barbers complaint.

As an advocate of civil rights I have taken a pesonal interest in this case. I wish to see justice done. Mr. Barber has become emblazoned by the stamp of liberty. He has shown me his true intentions are not to cause undue trouble but to protect free speech for all people everywhere.

Everyone who has an intimate knowledge of this case knows Mr. Barber is fond of broad sweeping references and associations between defendants and their history of misconduct. Most of this information can

be proven from the mere inference of the facts established. However, Mr. Barber has been denied access to the in-jail law library at Washington County Jail (WCJ). So we can all imagine the profuse amount of case law and facts in support of his claims that would accompany his attendance to the WCJ law library. Unfortunately Mr. Barber and a multitude of other inmates at WCJ are all having their right to due process violated by the denial of access to the law library.

We must applaud Mr. Barber for his ability to cite pertinant cases and citations in spite of his living situation. After living in close proximity to Mr. Barber I can also convey with certainty, that he is an upstanding citizen, a patriot of true color, and a man of unquestionable loyalty to our country.

Now, considering Mr. Barber is the true copyright holder to this "Albino Porn" we have all heard so much about, we can safely assume his right to sell or transfer such material falls under the copyright act.

Let us speculate that every female porn star, after shooting intimate scenes,

then changes her mind. The transfer of her intimate images has already taken place. Therefore it is impossible to charge everyone who has transferred her images, and furthermore the contract she signed prevents her from charging anyone with a crime. But since Oregon fails to respect contracts Mr Barber was charged with a crime for literally transferring images that he owns.

    I am aware the U.S Court cannot find or verify proof of copyright ownership by Mr. Barber, except I can personally verify this copyright myself #VAU-001282435, 10/23/2016 case no.: 1-4108648971, 10/25/2016. If the copyright cannot be found at copyright.gov by the court I suggest viewing the video taken by Mr. Barber. He is the clear author in the video as well as the author of the pictures.

    To address the confusion revolving around the evidence sent to the court by Mr. Barber such as, nine 5" inch binders, 1 hard drive, and a laptop. I believe Mr. Barber was convinced the court would scrutinize every single scrap or shred of evidence. I have since informed Mr. Barber of certain

courtroom etiquette required at all stages of proceedings. You must understand where he's coming from.

Honestly, the way Mr. Barber has been treated by Oregon has left me in fear for my life. The corruption in Oregon is so widespread and integrated at every level of government that the people are incapacitated by fear. Access to public information is being refused. Records are hidden and civil servants will lie to your face. Oregon is a madhouse.

Let us suppose that all of Mr. Barbers accusations are true and Oregon is in the clutches of a corrupt "feminazi" governor. She was appointed after the Kitzhaber scandal so we can safely assume her policies are in line with his. Kate Brown has even continued the moratorium on the death penalty in Oregon. I guess she feels the tax payers here can afford to support those condemned to death, indefinately.

We can not, as rational beings, overlook such blatant abuses of power and disregard for ethical considerations. Oregon is using federal grants and tax breaks to support minorities and

Females. And this may seem beneficial in theory, assuming that without such application of funds minorities and women would be sidelined or left out in the cold. But one need only look at the calculable detriments of these Oregon policies to ascertain the underlying problem. Two wrongs don't make a right.

The records of slavery and oppression throughout this nations history serve as a guide for future generations to avoid discrimination and patriarchal totalitarianism. They do not, however, give rise to a slingshot effect or reparations that would unfairly discriminate against the male majority. Oregon seems hell bent on placing women and minorities in the foreground for undeserved benefits, which would be fine if these practices didn't subjugate the rest of the people. The problem is that these repeated misalocations by Oregon have created an aura of entitlement within the welfare population. This also contributes to overall homelessness and a decreased quality of life for all of Oregon.

The compilation of statistical data

need not be presented. Res ipsa loquitor.

Personally, I am a mixed race minority who has had no problem throughout my life being treated equal. And I really don't want any one group or class of people being unfairly raised or lowered on the social scale. This country is supposed to have abandoned sexism and racism years ago. But everyone can agree that the NFL will not be admitting females anytime soon. Nor will the Rainbow Girls be taking male pledges. Fraternity, sorority. Husband, wife. His, hers. We will always be, "separate but equal".

Transexuals cannot change their DNA. And from seeing WCJ employ several transexuals as sherriffs deputies it is a wonder they allow them to strip search both men and women. Whereas the male deputies are confined to strip searching the males and females with females, the transexual officers are given power to search either gender.

Something needs to be done to stem the flow of gender and race inequality, and without a doubt, offering benefits to one group over another is not the way

to do it. Mr. Barber is trying.

Benjamin Barber is doing something great. If he wasn't so adversarial he would be having an easier time at it, thats for sure. See, the trolling and heckling is merely a symptom of the sickness he feels when confronted with the insurmountable monster Oregon.

I have been living with Mr. Barber for over six months and all I can see in him is an ever present desire for freedom. Yes of course we are in jail together, and everyone here wants freedom, I'm just saying that, the mans countenance goes beyond monetary want. He has expressed a true interest in bettering the lives of all Oregonians. He has shown skills as a teacher, a writer, and a scribe all in an effort to tear down the walls of ignorance, for you see, Oregon has the worst recorded access to public information in the country.

So let us not regard him as an annoyance or pest. Let us join in the ongoing fight for free speech. Let us all share in the benefits of school housing equally. Let us converse with one

another openly about these issues. Let us question the retroactive use of "revenge porn" laws. Let us stand firm in our resolve to uphold the U.S. Constitution as the state of Arizona did in striking down its own "revenge porn" laws. Let us face a new dawn of American freedom not ever felt by any nation in the world. And together... we are free. Thank you.

### SUMMARY

Mr. Barber is the copyright owner of "Albino Porn".
Washington County Oregon is a menace.
Corruption is rampant in Oregon.
Defendants have conspired against Mr. Barber.
U.S. Government needs to step in and provide relief.
This case should be handled without going to appeal.
Thank you ladies and gentlemen of the court.

*[signature]* #15-12458
Andrew Guy Moret
215 SW ADAMS MS 35
Hillsboro, OR 97123 3874