**Erin K. Olson, OSB 934776**
eolson@erinolsonlaw.com
Law Office of Erin Olson, P.C.
2014 N.E. Broadway Street
Portland, OR 97232-1511
Telephone 503-546-3150
Fax 503-548-4435

Attorney for Defendant Vance

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BENJAMIN BARBER,<br><br>    Plaintiff,<br><br>v.<br><br>MEAGAN VANCE, STATE OF OREGON, *et al*,<br><br>    Defendants. | Case No.: 3:16-cv-02105-AC<br><br><br><br><br>**DEFENDANT MEAGAN VANCE'S MOTION TO SEAL DOCKET #278** |

### L.R. 7-1 CERTIFICATE

Pursuant to L.R. 7-1(a)(1)(C), defendant Vance's undersigned counsel certifies that plaintiff is a prisoner and is not represented by counsel, and therefore, conferral on this motion is not required.

### MOTION

Defendant Meagan Vance respectfully moves this Court pursuant to LR 3-7(d) to seal Docket #278, plaintiff's "Amended Complaint," which contains a litany of references to private, protected matters involving Ms. Vance and numerous others who are identified by name.  While defendant Vance certainly disputes the truth and accuracy of the assertions in the "Amended Complaint," whether true or not, the document purports to report information that is private

**PAGE 1 – DEFENDANT MEAGAN VANCE'S MOTION TO SEAL DOCKET #278**

and/or privileged, and which should not be in the public record.  Only the parties to this litigation should be permitted to access the Amended Complaint.

Dated:  April 19, 2018

s/ Erin K. Olson  
Erin K. Olson, OSB 934776  
Attorney for Defendant Meagan Vance

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing document on the following by CM/ECF System Transmission (AAG Davis) and prepaid, first-class mail (plaintiff):

Benjamin Barber, Booking No. 1707936
Washington County Jail
215 SW Adams Avenue, MS 35
Hillsboro, OR  97123-3874

Jesse B. Davis
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
jesse.b.davis@doj.state.or.us

Dated:  April 19, 2018.

s/ Erin K. Olson_____
Erin K. Olson

**PAGE 3 – DEFENDANT MEAGAN VANCE'S MOTION TO SEAL DOCKET #278**