In the US District Court in the District of Oregon

Benjamin Barber
vs
Pat Garrett, et al

Case no 18CV-02105-AC
Affadavit in support of Emergency Restraining Order

FILED 11 OCT '18 10:34 USDC-ORP

Plaintiff swears under the penalty of purjury as follows: The attached photo copy request and kites are authentic documents from Washington County Jail

Plaintiff has until Nov 9th to refile a Post Conviction relief that the Oregon Appeals Court said was dismissed without prejudice, and which requires 2 copies to be filed

Plaintiff is attempting to file a federal class action habeas corpus, which also requires 2 copies to be filed

Plaintiff has had to trade his food to inmates in exchange for envelopes to file legal mail.

Plaintiff has been denied extra postage and photo copies, and phone calls to the apellate PCR attorney based on his inability to pay for these services.

Plaintiff has approximately 6 weeks to file a writ of certiorari from the State Supreme Court, and the jail refuses to allow him to comply with filing rules.

Date                PAGE 1         Ben Barber

Multnomah County Court sent a notice that plaintiff shall contact the chambers of judge Whittamore, but the County jail does not allow phone calls toll free

Plaintiffs appeal of Post Conviction Relief had resulted in a Rule 71 motion by apellate counsel 2 months ago and it appears that no action has been taken, because Plaintiff hasn't recieved any updates, however plaintiff cannot call the apellatte attorney or the Court to find out.

Plaintiff is appealing a circuit Court habeas Corpus, and has not had enough envelopes to serve all parties, resulting in delays and notices of default by not following rules.

Plaintiff is only given 1 hour a week in the jail law library, which doesn't contain any federal rules of civil procedure or rules of evidence, or any federal reporters or shepherds. More over the state westlaw books are missing diccennial digests which have a great deal of habeas Corpus information and free speech information I seek. The jail offers a photocopy by citation system which is ineffective without a federal shepherds or other means of research.

Plaintiff has been given an oregon e-courts notice of signed document telling him to go online to view it, which he is unable to, and the washington County Courts will not provide him those documents free of charge

Date 10-06-18           PAGE2           Ben Barber

# INMATE REQUEST / PETICION DE PRESO

*Refer to your inmate manual for instructions on the use of this form. Use a Health Care Request form if your request is health related. For sentenced inmates, use a Release Date Request form for a time computation of your release date.*

*Mire en su manual de preso para saber sobre el uso de este formulario. Use el formulario de petición de cuidado médico si su petición tiene que ver con su salud. Use el formulario de Petición de fecha de salida para pedir un cálculo de su fecha de salida.*

**Name** (Last, First, Middle): Barber, Benjamin J
**Booking #:** 17-07936
**JID #:** 7883170
**Pod:** 8

## For Social Visitor Changes

(blank)

## For School Support

(blank)

## Other Request / Otra petición

Telmate

I need to contact my Attorney O'conner Weber LLC about an appeal but do not have money to contact him. Please render his office number Toll free it is 503 226 0923

**Inmate Signature:** X Ben Barber
**Date:** 09-06-18

## Staff Reply

O'connor Weber needs to request this themselves in writing. However, at this time, they do not qualify for a speed dial number. In order for you to make free calls to them, they will need to supply you with a number to call collect.

**Signature:** SBrown
**Title or Unit:** Jail Admin
**DPSST #:** EU340
**Date:** 9/10/18

**Send to:** ☒ Return to inmate

WCJ-12 (v. 3/14)

# INMATE REQUEST / PETICION DE PRESO

*Refer to your inmate manual for instructions on the use of this form. Use a <u>Health Care Request</u> form if your request is health related. For sentenced inmates, use a <u>Release Date Request</u> form for a time computation of your release date.*

*Mire en su manual de preso para saber sobre el uso de este formulario. Use el formulario de petición de cuidado médico si su petición tiene que ver con su salud. Use el formulario de <u>Petición de fecha de salida</u> para pedir un cálculo de su fecha de salida.*

**Name** (Last, First, Middle) / Nombre (apellidos, primero, segundo): Barber, Benjamin J
**Booking #** (Número de registro): 17-07936
**JID #** (Número de sistema): 7883170
**Pod** (Pabellón): 4

## For Social Visitor Changes / Cambios de Visitante Social

[blank visitor entry fields]

## For School Support / Para colaboración con la escuela

[blank school support fields]

## Other Request / Otra petición

PS see attached money release form, and kite

Michael Forker agreed to pay for my legal mail because I don't have any money, moreover I have a WCJ issued Debit card that WCJ gave me in 2016 that had funds that expired in 3/18, and I don't know why these aren't used for legal mail

**I gave this form to Deputy:** Rohman

**Inmate Signature:** X Ben Barber
**Date:** 3-10-18
**Time:** 8:30pm

## Staff Reply

We will not allow another inmate to pay for your legal mail. There is no money release form attached to this.

**Send to:** ☑ Jail Admin

**Signature:** SBrown
**DPSST #:** E4340
**Date:** 3/12/18
**Title or Unit:** Jail Admin

☑ Return to inmate

WCJ-12 (v. 3/14)

# INMATE REQUEST / PETICION DE PRESO

*Refer to your inmate manual for instructions on the use of this form. Use a Health Care Request form if your request is health related. For sentenced inmates, use a Release Date Request form for a time computation of your release date.*

*Mire en su manual de preso para saber sobre el uso de este formulario. Use el formulario de petición de cuidado médico si su petición tiene que ver con su salud. Use el formulario de Petición de fecha de salida para pedir un cálculo de su fecha de salida.*

**Name** (Last, First, Middle): Barber, Benjamin J
**Booking #:** 17-07936
**JID #:** 788370
**Pod:** 8

## For Social Visitor Changes

(Visitor information blocks — not filled in)

## For School Support

(School support blocks — not filled in)

## Other Request

County law library request

I am looking for federal reporters cases with the statute(s) 17 USC 201 and 17 USC 511, I am also looking for the legislative tracings for those laws.

**I gave this form to Deputy:** Bingham
**Inmate Signature:** Ben Barber
**Date:** 06-20-18
**Time:** 8:00 PM

## Staff Reply

You need to be very specific on the cases you need. The County law library will only provide exact cases you wish to have copied.

**Signature:** SBlaun
**Title or Unit:** Jail Admin
**DPSST #:** E4360
**Date:** 6/29/18

☒ **Return to inmate**

WCJ-12 (v. 3/14)