In the US District Court for the District of Oregon

| Benjamin Barber | Cross file in 18CV1870-AC |
| vs | Case no 16CV02105 AC |
| Vance, etal | Exhibits |
| | (Attach to Objections to Acostas IF &12 and |

| | |
|---|---|
| 1-4 | Docket for 18CV00855-AC: Showing multiple parties not wanting to challenge ORS163.472 and related laws |
| 4 | IFP not processed |
| 5 | Inmate balance sheet: Showing IFP, placed in prison mail box on 06/20/18, and paid on 06/21/18 for 18CV00855-AC |
| 6 | Washington County time computation: Showing Habeas Corpus and Post conviction relief will be moot on 12/15/18 |
| 7 | Jail photocopy request: Jail will not photocopy Habeas Corpus or Post conviction, to comply with filing requirements |
| 8-9 | Washington County will not process Post conviction Relief |
| 10-11 | Appellate PCR Attorney stating Washington County will not issue relief from judgement, and habeas corpus cannot be used to challenge validity of state statute |
| 12-13 | Appellate PCR Attorney informing court relief from judgement has been waiting 60 days |
| 14-24 | PCR attempted to file on 10/15/2018 |
| 25-26 | PCR attorney motion to withdraw Jan 29 2017 |
| 27 | Interference with access to courts on 02/14/18 |
| 28-34 | example of "Access to the Court" via lay advocates |
| 35 | Copy of Grievance - denial of legal mail from friend. |
| 36-42 | Kopimism Religion and relation to ORS163.472 |
| 43 | Acosta refuses to give Judge Simon Copy right evidence |
| 44 | Cannot get ORS Annotated 31.150 / 163.472 or go to law library |

Date 11/02/18                    Ben Barber

# U.S. District Court
## District of Oregon (Portland) (3)
## CIVIL DOCKET FOR CASE # 3:18−cv−00855−AC

Barber et al v. Oregon et al
Assigned to: Magistrate Judge John V. Acosta
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/15/2018
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Benjamin Jay Barber**

represented by **Benjamin Jay Barber**
17−07936
Washington County Jail
215 SW Adams MS33
Hillsboro, OR 97123−3874
Email:
PRO SE

**Plaintiff**

**Andrew Guy Moret**

represented by **Andrew Guy Moret**
15−12458
Washington County Jail
215 SW Adams MS33
Hillsboro, OR 97123−3874
Email:
PRO SE

**Plaintiff**

**Jay David Leatherwood**

represented by **Jay David Leatherwood**
18−03978
Washington County Jail
215 SW Adams MS33
Hillsboro, OR 97123−3874
Email:
PRO SE

**Plaintiff**

**Chad Dykehouse**

represented by **Chad Dykehouse**
18−06222
Washington County Jail
215 Adams MS33
Hillsboro, OR 97123
Email:
PRO SE

V.

**Defendant**

**Oregon**
*Attorney General*

**Defendant**

**Alabama**
*Attorney General*

**Defendant**

**Arkansas**
*Attorney General*

**Defendant**

**California**
*Attorney General*

**Defendant**

**Colorado**
*Attorney General*

**Defendant**

**Conneticut**
*Attorney General*

**Defendant**

**District of Columbia**
*Attorney General*

**Defendant**

**Florida**
*Attorney General*

**Defendant**

**Illinois**
*Attorney General*

**Defendant**

**Louisiana**
*Attorney General*

**Defendant**

**Maine**
*Attorney General*

**Defendant**

**Minnesota**
*Attorney General*

**Defendant**

**Nevada**
*Attorney General*

**Defendant**

**New Hampshire**
*Attorney General*

**Defendant**

**New Mexico**
*Attorney General*

**Defendant**

**North Carolina**
*Attorney General*

**Defendant**

**North Dakota**
*Attorney General*

**Defendant**

**Oklahoma**
*Attorney General*

**Defendant**

**Pennsylvania**
*Attorney General*

**Defendant**

**Texas**
*Attorney General*

**Defendant**

**Utah**
*Attorney General*

**Defendant**

**Vermont**
*Attorney General*

**Defendant**

**Virginia**
*Attorney General*

**Defendant**

**Washington**
*Attorney General*

**Defendant**

**West Virginia**
*Attorney General*

**Defendant**

**Wisconsin**
*Attorney General*

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2018 | 1 | Application for Leave to Proceed IFP. Filed by Benjamin Jay Barber. (joha) (Entered: 05/16/2018) |
| 05/15/2018 | 2 | Complaint. Jury Trial Requested: No. Filed by Andrew Guy Moret, Benjamin Jay Barber, Jay David Leatherwood against All Defendants (Attachments: # 1 Attachment, # 2 Civil Cover Sheet). (joha) (Entered: 05/16/2018) |
| 05/15/2018 | 3 | Motion for Appointment of Counsel. Filed by Benjamin Jay Barber. (joha) (Entered: 05/16/2018) |
| 05/16/2018 | 4 | **Notice of Case Assignment:** This case is assigned to Magistrate Judge John V. Acosta. (joha) (Entered: 05/16/2018) |
| 05/16/2018 | 5 | Clerk's Notice of Mailing to Benjamin Jay Barber, Jay David Leatherwood and Andrew Guy Moret regarding Notice of Case Assignment 4 . (joha) (Entered: 05/16/2018) |
| 05/22/2018 | 6 | **ORDER:** The Application to Proceed In Forma Pauperis 1 is DENIED. Plaintiff may file an amended application curing the deficiency within 30 days of the date of this order. The amended application must bear the Civil No. 3:18−cv−00855−AC. Plaintiff |

| | | |
|---|---|---|
| | | is advised that failure to file an amended application will result in the dismissal of this proceeding. Signed on 5/22/18 by Judge Marco A. Hernandez. (Mailed order and IFP Application to Benjamin Barber) (Mailed order to other plaintiffs) (dsg) (Entered: 05/24/2018) |
| 05/25/2018 | 7 | Mail Returned − Undeliverable: Case Assignment Notice 4 sent to Andrew Guy Moret returned as undeliverable. (joha) (Entered: 05/25/2018) |
| 06/04/2018 | 8 | Mail Returned − Undeliverable: Order on motion/application for leave to proceed ifp,, 6 sent to Andrew Guy Moret returned as undeliverable. (kms) (Entered: 06/05/2018) |
| 06/08/2018 | 9 | Amended Complaint. Filed by Benjamin Jay Barber, Chad Dykehouse against Alabama, Arkansas, California, Colorado, Conneticut, District of Columbia, Florida, Illinois, Louisiana, Maine, Minnesota, Nevada, New Hampshire, New Mexico, North Carolina, North Dakota, Oklahoma, Oregon, Pennsylvania, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin. (dsg) (Entered: 06/11/2018) |
| 06/08/2018 | 10 | Memorandum in Support of Amended Complaint 9 . Filed by Benjamin Jay Barber. (Related document(s): Amended Complaint, 9 .) (dsg) (Entered: 06/11/2018) |
| 06/08/2018 | 11 | Motion for Appointment of Counsel. Filed by Benjamin Jay Barber. (dsg) (Entered: 06/11/2018) |
| 06/08/2018 | 12 | Motion to Certify the Class. Filed by Benjamin Jay Barber. (dsg) (Entered: 06/11/2018) |
| 06/08/2018 | 13 | Motion to Order Service by US Marshall. Filed by Benjamin Jay Barber. (dsg) (Entered: 06/11/2018) |
| 06/08/2018 | 14 | Memorandum of law in Support of Plaintiffs Motion for Temporary Restraining Order and Preliminary Injunction. Filed by Benjamin Jay Barber. (Attachments: # 1 Proposed Order) (dsg) (Entered: 06/11/2018) |
| 06/26/2018 | 15 | Application for Leave to Proceed IFP. Filed by Benjamin Jay Barber. (dsg) (Entered: 06/27/2018) |
| 06/26/2018 | 16 | Reply to Judge's Order. Filed by Benjamin Jay Barber. (Related document(s): Order on motion/application for leave to proceed ifp,, 6 .) (dsg) (Entered: 06/27/2018) |
| 07/13/2018 | 17 | Motion for Leave Amend Complaint. Filed by Benjamin Jay Barber. (dsg) (Entered: 07/16/2018) |
| 07/13/2018 | 18 | Memorandum in Support of Motion to Appoint Counsel 11 . Filed by Benjamin Jay Barber. (Related document(s): Motion to Appoint Counsel 11 .) (dsg) (Entered: 07/16/2018) |
| 07/25/2018 | 19 | Memorandum in Support of Motion to Appoint Counsel 11 . Filed by Benjamin Jay Barber. (Related document(s): Motion to Appoint Counsel 11 .) (joha) (Entered: 07/25/2018) |
| 07/25/2018 | 20 | Memorandum in Support of Class Action Certification 12 . Filed by Benjamin Jay Barber. (Related document(s): Motion to Certify Class 12 .) (joha) (Entered: 07/25/2018) |
| 08/08/2018 | 21 | Memorandum in Support of Motion to Appoint Counsel. Filed by Benjamin Jay Barber. (Related document(s): Motion to Appoint Counsel 11 .) (rs) (Entered: 08/09/2018) |
| 08/08/2018 | 22 | Motion to Compel Service by U.S. Marshal's Office Filed by Benjamin Jay Barber. (rs) (Entered: 08/14/2018) |

# Resident Account Summary

Transactions from 03/18/2018 to 09/18/2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 12:29:54 PM | | | Aggregate | | | |
| 7/20/2018 12:29:13 PM | Copy Charge | 29 Pages | Receivable Aggregate | $3.30 | $0.00 | **$139.64** |
| 7/20/2018 12:28:07 PM | Copy Charge | 72 Pages | Receivable Aggregate | $7.60 | $0.00 | **$136.34** |
| 7/18/2018 6:45:03 AM | Indigent Commissary Purchase | Indigent Charge for Order 100006753 | Receivable Aggregate | $2.97 | $0.00 | **$128.74** |
| 7/16/2018 10:06:28 AM | Postage Charge | Manila Envelope to Oregon Supreme Court 14.45ozs | Receivable Aggregate | $6.70 | $0.00 | **$125.77** |
| 7/16/2018 10:03:32 AM | Postage Charge | Manila Envelope to Sheriff Pat Garrett 11.40ozs | Receivable Aggregate | $3.31 | $0.00 | **$119.07** |
| 7/16/2018 10:01:11 AM | Postage Charge | Manila Envelope to Oregon Attorney General 2.50ozs | Receivable Aggregate | $1.42 | $0.00 | **$115.76** |
| 7/13/2018 9:21:50 AM | Copy Charge | 55 Pages | Receivable Aggregate | $5.90 | $0.00 | **$114.34** |
| 7/11/2018 6:19:27 AM | Indigent Commissary Purchase | Indigent Charge for Order 100006215 | Receivable Aggregate | $2.93 | $0.00 | **$108.44** |
| 7/9/2018 9:16:04 AM | Copy Charge | 192 Pages | Receivable Aggregate | $19.60 | $0.00 | **$105.51** |
| 7/3/2018 6:59:34 AM | Indigent Commissary Purchase | Indigent Charge for Order 100006142 | Receivable Aggregate | $2.97 | $0.00 | **$85.91** |
| 6/27/2018 7:01:31 AM | Indigent Commissary Purchase | Indigent Charge for Order 100005798 | Receivable Aggregate | $2.97 | $0.00 | **$82.94** |
| 6/21/2018 3:32:22 PM | Postage Charge | Manila Envelope to United States Courthouse 9.55ozs | Receivable Aggregate | $2.89 | $0.00 | **$79.97** |
| 6/20/2018 8:44:40 AM | Postage Charge | Manila Envelope to Attorney General 10.30ozs | Receivable Aggregate | $3.10 | $0.00 | **$77.08** |
| 6/20/2018 8:43:46 AM | Postage Charge | Manila Envelope to Oregon Supreme Court 10.45ozs | Receivable Aggregate | $3.10 | $0.00 | **$73.98** |
| 6/20/2018 6:40:24 AM | Indigent Commissary Purchase | Indigent Charge for Order 100005332 | Receivable Aggregate | $2.97 | $0.00 | **$70.88** |
| 6/18/2018 8:49:19 AM | Copy Charge | 252 Pages | Receivable Aggregate | $25.60 | $0.00 | **$67.91** |
| 6/18/2018 8:47:45 AM | Pay: Copies Charge | Pay: 6/18/2018 10:47:45 AM - Copy Charge - 16 Pages | Trust | ($1.58) | **$0.00** | $42.31 |
| 6/18/2018 8:47:45 AM | Pay: Copies Charge | Pay: 6/18/2018 10:47:45 AM - Copy Charge - 16 Pages | Receivable Aggregate | ($1.58) | $1.58 | **$42.31** |





# Washington County Jail
# Time Computation Report

Date:  **10/24/2018**                              Booking Number:  **1707936**

This has been completed for:   **BARBER,BENJAMIN JAY**

Case Number:  **16CR46339**        Charge:  **PROBATION VIOLATION**
Count #:        3                  *Orig Charge:*  UNLAW DISSEMINTATION OF INTIMATE
                                                   IMAGE MISD

Credit for Time Served:
Mandatory Release Date:   **04/13/2019**
Sentence date plus sentence minus credit in pretrial status.

Good Time Credit:                **72**    **Eligible Per Judge's Order**
(See Inmate Manual for credit ranges.  A jail command officer may take away days with a disciplinary sanction.)

Consecutive to Charge # 1


*Scheduled Release Date:   **01/31/2019**
(Any good-time credit is subtracted but no work credit is applied.)

 * Add Credits for:
    Programs            47  Credit stopped



**\*Earliest Projected Scheduled Release Date:**   |  **12/15/2018**

Based on the minimum number of work credits that can be earned.  (See Inmate Manual for credit ranges.).  Additional credit of more than 1 for 30 days is subject to jail staff approval.

*All types of scheduled release dates are projected.  They can change anytime based on the inmate's behavior and involvement in work-credit qualifying activities.*

Reference: WCSO Policy J-6-11, Time Computation

# PHOTOCOPY REQUEST

For jail staff to make a photocopy for you, you must have a <u>legitimate</u> <u>need</u> for the copy and you must not have other means to make a copy, such as making a copy by hand or mailing the material out to have someone make a copy for you. Jail staff may not approve a request for photocopies. If the request is for a copy of legal reference materials that you can read and even copy by hand, your request normally will not be approved.

The jail will charge you the same fee as the public pays for a County staff member to make photocopies of materials (other than inmate records or criminal reports). The fee is $0.50 for the first page and $0.10 for each additional page. (Inmate records and criminal reports have a different fee, which is higher and cannot be requested using this form.) You must have sufficient funds in your account to pay the fee; a jail command officer may make exceptions for an indigent inmate who needs copies of legal materials.  Jail staff will deduct the money from your inmate account no matter your status.

You must send requests for copies to the Jail Administration office. You must provide the information listed below. If there is any information missing, staff will not approve the request.

Name: _Benjamin Barber_

JID #: _7883170_    Booking # _17-07936_    Pod _8_    Account Balance: _____

What do you want copied? _A class action habeas corpus with 45 computer printed pages including Habeas Corpus Forms; Informa Pauperis; inmate balance_

Number of Pages: **140**    Number of Copies _____    | *Staff Use Only*: Total Number of Pages: _____

Why do you want it copied? _To be released from unlawful incarceration challenging the Constitutionality of ORS163.472 See Ali v Ashcroft 346 F3d 873; 890   Please return signed this time._

**For Legal Materials:**

What case? (*Give title and number*): _Benjamin Barber, Jay David Leatherwood, Taycob Patrick Holten vs Pat Garrett_

What court are you going through? _US District Court of Oregon_

What type of matter (appeal, writ, etc.)? _Writ of Habeas Corpus_

Are you represented by counsel?   (*Circle one*)    Yes    (No)

X _Ben Barber_                    _09-25-18_
   Inmate Signature                  Date

| Staff Use Only | |
| --- | --- |
| First page | $  0.50 |
| Add'l pages _____ X $0.10 = | _____ |
| Total cost | $ _____ |

> ## Pod Deputy: Send to Jail Administration

**Jail Command Officer Response:**    ☐ Approved    ☒ Not Approved

_Your request is denied. You do not have money on your account. Your request also contains legal paperwork for other inmates. You cannot make copies of other inmates paperwork._

_S Brown E4360   9/28/18_
Signature / DPSST # / Date

**WASHINGTON COUNTY CIRCUIT COURT**
150 N. 1ˢᵗ Avenue
Hillsboro, Oregon 97124
(503) 846-8888
(503) 846-4863 TTY
For ADA accommodations, call (503) 846-8767

October 23, 2018

Benjamin Barber
Booking #1707936
215 SW Adams MS 35
Hillsboro, OR 97123

Re: Attached motion

The attached documents are being returned to you for the following reason(s):

☐    No filing fee enclosed.  Please resubmit with $_____.

☐    Incorrect filing fee.  Please resubmit with $_____.

☐    Signature missing on check.

☐    Incorrect payee - should be STATE OF OREGON.

☐    Personal checks are not accepted.

☐    Pleading must be on 8 ½ " x 11" paper.

☐    Incorrect case number.

☑    **Case number missing.**

☐    Not a Washington County Court case number.

☐    A Petition for Removal to the US District Court has been filed in this case.  All further
        pleadings must be filed with the US District Court.

☐    The Return; proof of service is not an original document.

☐    The Return; proof of service does not have the original summons attached.

☐    Other:

TLK

**WASHINGTON COUNTY CIRCUIT COURT**
150 N. 1ˢᵗ Avenue
Hillsboro, Oregon 97124
(503) 846-8888
(503) 846-4863 TTY
For ADA accommodations, call (503) 846-8767

October 23, 2018

Benjamin Barber
Booking #1707936
215 SW Adams MS 35
Hillsboro, OR 97123

Re: Attached petition for PCR

The attached documents are being returned to you for the following reason(s):

☐  **No filing fee enclosed.  Please resubmit with $265.00.  A PCR case may be filed by
    only 1 petitioner and signed by that petitioner.**

☐  Incorrect filing fee.  Please resubmit with $_____.

☐  Signature missing on check.

☐  Incorrect payee - should be STATE OF OREGON.

☐  Personal checks are not accepted.

☐  Pleading must be on 8 ½ " x 11" paper.

☐  Incorrect case number.

☐  Case number missing.

☐  Not a Washington County Court case number.

☐  A Petition for Removal to the US District Court has been filed in this case.  All further
    pleadings must be filed with the US District Court.

☐  The Return; proof of service is not an original document.

☐  The Return; proof of service does not have the original summons attached.

☐  Other:

TLK



**O'CONNOR**
**WEBER** LLC
ATTORNEYS AT LAW

1500 SW First Avenue, Suite 1090
Portland, Oregon 97201
Phone: 503-226-0923
http://oconnorweber.com

October 10, 2018

Benjamin Barber, SID# 17474177
Booking #17-07936
215 SW Adams St MS-33
Hillsboro, OR 97124

*Re:    Habeas Appeal*
*Washington County Case No. 18CV21272*
*Court of Appeals Case No. A168163*

Mr. Barber:

I am writing in response to two postcards I recently received from you. It is my
understanding that the post-cards relate to the post-conviction case that I represent you
in as opposed to the habeas case. That status of your post-conviction case is that it will have
been 60 days that the rule 71 motion that I filed has been pending on the Washington
County Circuit Court. Previously, I informed that court that your appeal is being held in
abeyance pending the trial court's decision on the rule 71 motion. This Saturday, will be
the 60th day that the motion has been pending. I have drafted a notice to the court
pursuant to UTCR 2.030 that I intend to file this Friday – if the trial court has not ruled on
the motion by then.

To be clear, if the motion is granted then the court will hopefully provide you with
substitute counsel so that you can litigate the merits of your claims. You can try to file a
successive petition now, but the court will charge you a filing fee for a successive petition.
As compared to if the court grants your rule 71 motion you have already paid a filing fee in
that case.

With regard to the habeas case that I have been appointed to represent you on. I have now
had a chance to review the petition that you filed and the judgment (there is no transcript
and I don't yet have the trial court file). Based on my review of those two documents it
appears that you are seeking relief based on your conclusion that ORS 163.472 is
unconstitutional. Assuming for the sake of argument that you are correct and ORS
163.472 is constitutional, that is not a state habeas claim, rather, that is a claim that could
only be raised in post-conviction proceedings. State habeas relief is only for two purposes,
if you are being unlawfully held in custody or if the conditions of your confinement violate
the state or federal constitutions. In contrast ORS 138.530 sets out the types of claims
that may be raised in post-conviction relief. A claim that the a statute is unconstitutional
would likely fall under ORS 138.530(1)(a) or subsection (d) ("Unconstitutionality of the
statute making criminal the acts for which petitioner was convicted."). In short, based on
what I know now, it appears that the trial court correctly dismissed your habeas petition
without prejudice. Put differently, I have not as yet identified any potentially meritorious

1

issue to appeal in the habeas case.  I will let you know of my final assessment once I obtain a copy of the trial court file.

Sincerely,

S/ Jason Weber

Jason Weber

1

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

2

**IN THE COUNTY OF WASHINGTON**

3

| | |
|---|---|
| BENJAMIN BARBER, aka Benjamin Jay Barber, | Washington County Circuit Court Case No. 17CV44670 |
| Petitioner, | CA A167498 |
| v. | Notice to Court |
| PAT GARRETT, Sheriff, Washington County, | |
| Defendant. | |

4

5

6

7

8

9

10

11

12

**NOTICE TO COURT**

Pursuant to Uniform Trial Court Rule (UTCR) 2.030, I am writing to inform this court that the joint rule 71 motion filed on August 13, 2018, will have been pending for 60 days as of Saturday, October 13, 2018. UTCR 2.030 provides in part: "(1) If any judge shall have any matter under advisement for a period of more than 60 days, it shall be the duty of all parties to call the matter to the court's attention forthwith, in writing."

13

14

15

16

17

18

DATED October 12, 2018.

19

Respectfully submitted,

20

/s/ Jason Weber

21

Jason Weber, OSB No. 054109
O'Connor Weber LLC
1500 SW 1st Avenue, Suite 1090
Portland, OR 97201
jason@oconnorweber.com
(503) 226-0923
Attorney for Petitioner
Benjamin Barber, a.k.a.
Benjamin Jay Barber

22

23

24

25

26

27

Page 1 – NOTICE TO COURT

O'Connor Weber LLC
1500 SW First Avenue, Suite 1090
Portland OR 97201
(503) 226-0923

# CERTIFICATE OF SERVICE

1

2      I certify that on October 12, 2018, I electronically filed and served via U.S. Mail the foregoing

3  Notice to Court hereto by addressed to the following:

4      Ms. Rayney Meisel         Washington County Circuit Court

5      Washington County DA's Office    150 N 1st Avenue MS37
    150 N 1st Ave Ste 300 MS40      Hillsboro, OR 97124

6      Hillsboro OR  97124

7      Benjamin Barber, a.k.a. Benjamin Jay Barber
    SID #17474177

8      Washington County Jail
    215 SW Adams MS 33

9      Hillsboro, OR 97123

10

11      DATED October 12, 2018.

12                         Respectfully submitted,

13                         /s/ Jason Weber

14                         Jason Weber, OSB No. 054109
                       O'Connor Weber LLC

15                         1500 SW 1st Avenue, Suite 1090
                       Portland, OR 97201

16                         jason@oconnorweber.com

17                         (503) 226-0923
                       Attorney for Petitioner

18                         Benjamin Barber, a.k.a.
                       Benjamin Jay Barber

19

20

21

22

23

24

25

26

27  Page 2 –NOTICE TO COURT

PAGE1

In the circuit court of oregon for the county of washington

In the matter of

Benjamin Barber
Jay David Leatherwood
Jaycob Patrick Holton
Petitioners
vs

Pat Garrett, Sheriff
Defendant

Caseno

Petition for Post Conviction Relief
ORS 138.510 - ORS 138.680

2

1

Comes now the petitioners, pro-se, to petition this court for post conviction relief pursuant to ORS 138.510 et seq, to be released from imprisonment and confinement and to expunge their conviction from their criminal record.

2

Petitioners have all been convicted of statute ORS 163.472 which is an unconstitutional statute violating the first amendment of the US Constitution, and preempted by 17 USC §301 of the copyright act and 47 USC §230 of the Communications decency act. "Any content or viewpoint based restriction of speech is presumptively invalid, and the government bears the burden to rebut the presumption" United States v. Playboy 529 US 803, 817.

3

Either the images are provided by another person, and 47 USC §230 provides immunity, and for the person who took the picture, ORS 163.472 creates equivalent rights to those under copyright under 17 USC §301. Or the images belong to the plaintiff, and they are immune under 17 USC §301, and the government is still creating rights equivalent to copyright under 17 USC §301. In addition to violating the first amendment in any case.

PAGE 1

4

Petitioners are imprisoned by virtue of a judgement and sentence in the Washington County Circuit Court

(i) The State of Oregon vs Benjamin Barbor Case no 16CR46539 on November 9th 2016 by Judge Roberts

(ii) The State of Oregon vs Jay David Leatherwood (Case no 16CR50631 on October 26th 2016 by Judge Erwin

(iii) The State of Oregon vs Jacob Patrick Holten Case no 18CR44340 on July 11th by Judge Hunsakker where the petitioners were sentenced to a period of

(i) 6 months of jail and 4 years of probation
(ii) 6 months of jail and 3 years of probation
(iii) 5 months of jail and no probation

Petitioner Barbor filed a post conviction relief 17CV44670 and was initially represented by Joe Weiner who also filed a motion to withdraw as counsel for a conflict of interest. Before this court granted a motion to dismiss. The case was appealed to the Oregon court of Appeals. In case no A167498 where the court of appeals commissioner said the dismissal was without prejudice because petitioner was not at the hearing and was not represented by counsel. Barbor and Leatherwood filed a post conviction relief 18CV19334, however Judge Erwin said it was not properly before the court because of the current appeal in A167498. There fore petitioners have not had a chance to have the case judged on its merits and have just had had a chance to complete discovery, and the petition should be reviewed denovo by the court.

PAGE 3

6

MR Barber was represented at trial by Cameron Taylor
MR Leatherwood was represented at trial by Ted Occialino
MR Holton was represented at trial by Cassidy Rice.
Cameron Taylor, Ted Occialino, Cassidy Rice are all
employed by Metropolitan Public defenders
MR Barber was represented by Ton Weiner at PCR

7

MR Barber was convicted after a jury trial after a
breakdown in attorney client relationship, Leatherwood
took an unintelligent plea, Holten took an illusory and
unintelligent plea and filed a motion of arrest judgement

8

At the present time petitioners are unable to retain
Counsel or pay the filing fee and seek a deferral or
waiver of the filing fees.

9

The petition is timely because it is being entered within
2 years of the date of the judgement in trial court.

10

The petitioner believes that the Conviction, Sentence,
and the proceedings described above was, and is,
Illegal, and they were denied their rights under ORS
138.530, based on the following claims for relief.

11

First claim for relief: ORS 163.472 violates the 1st
Amendment to the US Constitution, and Article 1 section 8
of the Oregon Constitution because it is a content and
View point based restriction of speech and prior restraint.

PAGE 3

12

Second claim for relief: ORS 163.472 is impermissably vauge and overbroad as to it's application, because it impermissably chills protected speech and is applied on an ad hoc basis

13

third claim for relief ORS 163.472 violates Article VI cl.2 of the US Constitution, because congress explicitly and completely precmpted it with 17 USC §301(e), 301(a) and 47 USC §230

14

fourth claim for relief: ORS 163.472 violates the due process clause of the fourteenth amendment, because it applies a strict liability or a "reasonable person" scienter or mens rea

15

Fifth claim for relief: ORS 163.472 violates Article 1 section 8 cl.3 the commerce clause, by regulating and burdening interstate commerce where Congress has acted

16

Sixth claim for relief: ORS 163.472 violates the taking clause of the 5th Amendment of the US Constitution, And Article 1 section 18 of the Oregon Constitution, by taking intellectual property recognized under national and international law, from the author and gives it to another person

17

Seventh claim for relief: ORS 163.472 violates the Contract Clause in Article 1 section 10 of the US Constitution and Article 1 section 21 of the Oregon Constitution, Because the language of "does not consent" in the statute superseedes a contract or a promise made previously by the victim

18

Eighth Claim for relief: The indictments violated the 6th
Amendment by being unconstitutionally vauge, and they
did not establish proper venue of the trial. Because the
probable cause affadavits purjered the site of the crime
as the victims address, presumably where the victim was
"harassed, humiliated, or injured" and not where the crime
was committed by the defendant. Moreover the indictment
did not state the time, place, or why the defendant was
not subject to an exception in the statute, or how he "should
have Known" the victim "does not consent".
                                    19

Ninth claim for relief: Ineffective assistance of Counsel
which was objectively negligent and prejudiced the
defendants and did not follow clients trial strategy
                                    20

Tenth Claim for relief: Leatherwood and Holten took an
unintelligent plea due to ineffective assistance of Counsel.
                                    21

Eleventh claim for relief: Violation of the due process rights
under Brady v. Maryland under the 14th Amendment due to
purjered probable cause affadavit as to the location.
                                    22

Twelvth claim for relief: Conviction is void because of the
"fair notice" provisions of the due process clause of the 14th
Amendment. Because Barber's victim consented by Contract
and also disseminated the images. Holten's victim
also disseminated intimate images under Contract with
pornhub with him, and Leatherwood's victim disseminated
intimate images of him during the incident.
                        PAGE 5

23

Thirteenth claim for relief: violation of defendant's 14th Amendment Equal protection clause rights, and their rights under Article 1 Section 20 and 46 of the Oregon Constitution, due to selective prosecution. Where Barber and also Leatherwood are also victims of ORS 163.472, and the prosecutor also knew this and did not prosecute. Moreover the genesis of the statute by Ellen Rosenblum was made to remedy the effects on women.

24

Fourteenth claim for relief: violation of Barber's rights under the due process clause of the Fourteenth Amendment pursuant to Brady v. Maryland. The prosecution failed to disclose exculpatory evidence from the search warrant, and the detective lied about the evidence under oath

25

Fifteenth claim for relief: violation of Barber's procedural due process rights under the 14th Amendment, where victims attorney filed an objection to the defendants demurrer, and was not a party to the litigation, and had a conflict of interest, and did not have the duties of a prosecutor to disclose exculpatory evidence, and who contradicted her objections on the constitutionality with her own citations

26

Sixteenth claim for relief: violations of Barber's due process rights under the 14th Amendment, where the jury instructions had a burden shifting "reasonable person" standard, and did not include the exceptions to the statute that he would have qualified for

27

Seventeenth claim for relief: violation of Barber's due process rights, where he attempted to file a motion to arrest judgement, motion to aquit, and motion to remove, and the motions were not preserved for the record.

28

Eighteenth claim for relief: violation of Barber's due process rights, where the DA had argued in demurrer that ORS 163.472 did not apply to public figures whose lives are thuroughly investigated by others, or people who consentually share nude images to anonymous third parties in sexual solicitations, and where such evidence was authenticated on the record.

29

Nineteenth claim for relief: violation of Barber's due process rights, where Barber sent to the arresting officer evidence which was exculpatory, including a contract where the victim consents to transparency, and allow others to access information about our social interactions, and where he had shown that the victim lied about such agreement, and such evidence was not disclosed to the Court.

30

Twentieth claim for relief: victims purjered DMCA claim to be the copyright owner, cannot be the sole method to "reasonably know" victim does not consent due to in pari delicto. Such representation was made "under the penalty of purjury" and victim can't benefit from unlawful behavior, it also violates Barber's 14th Amendment rights to be held only when guilty beyond a reasonable doubt.

21

Twenty first claim for relief: "newly Disclosed evidence. Barber had evidence he wanted to disclose to the Court and provided to his attorney the DA, and the court. However the evidence was not entered into the record nor considered because he was represented by Counsel.

22

Twenty second claim for relief: Brady violation by the prosecution asking the trial court judge to destroy all computers and online accounts, in response to a 42 USC §1983 lawsuit in federal Court, where prosecution knew there was exculpatory evidence on those systems

33

Twenty third claim for relief: Barber filed a notice to remove to federal court for lack of subject matter jurisdiction 17 USC §301 Trial court impermissibly continued despite filing this notice, therefore judgement is void or coram non Judice.

34

Twenty fourth claim for relief: Brady violation where Barber's arresting officer lied about not reading defendant's emails to him with exculpatory evidence, and waited 17 days to write a report not reflective of the conversation he had, and claiming he needed "special equipment" to record a phone call, when he used an android smart phone

35

Twenty fifth claim for relief: "Albino Porn has educational, scientific, or medical purpose, where it was deposited with the Brautigan library at the university of washington New media department.

PAGES

36

Twenty Sixth claim for relief: Disclosure served the
public interest, where people from europe were investigating
Barber - a quasi public figure according to the Oregonian
website, and victim gave them the pornography to coerce
Barber with, and victim admits she falsely accused Barber
of rape, after asking him to partake in her rape and BDSM
fantasies recorded in the images

37

Twenty seventh claim for relief: District Attorney prejudiced
the jury in closing arguements, by claiming that Barber's
videos in question would appear next to child porn, and
that it would affect her as a teacher, where there was
no evidence that "pornhub" has any child porn.

38

Twenty Eighth claim for relief: Court had no personal
jurisdiction, where the events took place in multnomah
County, and the state's investigator and peace officer
stated that the events took place in multnomah County,
therefore the judgement is void

39

Twenty Ninth Claim for relief: Images were disclosed because
Barber could not afford to host them on a private server
and he had dropped and broke his external hard drive

40

where the plaintiffs seek to have their convictions reversed and
all records of their arrest and conviction expunged

Date                              Ben Barber

PAGE 9

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

| | |
|---|---|
| BENJAMIN BARBER,<br><br>          Petitioner,<br><br>    vs.<br><br>PAT GARRETT,<br><br>          Defendant. | Case No.: 17CV44670<br><br>DECLARATION OF JON WEINER IN SUPPORT OF MOTION TO EXTEND TIME TO FILE FIRST AMENDED PETITION |

Pursuant to ORCP 1E, I, Jon H. Weiner, do hereby declare as follows:

1.      I am the attorney assigned by this office to represent petitioner Benjamin Barber in the above-entitled post-conviction proceeding.  Our firm was appointed to this case on or around October 20, 2017.

2.      I had submitted to the court on January 29, 2017 a Motion to Withdraw as Counsel for Peitioner in this case. The court has informed my staff on February 8, 2018 that a hearing will be set regarding this motion.

3.      Based upon the foregoing, we request an extension of 60 days in which to file the First Amended Petition for Post-Conviction Relief.

4.      We have conferred with Rayney Meisel, counsel for defendant, who advised that there are no objections to this motion.

//

//

//

1 – DECLARATION OF JON WEINER IN SUPPORT OF
MOTION TO EXTEND TIME RE: FIRST AMENDED
PETITION

LAW OFFICE OF JON WEINER
Attorneys at Law
1415 Commercial St SE
Salem, OR 97301
Tel. (503) 399-7001
Fax (503) 399-0745

1     **I hereby declare that the above statement is true to the best of my**

2  **knowledge and belief, and that I understand it is made for use as evidence in**

3  **court and is subject to penalty of perjury.**

4     Dated this 8th day of February 2018

5

6                        /s/ Jon Weiner
                         JON H. WEINER, OSB #993944

7                         jweiner@nw-attorneys.com
                         Attorney for Petitioner

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2 – DECLARATION OF JON WEINER IN SUPPORT OF
MOTION TO EXTEND TIME RE: FIRST AMENDED
PETITION

**LAW OFFICE OF JON WEINER**
Attorneys at Law
1415 Commercial St SE
Salem, OR 97301
Tel. (503) 399-7001
Fax (503) 399-0745

Washington County Jail

# INFORMAL DISCIPLINARY ACTION

| Incident No: | Category: | Type: | | DateTime: | Location: | Created By: |
|---|---|---|---|---|---|---|
| 180000947 | INFORMAL | DISCIPLINARY MISCONDUCT REPORT | | 02/14/2018 15:33 | JL-P4-07 | 50213 |

| Name: | | BkgNo: | Inmate Loc: | Classification: |
|---|---|---|---|---|
| BARBER,BENJAMIN JAY | | 1707936 | JL-P4-07 | 1MIN |

Remarks: *In the Medical unit — which is locked but also used by others*
You allowed Per Sgt. Iverson 4 inches of legal paperwork in your cell. You are refusing to allow the paperwork to be removed and placed in area that you will have access too. You are refusing an order by me. You will have a 24 hour lockdown and if further issues arise you will be written up formally.

*When I ask and get permission to use the medical unit by a deputy who may be too busy to leave me alone with needles and medicine.*

**Repeated Informal Discipline Action:**

Any inmate who receives three (3) or more Informal Disciplinary Actions within a thirty (30) day period may be subject to a Formal Disciplinary Report. If found guilty of violating WCJ-020.01 (Repeated Informal Discipline Sanctions) the inmate may be placed on Disciplinary Segregation and/or loose certain privileges as explain in the Inmate Manual.

It is your responsibility to read and adhere to the rule of the Washington County Jail as explained in the Inmate Manual or given to you by jail staff. It is not a valid defense if you were unaware of the jail rules. Additional information about the disciplinary process is available in the Inmate Manual.

## VIOLATIONS

| No: | Violation: | Description: |
|---|---|---|
| 1 | WCJ-004.02 | Disobedience of Staff Order |

## SANCTIONS

| | SANCTION | | SUSPENDED | | IMPOSED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sanction: | Days: | Hours: | Days: | Hours: | Days: | Hours: | BRP Days*: | Start Date Time: | End Date Time: |
| Cell Restriction | 0 | 24 | 0 | 0 | 0 | 24 | 30 | 02/14/2018 15:33 | 02/15/2018 15:33 |

## * Behavior Review Period:

One or more of the sanctions imposed contains a portion of time which is suspended. As a result of receiving time off your sanction you will automatically be placed on a Behavior Review Period (BRP). If during the BRP you are found in violation of any rules, any or all suspended time can be re-imposed in conjunction with any new violations incurred.

## STAFF

| Issuing Staff: | Signature: | Staff ID: | Date / Time: |
|---|---|---|---|
| C. Ingram | | 50213 | 02/14/2018 15:36 |

INMATE SERVED: [  ] By Reporting Staff (if other than the reporting staff, fill in the line below) | Date / Time:

| Serving Staff: | Signature: | Staff ID: | Date / Time: |
|---|---|---|---|
| | | | |

## REVIEW STAFF

| Notified: | | Date / Time: |
|---|---|---|
| Sgt. Siemiller | | |

Endo 7

Dear Ben

I got sent back the mail containing the transhumanist groups I sent earlier last week due to postage, I'm sending it again along with this letter. You had mentioned briefly over the phone that you wanted me to send you something else but I couldn't make out what you were saying and the letter you sent doesn't say what it was.

I'm a bit relctant to give too much personal information in these letters anymore, appearently someone working in that jail is aware of your /cow/ thread and has been leaking information onto it. Connel's doxx was posted there and now goon also has my address.
Ironically enough ronmartin found shermans dox through Connel's. Sherman hasn't been seen on the mumble since but I could probably find him on IRC. He actually drives a fed van lmao.

Also, I'm not sure if you're aware of this or not but I only recently found this out; VSQ was the one who called the authorities on you. He admitted it himself. Not even sure how he had the information to get you arrested, no one knew where you were and I don't think you mentioned it to anyone.

That thing about having to trade food is pretty rough, I'm sorry to hear that, I would send you some blank postcards but the prison sheet they sent me says that's not allowed. Aside from that, how are the other inmates treating you?

Also, I checked the website recently to see about your release and it still says you're due to get released in a few months. Are you absolutely certain your sentence was increased 3 years? I tried to tell everyone but they don't listen and just keep saying "no stupid he's getting out in a few months"

-lurch

# Lewis v. Casey,
# 518 U.S. 343 (1996)

(a) *Bounds* did not create an abstract, freestanding right to a law library or legal assistance; rather, the right that *Bounds* acknowledged was the right of *access to the courts*. E. g., 430 U. S., at 817, 821, 828. Thus, to establish a *Bounds* violation, the "actual injury" that an inmate must demonstrate is that the alleged shortcomings in the prison library or legal assistance program have hindered, or are presently hindering, his efforts to pursue a nonfrivolous legal claim. This requirement derives ultimately from the doctrine of standing. Although *Bounds* made no mention of an actual injury requirement, it can hardly be thought to have eliminated that constitutional prerequisite. Pp.349-353.

(b) Statements in *Bounds* suggesting that prison authorities must also enable the prisoner to *discover* grievances, and to *litigate effectively* once in court, 430 U. S., at 825-826, and n. 14, have no antecedent in this Court's *pre-Bounds* cases, and are now disclaimed. Moreover, *Bounds* does not guarantee inmates the wherewithal to file any and every type of legal claim, but requires only that they be provided with the tools to attack their sentences, directly or collaterally, and to challenge the conditions of their confinement. Pp. 354-355.

JUSTICE SCALIA delivered the opinion of the Court.

In *Bounds* v. *Smith*, 430 U. S. 817 (1977), we held that "the fundamental constitutional right of access to the courts requires prison authorities to assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law." *Id.,* at 828. Petitioners, who are officials of the Arizona Department of Corrections (ADOC), contend that the United States District Court for the District of Arizona erred in finding them in violation of *Bounds,* and that the court's remedial order exceeded lawful authority.

Having thus found liability, the court appointed a Special Master "to investigate and report about" the appropriate relief-that is (in the court's view), "how best to accomplish the goal of constitutionally adequate inmate access to the courts." App. to Pet. for Cert. 87a. Following eight months of investigation, and some degree of consultation with both parties, the Special Master lodged with the court a proposed permanent injunction, which the court proceeded to adopt, substantially unchanged. The 25-page injunctive order, see *id.,* at 61a-85a, mandated sweeping changes designed to ensure that ADOC would "provide meaningful access to the Courts for all present and future prisoners," *id.,* at 61a. It specified in minute detail the times that libraries were to be kept open, the number of hours of library use to which each inmate was entitled (10 per week), the minimal educational requirements for prison librarians (a library science degree, law degree, or paralegal degree), the content of a videotaped legal-research course for inmates (to be prepared by persons appointed by the Special Master but funded by ADOC), and similar matters. *Id.,* at 61a, 67a, 71a. The injunction addressed the court's concern for lockdown prisoners by ordering that "ADOC prisoners in all housing areas and custody levels shall be provided regular and comparable visits to the law library," except that such visits "may be postponed on an individual basis because of the prisoner's documented inability to use the law library without creating

See also: Johnson v Avery 393 us 483 (1969)

Florida
Sexual Cyberharassment. Misdemeanor of First Degree, Felony of Third Degree for Second or Subsequent violations. Florida Statute 784.049. [Goes into effect October 1, 2015]
**Office of Attorney General**
**State of Florida**
**The Capitol PL-01**
**Tallahassee, FL 32399-1050**

Idaho
Video Voyeurism. Felony. §18-6609, Idaho Code.
**Office of the Attorney General**
**700 W. Jefferson Street, Suite 210**
**P.O. Box 83720**
**Boise, Idaho 83720-0010**

North Carolina
Disclosure of private images, class H felony (Class 1 misdemeanor if under age 18); General
**North Carolina Department of Justice**
**114 W Edenton St, Raleigh, NC 27603**

Alaska
Harassment in the Second Degree. Alaska Stat. § 11.61.120.
**Alaska Department of Law**
**1031 West 4th Avenue, Suite 200**
**Anchorage, AK 99501**

New Hampshire
Nonconsensual dissemination of private sexual images. Felony. N.H. Rev. Stat. § 644:9-a.
**New Hampshire Attorney General**
**33 Capitol St, Concord, NH 03301**

Oregon
Unlawful Dissemination of an Intimate Image. Class A Misdemeanor, Class C Felony if Recidivist. ORS 161.005.
**Oregon Department of Justice**
**1162 Court St. NE**
**Salem, OR 97301-4096**

West Virginia
Nonconsensual disclosure of private intimate images. Misdemeanor. §61-8-28a, Code of West Virginia. Effective July 7, 2017.
**West Virginia Attorney General**
**Civil Rights Division**
**P.O. Box 1789,**
**Charleston, WV 25326**

Wisconsin
Representations Depicting Nudity. §942.09, Code of Wisconsin.
**Attorney General**
**17 W Main Street**
**PO Box 7857**
**Madison, WI 53703-7857**

Vermont
Unlawful Disclosure of Sexually Explicit Images Without Consent. Misdemeanor. Sec. 2. 13 V.S.A. § 2606.
**State of Vermont, Office of the Attorney General.**
**109 State Street Montpelier, VT 05609-1001.**

Virginia
Unlawful Dissemination or Sale of Images of Another Person. Class 1 Misdemeanor. § 18.2-386.2, Code of Virginia.
**Office of the Attorney General**
**202 North Ninth Street**
**Richmond, Virginia 23219**

Maryland
Stalking and Harassment. §3-809, Maryland Code.
**Maryland Attorney General**
**200 St. Paul Place, Baltimore, MD 21202**

Washington
Wrongful distribution of intimate images. Gross Misdemeanor. Title 9A RCW. Effective Date TBD.
**Washington Attorney General**
**Washington St SE • PO Box 40100 • Olympia, WA 98504**

*General Session law*
*Copyright story law*

Delaware
Violation of Privacy. Class B Misdemeanor, Class G Felony if Aggravating Factors are Present.§ 1335, Title 11, Delaware Code.
**Delaware Department of Justice**
**Carvel State Building**
**820 N. French St.**
**Wilmington, DE 19801**

Utah
Distribution of intimate images, misdemeanor.§76-5b-203, Utah Code.
**Office of the Attorney General**
**Utah State Capitol Complex**
**350 North State Street Suite 230**
**SLC UT 84114-2320**

District of Columbia
Criminalization of Non-Consensual Pornography Act of 2014, felony, D.C. Law 20-275.
**District of Columbia Attorney General**
**441 4th Street, NW, Washington, DC 20001**

Arkansas
Unlawful distribution of sexual images or recordings, Class A misdemeanorArkansas Code 5-26-314[effective July 22, 2015]
**Arkansas Attorney General**
**323 Center Street, Suite 200**
**Little Rock, Arkansas 72201**

North Dakota
Distribution of intimate images without or against consent, Class A misdemeanor; Section 12.1-17-07.2 of the North Dakota Century Code.
**Office of Attorney General**
**600 East Boulevard Avenue, Department 125**
**Bismarck, ND 58505-0040**

Texas
Unlawful Disclosure or Promotion of Intimate Visual Material. Class A Misdemeanor.Texas Penal Code 21.16.[Effective September 1, 2015]
**Office of the Attorney General**
**PO Box 12548**
**Austin, TX 78711-2548**

Pennsylvania
Unlawful Dissemination of Intimate Image. Second Degree Misdemeanor, First Degree if Person Depicted is a Minor. Title 18 Pennsylvania Consolidated Statutes§3131.
**Pennsylvania Office of Attorney General**
**Strawberry Square, Harrisburg, PA 17120**

Michigan
Misdemeanor, Sec. 145e. See also Sec. 145ffirst offense punishable by 93 day sentence or fine up to $500.
**Michigan Attorney General**
**Cadillac Place, 10th Floor**
**3030 W. Grand Blvd., Suite 10-200**
**Detroit, MI 48202**

Hawaii
Violation of Privacy in the First Degree. Class C Felony.Hawaii Revised Statutes,§711-1110.9.
**Department of the Attorney General**
**425 Queen St, Honolulu, HI 96813**

Nevada
Unlawful Dissemination of an Intimate Image. Category D Felony. NRS, Chapter 200, §2-6.
**Nevada Attorney General**
**555 E Washington Ave # 3900, Las Vegas, NV 89101**

New Jersey
Invasion of Privacy, Third Degree.§2C:14-9, New Jersey Code.
**Office of The Attorney General.**
**RJ Hughes Justice Complex.**
**25 Market Street, Box 080.**
**Trenton, NJ 08625-0080.**

New Mexico
Unauthorized Distribution of Sensitive Images. Misdemeanor, Fourth Degree Felony if Recidivist.New Mexico Criminal Code.
**Attorney General**
**408 Galisteo Street**
**Villagra Building**
**Santa Fe, NM 87501**

Colorado
Posting a Private Image for Harassment (18-7-107)
and Posting a Private Image for Pecuniary Gain
(18-7-108). Class 1 Misdemeanor.Colorado
Revised Statutes 18-7-107 and 18-7-108.
**Colorado Department of Law**
**Ralph L. Carr Judicial Building**
**1300 Broadway, 10th Floor**
**Denver, CO 80203**

Iowa
Harassment or Invasion of Privacy. Aggravated
misdemeanor.Section 708.7, Code 2017.
**Office of the Attorney General**
**Hoover Building, 1305 E Walnut St, Des Moines,**
**IA 50319**

Louisiana
Non-Consensual Disclosure of Intimate Image.R.S.
14:283.2.
**Department of Justice**
**Post Office Box 94005**
**Baton Rouge, LA 70804**

Oklahoma
 Nonconsensual Dissemination of SexualImages.
Misdemeanor.Section 1040.13b of Title 21.
**Office of the Attorney General**
**313 NE 21st St, Oklahoma City, OK 73105**

Illinois
Non-Consensual Dissemination of Private Sexual
Images. Class 4 Felony.§ 11-23.5, Illinois Criminal
Code.
**Illinois Attorney General**
**100 West Randolph Street. Chicago, IL 60601**

Alabama
Distributing a private image. First offense, Class A
misdemeanor, punishable by up to a year in jail.
Subsequent offenses, Class C felonies, punishable
by up to 10 years in prison. SB301.Code of
Alabama 1975 Secs 15-20A-4 to 15-20A-43
amended.
**Alabama Attorney General**
**501 Washington Ave, Montgomery, AL 36130**

Maine
Unauthorized Dissemination of Certain Private
Images, class D crime, Sec. 1. 17-A MRSA 511-A.
**Maine Attorney General**
**6 State House Station Augusta, ME 04333**

Georgia
Invasion of Privacy. Misdemeanor.Georgia Code
Title 16 Chapter 11 Article 3 Part 1 16-11-90.
**Attorney General of Georgia**
**40 Capitol Square SW, Atlanta, GA 30334**

Tennessee
Unlawful Exposure. Class A Misdemeanor. Tenn.
Pub. Act ch. 872.
**Attorney Generals Office**
**John Sevier Building 37243-0705**
**500 Charlotte Ave, Nashville, TN 37219**

Connecticut
An Act Concerning Invasions of Privacy: Unlawful
Dissemination of an Intimate Image. Class A
Misdemeanor. Conn. Gen. Stat. § 53a-189c.
**Office Of The Attorney General**
**55 Elm St., Hartford 06106**

Arizona
Unlawful distribution of images depicting states of
nudity or specific sexual activities. If disclosed by
electronic means, Class 4 felony. If threatens to
disclose but does not disclose, Class 1
Misdemeanor. Arizona Revised Statutes, 13-1425
**Arizona Attorney General**
**Phoenix Office**
**1275 West Washington Street**
**Phoenix, AZ 85007-2926**

California
Disorderly Conduct, Misdemeanor.California Penal
Code 647(j)(4)
Search Results
**Office of the Attorney General**
**1300 "I" Street. Sacramento, CA 95814-2919**

South Dakota
Invasion of Privacy. Class 1Misdemeanor, Class 6
Felony if Person Depicted is a Minor and
Perpetrator is at least 21 years old. Section 4 of
Chapter 22-21.
**Office of the Attorney General**
**1302 E Hwy 14**
**Suite 1**
**Pierre SD 57501-8501**

Kansas
Breach of Privacy, felony. Kan. Stat. § 21-6101(a)
(8).
**Kansas Attorney General Derek Schmidt**
**120 SW 10th Ave., 2nd Floor**
**Topeka, KS 66612**

Minnesota
Nonconsensual dissemination of private sexual
images. Misdemeanor; felony if causes financial
loss, intent to profit, intent to harass, posted to porn
site, other factors. Also, conviction for
nonconsensual dissemination of private sexual
images qualifies as a prior "qualified domestic
violence-related offense" that enhances penalties
for convictions for domestic assault, 4th & 5th
degree assault, stalking, and violation of a
harassment restraining order. Minn. Stat. §
617.261.
**Minnesota Attorney General**
**445 Minnesota St, St Paul, MN 55101**

NC Gen Stat annotated 14-190.5A
N.D. Century Code §12.1-17-07.2
21 Oklahoma statute annotated §1041.13b
ORS Annotated 163.472
18 pennsylvania Cons Statute Annotated §3131
Tennessee Code annotated §39-17-318
Texas Penal Code annotated §21.16
Utah Code annotated §76-5b-203
Vermont statute Annotated title 13§2606
Virginia Code annotated § 18.2-386.2
washington Revised Code Annotated §9A.86.010
wisconsin Statute annotated §942.09

Aug 8th 2018 from Sgt Shadely

Mr Barber

thank you for meeting with me to discuss this grievance, per our conversation, I explained per our policy we do not accept correspondance that contains pornographic material. You stated this mail was sent in from a friend and not an attorney or law firm; which is also not allowed per policy. I explained to you the jail has extreme deference when deciding what kind of correspondance may or may not raise safety and security issues in the facility. Pornographic material is one that we have decided does. In talking with you, I do not believe we have denied you legal mail or have caused you injury from your condition of confinement.

WIKIPEDIA

# Missionary Church of Kopimism

The **Missionary Church of Kopimism** (in Swedish *Missionerande Kopimistsamfundet*), is a congregation of file sharers who believe that copying information is a sacred virtue[1][2][3] and was founded by Isak Gerson,[4] a 19-year-old philosophy student,[5] and Gustav Nipe in Uppsala, Sweden in the autumn of 2010.[6] The Church, based in Sweden, has been officially recognized by the Legal, Financial and Administrative Services Agency as a religious community in January 2012, after three application attempts.[4][7]

Gerson has denied any connection between the Church and filesharing site The Pirate Bay,[8] but both groups are associated with the Swedish art and hacking collective Piratbyrån.



The Kopimi symbol

## Contents

Name

Tenets

International locations

First wedding

Controversies

See also

References

External links



Ctrl-C, Ctrl-V

## Name

The name Kopimism derives from the words *copy* and *me* which are the fundamental roots of the Church's beliefs and calls for an invitation to copy information. The work "Kopimi" first showed up on a pirate Agency Forum.[9] Isak Gerson, one of the core founders saw something beautiful and theological in this concept of "copy me"[10] and argued that the digital sharing of data is a fundamental act in our universe through the reproduction and copying of cells, DNA, and genes[11] and that the entirety of the internet is essentially for sharing.[12]

Gerson has been credited with once saying, "The only thing we can do as Christians now, I suppose, is to do what Jesus tried doing — and do it better."[13]

## Tenets

The followers of the religion are called *Kopimists* from *copy me*. A "Kopimist" or "Kopimist intellectual" is a person who has the philosophical belief that all information should be freely distributed and unrestricted. This philosophy opposes the monopolization of knowledge in all its forms, such as copyright, and encourages file sharing of all types of media including music, movies, TV shows, and software.[14] In fact, the act of withholding and economizing information through copyright is against the sacredness of information.[15] In its spiritual emphasis on copying as an ideal, Kopimism shares values with Chinese aesthetic traditions, in which "copying is valued not only as a learning tool (as it is in the West) but as artistically satisfying in its own right," a concept also called *dupliteture.*[16]

According to the church, "In our belief, communication is sacred."[1] No belief in gods or supernatural phenomena apart from Kopimi itself is mentioned on their web site. *CTRL+C* and *CTRL+V*, the common computer shortcut keys for "Copy" and "Paste," are considered sacred symbols. Some groups believe that Kopimi is considered to be a god, and others believing it to be a sacred symbol and spirit residing within every living being.

The community also holds a religious service known as "kopyacting" in which information is distributed to the believers using photocopiers.[17]

According to the Kopimist constitution:[18]

- Copying of information is ethically right;
- Dissemination of information is ethically right;
- Copymixing is a sacred kind of copying, more so than the perfect, digital copying, because it expands and enhances the existing wealth of information;
- Copying or remixing information communicated by another person is seen as an act of respect and a strong expression of acceptance and Kopimistic faith;
- The Internet is holy (Not generally accepted by churches run by the Maesters);

information;

- Copying or remixing information communicated by another person is seen as an act of respect and a strong expression of acceptance and Kopimistic faith;
- The Internet is holy (Not generally accepted by churches run by the Maesters);
- Code is law.

On January 5, 2012, Kopimism was accepted by Sweden as a legitimate religion with an estimated 4,000 members.[11] The religion's association with illegal file sharing has been said not to be a sign that illegal file-sharing will be excused from Sweden's zero-tolerance approach to the controversial matter.[4]

# International locations

Kopimism has also taken root in multiple nations, including:[19]

- Canada
- Japan
- Israel
- United States of America (including in the state of Illinois in the United States where Kopimism has registered as a non profit 503(c) organization in the form of a church.[20])

# First wedding

On April 28, 2012, the Missionary Church of Kopimism held their first wedding.[21] The wedding took place in Belgrade, Serbia, between a Romanian woman and an Italian man. The holy ceremony was conducted by a Kopimistic Op, wearing a Guy Fawkes mask, while a computer read vows and some of Kopimism's central beliefs aloud.[22]

The church declared: "We are very happy today. Love is all about sharing. A married couple shares everything with each other. Hopefully, they will copy and remix some DNA-cells and create a new human being. That is the spirit of Kopimism. Feel the love and share that information. Copy all of its holiness."

Gerson, the missionary leader of the Church of Kopimism, attended as a witness during the wedding.

# Controversies

Both founders, Gerson and Nipe have had an extensive background in online activism and served as major players in the Swedish Anti-Piracy Movement[23] which caused many journalists and government officials in Sweden to speculate on the real goals of the creation of this organization.

There was severe backlash amongst the media and Christian journals in 2011 after the founders first submitted their application for registering as a religion as journalists condemned the Missionary Church of Kopimism as "a political adventure",[24] "a PR stunt",[25] and "a devaluation of religion".[26]

# See also

- Anti-copyright
- Culture vs. Copyright
- Gift economy
- Information wants to be free
- List of new religious movements
- Parody religion

# References

1. Jackson, Nicholas (10 April 2011). "The Information Will Get Out: A New Religion for File-Sharers" (https://www.theatlantic.com/technology/archive/2011/04/the-information-will-get-out-a-new-religion-for-file-sharers/237058/) . *The Atlantic*. Retrieved 25 April 2011.
2. "File-Sharers Await Official Recognition of New Religion" (http://torrentfreak.com/file-sharers-await-official-recognition-of-new-religion-110410/) . *TorrentFreak*. 10 April 2011. Retrieved 25 April 2011.
3. Citrome, Michael (14 April 2011). "NETWORTHY: Copy, paste, amen" (https://web.archive.org/web/20110417040043/http://www.montrealmirror.com/wp/2011/04/14/networthy-copy-paste-amen/) . Montreal Mirror. Archived from the original (http://www.montrealmirror.com/wp/2011/04/14/networthy-copy-paste-amen/) on 17 April 2011. Retrieved 25 April 2011.

4. "Sweden recognises new file-sharing religion Kopimism" (https://www.bbc.co.uk/news/technology-16424659) . *BBC News*. 5 January 2012. Retrieved 5 January 2012.

5. Sinnreich, Aram (2016-04-02). "Sharing in spirit: Kopimism and the digital Eucharist" (https://dx.doi.org/10.1080/1369118X.2015.1036766) . *Information, Communication & Society*. **19** (4): 504–517. doi:10.1080/1369118X.2015.1036766 (https://doi.org/10.1080 /1369118X.2015.1036766) . ISSN 1369-118X (https://www.worldcat.org/issn/1369-118X) .

6. "Press Release from the Church of Kopimism" (https://kopimistsamfundetus.wordpress.com/2012/01/09/press-release-from-the-church-of-kopimism/) . *First United Church of Kopimism, US*. 2012-01-09. Retrieved 2016-10-22.

7. "File-Sharing Recognized as Official Religion in Sweden" (http://torrentfreak.com/file-sharing-recognized-as-official-religion-in-sweden-120104/) . *TorrentFreak*. 4 January 2012. Retrieved 5 January 2012.

8. Privitera, Salvatore. "File-sharing as a religion, do we really need it?" (https://web.archive.org/web/20140504031906/http://pazuzu-uzu.blogspot.com/2012/01/file-sharing-as-religion-do-we-really.html) . Archived from the original (http://pazuzu-uzu.blogspot.com/2012/01 /file-sharing-as-religion-do-we-really.html) on 4 May 2014. Retrieved 29 January 2012.

9. "About" (https://kopimistsamfundetus.wordpress.com/about/) . *First United Church of Kopimism, US*. 2012-01-09. Retrieved 2016-10-22.

10. Gerson I (2014a) Interview with Gerson. By Nilsson PE, Uppsala, 7 May

11. Nilsson, Per-Erik; Enkvist, Victoria (2016-08-01). "Techniques of religion-making in Sweden: The case of the Missionary Church of Kopimism" (http://crr.sagepub.com/content/4/2/141) . *Critical Research on Religion*. **4** (2): 141–155. doi:10.1177/2050303215613145 (https://doi.org/10.1177/2050303215613145) . ISSN 2050-3032 (https://www.worldcat.org/issn/2050-3032) .

12. John, Nicholas A. (2013-03-01). "Sharing and Web 2.0: The emergence of a keyword" (http://nms.sagepub.com/content/15/2/167) . *New Media & Society*. **15** (2): 167–182. doi:10.1177/1461444812450684 (https://doi.org/10.1177/1461444812450684) . ISSN 1461-4448 (https://www.worldcat.org/issn/1461-4448) .

13. *Seglora, Dagens*. "Dagens Seglora - Vi har ett löfte om att allting ska bli bättre" (http://dagensseglora.se/2014/01/08/vi-har-ett-lofte-om-att-allting-ska-bli-battre/) . Retrieved 2016-11-20.

14. Worman, Jenny (4 January 2012). "Sweden Recognizes File Sharing as a Religion" (http://www.revolutimes.com/2012/01/06/sweden-recognizes-file-sharing-as-a-religion/) . *RevoluTimes*. Retrieved 2 February 2012.

15. John, Nicholas A.; Sützl, Wolfgang (2016-04-02). "The rise of 'sharing' in communication and media studies" (https://dx.doi.org/10.1080 /1369118X.2015.1115888) . *Information, Communication & Society*. **19** (4): 437–441. doi:10.1080/1369118X.2015.1115888 (https://doi.org /10.1080/1369118X.2015.1115888) . ISSN 1369-118X (https://www.worldcat.org/issn/1369-118X) .

16. Thompson, Clive (27 February 2013), "Imitation Can Be the Sincerest Form of Innovation" (https://www.wired.com/opinion/2013/02/clive-thompson-imitation/) , *Wired*, retrieved 2010-03-10

17. Neethu, R (November 2013). "My Religion: My 'Copy' 'Right' " (http://nopr.niscair.res.in/handle/123456789/24560) . *Journal of Intellectual Property Rights*. **18**: 566–575 – via NISCAIR Online Periodicals Repository.

18. "Kopimist Constitution" (https://web.archive.org/web/20120513044913/http://www.kopimistsamfundet.org/main/kopimist-constitution) . *The First Church of Kopimism for the USA*. 2012. Archived from the original (http://www.kopimistsamfundet.org/main/kopimist-constitution) on 13 May 2012. Retrieved 1 April 2012.

19. Fitzpatrick, Alex. "Kopimism: File-Sharing Religion Takes Root in the U.S." (http://mashable.com/2012/05/09/kopimism-file-sharing/) *Mashable*. Retrieved 2016-10-22.

20. "A Pirate Walks Into a Church: Kopimism and the Sacred Act of File-Sharing (...: Start Your Search!" (http://eds.a.ebscohost.com/eds/detail /detail?sid=7ea7877c-6d27-4ee4-862a-344a93e38c73&sessionmgr4007&vid=0&hid=4105& bdata=JnNpdGU9ZWRzLWxpdmU=#AN=295687.20120209&db=bwh) . *eds.a.ebscohost.com*. Retrieved 2016-10-22.

21. "First Kopimist Wedding" (http://kopimistsamfundet.se/blog/2012/04/29/first-kopimist-wedding/) . 28 April 2012. Retrieved 10 May 2012.

22. https://www.usnews.com/news/articles/2012/05/07/til-delete-do-us-part-first-couple-married-under-swedish-file-sharing-religion

23. Dahlstrom F (2011) Han vill att fildelning ska klassas som religion. Uppsalatidningen, 8 April.

24. Zetterman, J (March 22, 2012). "De vill fildela i skydd av religionen". *Dagen* – via EBSCOHost.

25. Dareberg, L (February 1, 2012). "La"t oss starta en religion! Forsamlingar klarar sig utan myndighetens forsyn". *Sydsvenskan* – via EBSCOHost.

26. Editorial (January 12, 2012). "Kammarkollegiet undergraver religionsfriheten". *Kyrkans tidning* – via EBSCOHost.

# External links

- Official website (http://www.kopimistsamfundet.se/english)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Missionary_Church_of_Kopimism&oldid=851817702"

This page was last edited on 24 July 2018, at 20:09 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

SEARCI




As one of the earliest organizations discussing technologies that are today changing what it means to be human, the Extropy Institute has a history of being ahead of the curve.
â€" Simon Smith, Editor

| About Extropy Institute | Resources | Events | Experts | Publications | Active Members | Shop Extropy | Contact Us |

**Extropy Institute's Mission**
**Principles of Extropy**
**Extropy Institute Directors**
**and Advisors**
**History of Extropy Institute**
**Media & Press Coverage**
**Download ExI's Brochure**

Extropy Institute is a networking ideas exchange devoted to developing strategies for the future. Extropy is a symbol for continued progress and reflects the extent of a living or *organizational system*â€™s intelligence, functional order, vitality, and capacity and drive for improvement.  Extropy is an essential element of transhumanism.

### Prologue: What is the Purpose of the Principles of Extropy?

Philosophies of life rooted in centuries-old traditions contain much wisdom concerning personal, organizational, and social living. Many of us also find shortcomings in those traditions. How could they not reach some mistaken conclusions when they arose in pre-scientific times? At the same time, ancient philosophies of life have little or nothing to say about fundamental issues confronting us as advanced technologies begin to enable us to change our identity as individuals and as humans and as economic, cultural, and political forces change global relationships.

The Principles of Extropy first took shape in the late 1980s to outline an alternative lens through which to view the emerging and unprecedented opportunities, challenges, and dangers. The goal was  and is  to use current scientific understanding along with critical and creative thinking to define a small set of principles or values that could help make sense of the confusing but potentially liberating and existentially enriching capabilities opening up to humanity.

The Principles of Extropy do not specify particular beliefs, technologies, or policies. The Principles do not pretend to be a complete philosophy of life. The world does not need another totalistic dogma. The Principles of Extropy do consist of a handful of principles (or values or perspectives) that codify proactive, life-affirming and life-promoting ideals. Individuals who cannot comfortably adopt traditional value systems often find the Principles of Extropy useful as postulates to guide, inspire, and generate innovative thinking about existing and emerging fundamental personal, organizational, and social issues.

The Principles are intended to be enduring, underlying ideals and standards. At the same time, both in content and by being revised, the Principles do not claim to be eternal truths or certain truths. I invite other independent thinkers who share the agenda of acting as change agents for fostering better futures to consider the Principles of Extropy as an evolving framework of attitudes, values, and standards  and as a shared vocabulary  to make sense of our unconventional, secular, and life-promoting responses to the changing human condition. I also invite feedback to further refine these Principles.

**Extropy** â€"  The extent of a living or organizational systemâ€™s intelligence, functional order, vitality, and capacity and drive for improvement

**Extropic** â€" Actions, qualities, or outcomes that embody or further extropy

### A Note on the Use of "Extropy"

For the sake of brevity, I will often write something like â€œextropy seeksâ€¦â€ or â€œextropy questionsâ€¦â€ You can take this to mean â€œin so far as we act in accordance with these principles, we seek/question/studyâ€¦â€  â€œExtropyâ€ is not meant as a real entity or force, but only as a metaphor representing all that contributes to our flourishing. Similarly, when I use â€œweâ€ you should take this to refer not to any group but to anyone who agrees with what they are reading. Rather than assuming any reader to be in full agreement with every one of these principles, this usage instead imagines a hypothetical person who has integrated the principles into their life and actions. Each reader is, of course, at liberty to reject, modify, or affirm each principle separately. What this tentative, conjectural approach to the Principles of Extropy loses in terms of compelling emotive power, it gains in terms of reasonableness and openness to innovation and improvement.

**ExI**

Extropy Institute is a 501(c)(3) non-profit Educational Organization founded in 1991.
COPYRIGHT Â© 2005, ALL RIGHTS RESERVED.

# Extropianism

**Extropianism**, also referred to as the philosophy of *Extropy*, is an "evolving framework of values and standards for continuously improving the human condition".[1] Extropians believe that advances in science and technology will some day let people live indefinitely. An extropian may wish to contribute to this goal, e.g. by doing research and development or by volunteering to test new technology.

Originated by a set of principles developed by the philosopher Max More, *The Principles of Extropy*,[2] extropian thinking places strong emphasis on rational thinking and on practical optimism. According to More, these principles "do not specify particular beliefs, technologies, or policies". Extropians share an optimistic view of the future, expecting considerable advances in computational power, life extension, nanotechnology and the like. Many extropians foresee the eventual realization of indefinite lifespans, and the recovery, thanks to future advances in biomedical technology or mind uploading, of those whose bodies/brains have been preserved by means of cryonics.

## Contents

Extropy

The Extropy Institute

Extropism

See also

References

External links

## Extropy

The term 'extropy', as an antonym to 'entropy' was used in a 1967 academic volume discussing cryogenics[3] and in a 1978 academic volume of cybernetics.[4] Diane Duane was the first to use the term "extropy" to signify a potential transhuman destiny for humanity.[5] Also published in 1983 was J. Neil Schulman's Prometheus Award winning novel, The Rainbow Cadenza which used the term "extropic" as a type of scale in visual music.[6] 'Extropy' as coined by Tom Bell (T.O. Morrow) and defined by Max More in 1988, is "the extent of a living or organizational system's intelligence, functional order, vitality, energy, life, experience, and capacity and drive for improvement and growth." Extropy is not a rigorously defined technical term in philosophy or science; in a metaphorical sense, it simply expresses the opposite of entropy.

## The Extropy Institute

In 1986 More joined Alcor, a Cryonics company, and helped establish (along with Michael Price, Garret Smyth and Luigi Warren) the first European cryonics organization, Mizar Limited (later Alcor UK).[7] In 1987, More moved to Los Angeles from Oxford University in England to work on his Ph.D. in philosophy at the University of Southern California.

In 1988, *Extropy: The Journal of Transhumanist Thought* was first published. (For the first few issues, it was "Extropy: Vaccine for Future Shock".) This brought together thinkers with interests in artificial intelligence, nanotechnology, genetic engineering, life extension, mind uploading, idea futures, robotics, space exploration, memetics, and the politics and economics of transhumanism. Alternative media organizations soon began reviewing the magazine, and it attracted interest from like-minded thinkers. Later, More and Bell co-founded the Extropy Institute, a non-profit 501(c)(3) educational organization. "ExI" was formed as a transhumanist networking and information center to use current scientific understanding along with critical and creative thinking to define a small set of principles or values that could help make sense of new capabilities opening up to humanity.

The Extropy Institute's email list was launched in 1991 (and, as of April 2015, continues to exist as "Extropy-Chat"), and in 1992 the institute began producing the first conferences on transhumanism. Affiliate members throughout the world began organizing their own transhumanist groups. Extro Conferences, meetings, parties, on-line debates, and documentaries continue to spread transhumanism to the public.

In 2006, the board of directors of the Extropy Institute made a decision to close the organisation, stating that its mission was "essentially completed."[8]

## Extropism

**Extropism** is a modern derivation of the transhumanist philosophy of Extropianism. It follows the same tradition - hence the similarity in

naming - but has been revised to better suit the perceived paradigms of the 21st century. As introduced in *The Extropist Manifesto*,[9] it promotes an optimistic futuristic philosophy that can be summed up in the following five phrases, which spell out the word "EXTROPISM":

- Endless eXtension
- Transcending Restriction
- Overcoming Property
- Intelligence
- Smart Machines

Extropists desire to prolong their life span to a near-immortal state and exist in a world where artificial intelligence and robotics have made work irrelevant. As in utilitarianism, the purpose of one's life should be to increase the overall happiness of all creatures on Earth through cooperation.[9]

*The Extropist Manifesto* was written by web entrepreneur Breki Tomasson and writer Hank Pellissier - both of whom have had a long transhuman interest - in January, 2010.[9] It details the ways in which Extropism has evolved away from Extropianism, while continuing to building upon its original tenets. For example, it moves away from the original Extropian Principles[10] by *placing a significant focus* on the need to abolish and/or restrict the current use of surveillance, copyright and patent laws.[9]

# See also

- Biopunk movement
- Cyborg anthropology
- Democratic transhumanism
- Digital probabilistic physics
- *Eclipse Phase*, a tabletop game which uses the philosophy in its futuristic setting.
- Futures studies
- Holism
- Law of Complexity/Consciousness
- Meliorism
- Negentropy
- Posthuman
- Proactionary Principle
- Sustainability
- Systems philosophy
- Systems thinking
- Transhumanism

# References

1. Max More (2003). "Principles of Extropy (Version 3.11) : An evolving framework of values and standards for continuously improving the human condition" (https://web.archive.org/web/20131015142449/http://extropy.org/principles.htm) . Extropy Institute. Archived from the original (http://www.extropy.org/principles.htm) on 2013-10-15
2. Max More (2003). "Principles of Extropy (Version 3.11) : An evolving framework of values and standards for continuously improving the human condition" (https://web.archive.org/web/20131015142449/http://extropy.org/principles.htm) . Extropy Institute. Archived from the original (http://www.extropy.org/principles.htm) on 2013-10-15
3. *Cryogenics*, IPC Science and Technology Press, vol. 7, pg. 225 (1967)
4. Proceedings of the Fourth International Congress of Cybernetics & Systems: "Current Topics in Cybernetics and Systems", pg. 258 (1978)
5. Duane, Diane. "The Wounded Sky" (1983)
6. Schulman, J. Neil. *The Rainbow Cadenza* (https://books.google.com/books?id=jNSbGhp9PqsC&pg=PA211&dq=extropic#v=onepage&q=extropic&f=false) . Pulpless.Com. p. 211. ISBN 978-1584451235. Retrieved 13 June 2018.
7. " "The Alcor Team" " (http://www.alcor.org/AboutAlcor/meetalcorstaff.html) . Retrieved 26 May 2016.
8. Extropy Institute (2006). "Next Steps" (http://www.extropy.org/future.htm) . Retrieved 2006-05-05.
9. The Extropist Manifesto (http://extropism.tumblr.com/post/393563122/the-extropist-manifesto) . *The Extropist Examiner* (blog).
10. More, Max (1998). "The Extropian Principles (Version 3.0) : A Transhumanist Declaration" (https://web.archive.org/web/20100114100426/http://www.maxmore.com/extprn3.htm) . Extropy Institute. Archived from the original (http://www.maxmore.com/extprn3.htm) on 2010-01-14.

# External links

- Kevin Kelly on Extropy (http://kk.org/thetechnium/extropy/) - Kevin Kelly at The Technium, August 29, 2009
- "Transhumanism's Extropy Institute - Transhumanism for a better future" (http://www.extropy.org/) . Retrieved 1 August 2013.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Extropianism&oldid=845754332"

**This page was last edited on 13 June 2018, at 22:09 (UTC).**

8/1/2018, 6:46 AM

U.S. District Court

District of Oregon
Notice of Electronic Filing

The following transaction was entered on 11/1/2018 at 7:40 AM PDT and filed on 11/1/2018
Case Name:    Barber v. Vance et al
Case Number: 3:16-cv-02105-AC
Filer:
Document Number:    356(No document attached)

Docket Text:
ORDER by Judge Acosta - DEFERRING ruling on plaintiff's request for judicial notice [353] of
copyright registration, pending Judge Simon's ruling on Findings and Recommendation (ECF
#341). ORDER: DENYING plaintiff's motion to compel [354] to compel clerk of court to locate
video evidence of copyright. (copy of this order mailed to plaintiff) (peg)

3:16-cv-02105-AC Notice has been electronically mailed to:

Erin K. Olson    eolson@erinolsonlaw.com

Jesse B. Davis    jesse.b.davis@doj.state.or.us, maria.fredrickson@doj.state.or.us,
maureen.a.mccarthy@doj.state.or.us

3:16-cv-02105-AC Notice will not be electronically mailed to:

Benjamin Barber
17-07936
Washington County Jail
215 SW Adams MS35
Hillsboro, OR 97123

# PHOTOCOPY REQUEST

For jail staff to make a photocopy for you, you must have a **legitimate** **need** for the copy and you must not have other means to make a copy, such as making a copy by hand or mailing the material out to have someone make a copy for you. Jail staff may not approve a request for photocopies. If the request is for a copy of legal reference materials that you can read and even copy by hand, your request normally will not be approved.

The jail will charge you the same fee as the public pays for a County staff member to make photocopies of materials (other than inmate records or criminal reports). The fee is $0.50 for the first page and $0.10 for each additional page. (Inmate records and criminal reports have a different fee, which is higher and cannot be requested using this form.) You must have sufficient funds in your account to pay the fee; a jail command officer may make exceptions for an indigent inmate who needs copies of legal materials. Jail staff will deduct the money from your inmate account no matter your status.

You must send requests for copies to the Jail Administration office. You must provide the information listed below. If there is any information missing, staff will not approve the request.

Name: _Benjamin Barber_

JID #: _17-07936_    Booking # _7883170_    Pod _3_    Account Balance: _____

What do you want copied? _ORS Annotated 163.472; ORS Annotated 31.150; State v Order_
_292 P3d 629 (2012) 42 USC annotated 12361 United States v Morrison_
_529 US 518_
Number of Pages: _____    Number of Copies _1_    | *Staff Use Only*: Total Number of Pages: _____

Why do you want it copied? _To respond to motion to dismiss_
_I do not have permission to go to the law library, And ORS 163.472 is so_
_new that it is not in state shepherds, for all I know the statute may have_
_been overturned already._

**For Legal Materials:**

What case? (*Give title and number*): _16 CV-02105-AC_

What court are you going through? _Oregon District Court_

What type of matter (appeal, writ, etc.)? _42 USC §1983_

Are you represented by counsel? (*Circle one*)    Yes    (No)

**X** _Ben Barber_                    _10-29-18_
Inmate Signature                    Date

| Staff Use Only | |
|---|---|
| First page | $  0.50 |
| Add'l pages _____ X $0.10 = | _____ |
| Total cost | $ _____ |

**Pod Deputy: Send to Jail Administration**

**Jail Command Officer Response:**    ☐ Approved    ☐ Not Approved

_The county law library will not process requests for ORS._
_ORS is located in our law library. You can request law_
_library visits by submitting an Inmate_     _S Brown E4380  10/31/18_
_request form to Jail Admin for command_     Signature / DPSST # / Date
_staff approval. I have submitted this_
_request to the county law library to_
_fulfill the other case requests._

WCJ-122 (v 10/09)