# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BENJAMIN BARBER**, | Case No. 3:16-cv-2105-AC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **MEAGAN VANCE, et. al**, | |
| Defendants. | |

Based on the Court's ORDER and the underlying Findings and Recommendation,

**IT IS ADJUDGED** that this case is DISMISSED.

DATED this 18th day of January, 2019.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT