**Erin K. Olson, OSB 934776**
eolson@erinolsonlaw.com
Law Office of Erin Olson, P.C.
2014 N.E. Broadway Street
Portland, OR 97232-1511
Telephone 503-546-3150
Fax 503-548-4435

Attorney for Defendant Vance

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BENJAMIN BARBER,<br><br>        Plaintiff,<br><br>v.<br><br>MEAGAN VANCE, STATE OF OREGON, *et al*,<br><br>        Defendantss. | Case No.: 3:16-cv-02105-AC<br><br>**DEFENDANT MEAGAN VANCE'S OBJECTION TO PLAINTIFF'S APPLICATION FOR CM/ECF PRIVILEGES (Docket # 378)** |

Defendant Meagan Vance objects to plaintiff's application for CM/ECF privileges. This case is closed, other than consideration of Ms. Vance's motion for attorney fees. In light of plaintiff's history of e-filing irrelevant and/or private materials, necessitating motions by Ms. Vance and *sua sponte* actions of the Court to seal them, and this Court's previous suspension of plaintiff's CM/ECF privileges, plaintiff's application should be denied.

Plaintiff's CM/ECF privileges were first suspended as follows:

> October 10, 2017 – Docket #167
> SCHEDULING ORDER by Judge Acosta - Plaintiff Barber is ORDERED to provide the Court with written explanation on or before 10/23/17, of how he filed documents in the ECF system while in jail. IT IS ORDERED

**PAGE 1 – DEFENDANT MEAGAN VANCE'S OBJECTION TO PLAINTIFF'S APPLICATION FOR CM/ECF PRIVILEGES (Docket # 378)**

      that the clerk is to SEAL entry ECF (#164). FURTHER ORDERED that Mr. Barber's ECF user account and ECF notification are both to be immediately suspended pending the receipt and consideration by the court of his written explanation.

(Docket #167)

In response, on October 23, 2018, plaintiff filed a "Response to Order #167," a true copy of which is attached hereto as <u>Exhibit 1</u>, but which stated as follows in the introductory paragraph:

      The information was posted by "the famous hackers known as '4Chan'," also known as the "Russians who meddled in our election." I have asked them to assist me in preserving evidence and sending it to this Court and the Washington County Court. This is due to the fact that both you and Beth Roberts seem to exhibit symptoms of amnesia and inexplicably cannot remember or find important details. I dare say if I were a more cynical man I would think you both do it on purpose so as to not at all be impartial but activist judges.

(Docket #193, p. 1)

The Court responded as follows:

      <u>November 2, 2017 – Docket #222</u>
ORDER: Continuing the suspension of Barbers CM/ECF user account and notification originally imposed on 10/10/17 (ECF No. 167) based on Barbers inability to access the internet while in custody. Barbers admitted provision of his CM/ECF account information to a non-attorney to file documents on his behalf violates the prohibition on a non-attorney representing a party in federal court. 28 U.S.C. § 1654 (2017)(In all courts of the United States, the parties may plead and conduct their own cases personally or by counsel.); C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987)(Although a non-attorney may appear in propria persona in his own behalf, that privilege is personal to him.) Moreover, any CM/ECF account holder must maintain a valid e-mail account and are responsible for checking it regularly to be aware of court filings. CM/ECF Application Form Self Represented Party, https://ord.uscourts.gov/index.php/2015-02-10-16-10-22/applying-to-e-file-in-your-case, at 4. Barber is unable to maintain a valid email address he may access regularly to check court filings as a result of his incarceration. A self-represented partys ability to file and receive notice of filings through a CM/ECF account is at the discretion of the court. Id. at 1

**PAGE 2 – DEFENDANT MEAGAN VANCE'S OBJECTION TO PLAINTIFF'S APPLICATION FOR CM/ECF PRIVILEGES (Docket # 378)**

(Any request must be approved by the court.). See also Order Granting Application for CM/ECF Registration, (ECF No. 32) (use of the CM/ECF system as a Registered User to file and receive notices electronically is a privilege that may be revoked at any time by the Court if the user is found to be abusing this privilege by submitting frivolous or erroneous filings.) However, all individuals have the right to access case files through a PACER account. Accordingly, the suspension of Barbers CM/ECF account will not [a]ffect his ability to have others view the case file on his behalf using his PACER account.

(Docket #222)

Since the initial suspension of his CM/ECF privileges, plaintiff has done nothing to demonstrate that he will comply with the rules of this court or the CM/ECF User Manual. Defendant Vance urges the Court to deny his application so that any efforts on plaintiff's part to file improper materials can be preempted by the Court.

Dated: February 9, 2019.

_____
Erin K. Olson, OSB No. 934776

**PAGE 3 – DEFENDANT MEAGAN VANCE'S OBJECTION TO PLAINTIFF'S APPLICATION FOR CM/ECF PRIVILEGES (Docket # 378)**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing document on the following

by CM/ECF System Transmission:

Jesse B. Davis
Senior Assistant Attorney General
Department of Justice
100 SWMarket Street
Portland, OR 97201
jesse.b.davis@doj.state.or.us

I further certify that I have served a true copy of the foregoing document on plaintiff by

prepaid, first-class mail addressed as follows:

Benjamin Barber
10043 S.E. 32nd Avenue
Milwaukie, OR  97222

Dated:  February 9, 2019.

_____
Erin K. Olson, OSB No. 934776

**PAGE 4 – DEFENDANT MEAGAN VANCE'S OBJECTION TO PLAINTIFF'S APPLICATION FOR CM/ECF PRIVILEGES (Docket # 378)**

Case 3:16-cv-02105-AC Document 183 Filed 10/23/17 Page 1 of 3
Case 3:16-cv-02105-AC Document 381 Filed 02/09/19 Page 5 of 7
EXHIBIT 1
Page 1 of 3

Benjamin Barber
Vance, State of Oregon

OREGON
Case no 16-CV-02105-AC
Response to order #16

FILED 23 OCT '17 10:47 USDC-ORP

The information was posted by "the famous hackers known as '4chan'", also known as the "russians who meddled in our election". I have asked them to assist me in preserving evidence and sending it to this court and the Washington County Court. This is due to the fact that both you and Beth Roberts seem to exhibit symptoms of amnesia and inexplicably cannot remember or find important details. I dare say if I were a more cynical man I would think you both do it on purpose so as to not at all be impartial but activist judges.

These people are otherwise known as "anonymous" and some of us group into cells to share banter and work on "operations". I have participated in numerous ones related to "occupy wall street", "scientology", "gamergate" and internet democracy. The most recent was to get Donald J Trump as our president, its bad taste to "name drop" but I worked with Milo Yiannopolous since 2014, who works for Steve Bannon, who works for Donald Trump. I archive websites and process the data for analysis, and occasionally ghost write articles for Milo Yiannopolous and others. I have collected over 2 million documents which I search with "machine learning", and were avaliable to analyze with the "nerd party" website meant for nerds in politics.

Case 3:16-cv-02105-AC    Document 193    Filed 10/23/17    Page 2 of 3
Case 3:16-cv-02105-AC    Document 381    Filed 02/09/19    Page 6 of 7

EXHIBIT 1
Page 2 of 3

4Chan is a forum dedicated to preserving free speech and is seperated by topics ranging from 'my little pony' to 'tech' and 'politically incorrect'. It is home to everyone from people who dress up in animal fursuits "furries", and people who think "9/11 was an inside job", so people disagree frequently but there is no names attached to anyone. The point is to be able to express yourself and your ideas without fear of prosecution of those ideas. I garauntee if your honor were to go to Http://4chan.org/pol/, and "verify" your identity, and asked who wanted to join as plaintiffs to end this law or to provide an arguement for free speech, you would both be deeply offended and impressed. Because arguments would range from the arab spring to porn.

I do not speak for /pol/ but I think our greatest opponents are onmipotent corporations and governments, we stand for freedom of speech so people can assemble and discuss outside their control, because there has to be someone to watch the watchmen, and a place to come together and stand up. The 'netizens' of Reddit, 4chan, voat chose trump early because we have no faith in the bureaucratic class, and see them as a source of corruption and petit tyranny in our government. Hence why since 'occupy wall street' we have wanted to 'drain the swamp', the government makes itself out to be a metaphoric magic wand, and it represents the will of the people. But in reality consent is socially engineered through propaganda and the people have next to no power. the situation at present resembles a cold civil war between two parties playing tyrant king over peoples decisions and lives.

Case 3:16-cv-02105-AC    Document 193    Filed 10/23/17    Page 3 of 3
Case 3:16-cv-02105-AC    Document 381    Filed 02/09/19    Page 7 of 7

**EXHIBIT 1**
Page 3 of 3

To make an analogy to the power of the state as parens patriae, the state is acting like two parents the democrats and republicans who hate each other, and constantly poison the minds of their children to gain control. They tell their children fables and make unrealistic promises to get them to behave, while they squander their future with exhorbantent spending on themselves. The children each vying for the attention of parens patriae, fight among themselves not having good role models of the parents. This is why we have political fighting in the streets today, and why we are more focused on the NFL and the Kardashians than saving the environment.

It is through this "red pill" that you can see the truth of why I have petitioned this court, the dysfunction in society partially reflects a concious effort by the government itself. If for example justice were blind or the government acted like a cold, heartless, calculating machine, only existing to maximize the life, liberty, and persuit of happiness, we would not be in the present abysmal state. But we get the government we deserve, and we frequently elect corrupt, manipulative, charismatic people with often no skill other than politicking and lawyering. If instead we elected scientists, doctors, historians and other highly skilled and intelligent individuals we would probably have a much better system of government. So revenge of the nerds must require the destruction of the socio-political gerrymandering and the distaste for all politicians. So people like bill nye and neil degrasse tyson