## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **BENJAMIN BARBER** <br>    Plaintiff, <br><br> **v.** <br><br> **MEAGAN VANCE, et al.** <br>    Defendant. | Case No.: 3:16−cv−02105−AC <br><br> **ORDER DENYING APPLICATION FOR CM/ECF REGISTRATION** |

Following consideration of Plaintiff Benjamin Barber's application to become a Registered User in the Court's Case Management/Electronic Case Files (CM/ECF) system,

**IT IS HEREBY ORDERED** that the application of Benjamin Barber is denied.

**DATED** this 11th day of February, 2019          /s/John V. Acosta

                                                                              Honorable John V. Acosta
                                                                              United States Magistrate Judge.