UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BENJAMIN BARBER,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>MEAGAN VANCE; et al.,<br><br>        Defendants - Appellees. | No. 19-35778<br><br>D.C. No. 3:16-cv-02105-AC<br>U.S. District Court for Oregon, Portland<br><br>**ORDER** |

    A review of the docket demonstrates that appellant has failed to respond to the December 11, 2019 order of this court.

    Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

    This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7